

Manuel A. Camacho
Inmate Name
Weld County Jail
2110 "O" Street
Greeley, CO 80631

**LEGAL**

US District Court of Colorado
Office of the Clerk
Alfred A. Arraj US Court House
901 19th St.
Denver CO 80294

LEGAL PAPERWORK

