| ☐Supreme Court ☐Court of Appeals ☐Denver Juvenile Court ☐Denver Probate Court ☐County Court ☒District Court _____Denver_____ County, Colorado<br>Court Address: Alfred A Arroj United States Courthouse<br>901 19th St. Rm A-105<br>Denver, CO 80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>DEC 17 2020<br><br>JEFFREY P. COLWELL<br>CLERK |
|---|---|
| Plaintiff/Petitioner: Manuel A. Camacho<br>v.<br>Defendant/Respondent: Adam Crook Ranger, Sheriff's office, Deputy Gardener, Deputy Diborah, Deputy Gwen, Capt. Grinllo<br>Attorney or Party Without Attorney: (Name & Address) | ▲ COURT USE ONLY ▲ |
| Phone Number:<br>Atty. Reg. #: | Case Number:<br>Courtroom: |

**MOTION TO:** ☒FILE WITHOUT PAYMENT OF FILING FEE ☒WAIVE OTHER COSTS OWED TO THE STATE AND SUPPORTING FINANCIAL AFFIDAVIT

I, __Manuel Camacho__ respectfully move the Court for an order to waive the following filing fee(s): ☒complaint ☐petition ☐answer ☐response ☐motion to modify ☐other: _____ and as grounds state that I am without funds, have no adequate funds available, and have a meritorious claim.

**All items must be fully completed. Print or type neatly. If an item does not apply, please write "N/A"**

### Name of Applicant

| Last Name CAMACHO | First Name MANUEL | MI A. |
|---|---|---|

Street Address (Include Apt. # if applicable): Weld County Jail Inmate # 403197
City: Greeley CO    State: CO    Zip Code: ____

☐Own ☐Rent  Home Phone #: 303-287-1744

| Social Security # 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 | Driver's Lic. # & State | Date of Birth 4-24-1973 |
|---|---|---|

Most Recent Employer: Holiday Inn Express/Suites
Work Address: West Colfax
Work Phone #: (   )
Dates Employed: 5/2018 – 9/2018
Hours/Week: 40   Pay Rate: $ 14.²   ☐Weekly ☒Bi-weekly ☐Monthly ☐Annual ☐Other:____

### Name of Other Responsible Party (Spouse, Partner, Parent, Other Persons in Household)

| Last Name N/A | First Name | MI |
|---|---|---|

Street Address (Include Apt. # if applicable): _____
City: ____   State: ____   Zip Code: ____
☐Own ☐Rent  Home Phone #: ____

| Social Security # | Driver's Lic. # & State | Date of Birth |
|---|---|---|

Most Recent Employer: ____
Work Address: N/A
Work Phone #: (   )
Dates Employed: ____
Hours/Week: ____ Pay Rate: $ ____ ☐Weekly ☐Bi-weekly ☐Monthly ☐Annual ☐Other:____

**Marital Status:** ☐ Single  ☐ Married  ☐ Partner in a Civil Union  ☐ Divorced/Civil Union Dissolved  ☒ Separated  ☐ Widowed

**Number in Household:** (including yourself) __1__ (incarcerated)

**Identify Members:**

| Name | Age | Relationship |
|------|-----|--------------|
| Name | Age | Relationship |

| Gross Monthly Income (See Information on page 3) | | Monthly Expenses (See Information on Page 3) | |
|---|---|---|---|
| Self (wages, salary, commission) | $ 0 | Rent or Mortgage | $ 0 |
| Spouse/Partner, Other Household Members | $ 0 | Groceries | $ 0 |
| Parents (if same household) | $ 0 | Utilities | $ 0 |
| Unemployment Benefits | $ 0 | Clothing | $ 0 |
| Social Security/Retirement Funds | $ 0 | Maintenance/Alimony and/or Child Support | $ 0 |
| Maintenance/Alimony | $ 0 | Medical/Dental | $ 0 |
| Other Income (identify) | $ 0 | Other Expenses (identify) | $ 0 |
| Other Income (identify) | $ 0 | Other Expenses (identify) | $ 0 |
| **Total Income** | $ 0 | **Total Expenses** | $ 0 |

| | | | |
|---|---|---|---|
| **Cash on Hand** (Cash you are carrying or which is stored at home, etc.) | $ 0 | **Credit Cards:** (Show type and balance owed)  Type: __N/A__ Balance $_____  Type: _____ Balance $_____ | |
| Checking Account Balance | $ 0 | Name/Address of Bank: | |
| Savings Account Balance | $ 0 | Name/Address of Bank: | |
| **Stocks, Bonds, or other Investments Held Balance** | $ 0 | Type of Investment   Name/Location of Company/Corporation | |
| **Vehicles Owned** (Autos, boats, recreational vehicles, etc.) - Estimate Value | $ 0 | Year ____ Model ____ License Plate ____  Year ____ Model ____ License Plate ____ | |
| **House(s) or other Property** Estimate Value | $ 0 | Amount owed $ _____ Year Purchased _____ | |

IF ADDITIONAL SPACE IS NEEDED TO PROVIDE COMPLETE INFORMATION, ATTACH A SEPARATE PAGE.

I swear under penalty of perjury that all information provided is true and complete. In addition, if requested I will provide three (3) months of bank statements and pay stubs or other comparable proof of income status. I authorize the Court to make any necessary contacts to verify the information.

Signature: _[signed]_   Date: 11/13/20

Inmate Account History

ID#: 403197

Name: CAMACHO, MANUEL ALEJANDRO

Date of birth: 1973-04-24

Location: NC - 2E - 2

8/30/2020 - 11/12/2020

| Available | + Encumbered | = Account Balance |
|---|---|---|
| 20.16 | 0.00 | 20.16 |

Account activity:

Resulting Balances

| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 7/12/2019 | BOOKING FEE | BOOKING 19-10921 | 30.00 | 0.00 | 30.00 | 0.00 |
| 7/24/2019 | MEDICAL DBT | 072319 CLINIC | 10.00 | 0.00 | 40.00 | 0.00 |
| 8/8/2019 | MEDICAL DBT | 080619 RX PRED ENDS 082019 | 10.00 | 0.00 | 50.00 | 0.00 |
| 8/30/2020 | <BOOKING FEE> | BOOKING FEE 20-09968 | -0.18 | -0.18 | 49.82 | 0.00 |
| 8/30/2020 | BOOKING FEE | BOOKING FEE 20-09968 | 30.00 | -0.18 | 79.82 | 0.00 |
| 9/28/2020 | <BOOKING FEE> | Payment for BOOKING FEE on 2020-08-30-03 | -29.82 | -30.00 | 50.00 | 0.00 |
| 9/28/2020 | SECUREDEPOSITS | 44358935 Rodriguez Star L | 95.00 | 65.00 | 50.00 | 0.00 |
| 9/29/2020 | EPR | OID:100202473-ComisaryPurch-Reg | -34.01 | 30.99 | 50.00 | 0.00 |
| 10/5/2020 | SECUREDEPOSITS | 46923222 McGee Donna Maggi | 50.00 | 80.99 | 50.00 | 0.00 |
| 10/6/2020 | EPR | OID:100202639-ComisaryPurch-Reg | -71.00 | 9.99 | 50.00 | 0.00 |
| 10/11/2020 | SECUREDEPOSITS | 49991951 Rodriguez Star L | 40.00 | 49.99 | 50.00 | 0.00 |
| 10/13/2020 | EPR | OID:100202969-ComisaryPurch-Reg | -23.56 | 26.43 | 50.00 | 0.00 |
| 10/20/2020 | EPR | OID:100203216-ComisaryPurch-Reg | -26.32 | 0.11 | 50.00 | 0.00 |
| 11/3/2020 | SECUREDEPOSITS | 47268519 Rodriguez Star L | 30.00 | 30.11 | 50.00 | 0.00 |
| 11/5/2020 | <COPIES> | 18 LEGAL COPIES | -4.50 | 25.61 | 45.50 | 0.00 |
| 11/5/2020 | COPIES | 18 LEGAL COPIES | 4.50 | 25.61 | 50.00 | 0.00 |
| 11/9/2020 | SECUREDEPOSITS | 49548548 Rodriguez Star L | 35.00 | 60.61 | 50.00 | 0.00 |
| 11/10/2020 | EPR | OID:100203766-ComisaryPurch-Reg | -40.45 | 20.16 | 50.00 | 0.00 |

I certify this to be a true and accurate copy as held by the Weld County Sheriff's Office.

Signature _____  Date _____

Printed 11/12/2020 at 8:32:45AM                Page 1 of 1