IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____-cv-_____-_____

Manuel Alejandro Camacho

Plaintiff(s),

v. Clear Creek County Sherriff's Office
Deputy Cordova, Deputy Buen, Deputy Dibrios, Captain Smith

Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2020

JEFFREY P. COLWELL
CLERK

## PRISONER MOTION FOR APPOINTMENT OF COUNSEL

I am a ☒ plaintiff ☐ defendant **[Select which side you are in your case]** in this civil case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my ☒ claims ☐ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

I understand that, pursuant to the eligibility requirements set forth in D.C.COLO.LAttyR 15(e)(1), this motion may not be ruled upon before the court completes the initial review of this case required by 28 U.S.C. §§ 1915(e)(2), 1915A and D.C.COLO.LCivR 8.1. I also understand that the court may deny this motion without prejudice with leave to re-file after the initial review is completed, if the case is not dismissed. I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm my understanding

1

that, in the event this motion is granted, <u>there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case</u> – only that a member of the Civil Pro Bono Panel will review the case for possible representation, which may be limited in scope.

Under the court's Civil Pro Bono Representation rule, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment, subject to the eligibility restrictions and other provisions of D.C.COLO.LAttyR 15:

(1) the nature and complexity of the action **[Briefly describe below]**;

*Assault/Excessive Force – Violation of 8th Amendment – Prohibition of Cruel and Unusual Punishment*

(2) the potential merit of the claims or defenses of the unrepresented party **[Briefly describe below]**;

*My complaint is based on 100% facts. I have already extracted the video from the Clear Creek County Sheriffs Office depicting situation.*

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means **[Briefly describe below]**;

*I am incarcerated with very limited to no funds. No Bank account, no property.*

2

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel [**Briefly describe below**]:

I have never filed a civil suit, it has taken me months to get this together. Assistance with counsel urgently needed.

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

**[Please check one or both of the following options:]**

[✓] **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

[ ] **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

_____

_____

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

3

Dated at 2-9-20 Greely (city), CO (state), this 9th day December, 2020.

Manuel A. Camacho
(Unrepresented Prisoner's Name) SS- 5806
B. Anchor-1973

463197
(Prisoner Identification Number)

2110 "O" st.
Greeley, CO 80634
(Complete Mailing Address)

4