IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy,
BUEN, Deputy,
DIBIASI, Deputy,
SMITH, Captain, and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff Manuel Alejandro Camacho is detained at the Clear Creek County Jail in Georgetown, Colorado. On December 17, 2020, Plaintiff initiated this action *pro se* by filing a Complaint for Violation of Civil Rights (ECF No. 1),[1] a Motion to File Without Payment of Filing Fee (ECF No. 2), and a Prisoner Motion for Appointment of Counsel (ECF No. 3).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that one or more required filings has not been submitted as described in this order. Plaintiff will be directed to cure the following deficiencies to pursue any claims in

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

this action. Any papers that Plaintiff files in response to this order must include the civil action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  **XX**  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  **XX**  is not on proper form (must use the court's current form)
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) **XX**  other: Instead of filing the court-approved motion and affidavit pursuant to 28 U.S.C. § 1915, Plaintiff may pay the $402 filing fee in advance.

**Complaint, Petition or Application**:
(11)  ___  is not submitted
(12)  **XX**  is not on proper form
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  names in caption do not match names in text
(17)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___  other:

The Court has received a certified copy of Plaintiff's inmate account statement and he need not resubmit it.

The Prisoner Motion for Appointment of Counsel will be denied without prejudice as premature. This action is undergoing initial review pursuant to D.C.COLO.LCivR 8.1(b). If the action is drawn to a presiding judge, Plaintiff may renew his motion for appointment of counsel at that time. Accordingly, it is

ORDERED that Plaintiff shall cure the deficiencies designated above **within**

**thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number provided on this order. It is

FURTHER ORDERED that the Clerk of Court is directed to mail to Plaintiff, with a copy of this order, copies of the forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions. <u>Plaintiff shall use the forms in curing the deficiencies noted above</u>. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Motion to File Without Payment of Filing Fee (ECF No. 2) is denied without prejudice to refiling the motion on the court-approved form. It is

FURTHER ORDERED that the Prisoner Motion for Appointment of Counsel (ECF No. 3) is denied without prejudice.

DATED December 18, 2020.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge