United States District Court, District of Colorado

RE: 1:20-cv-03691-GPG Camacho v. Cordova, et al.

Clerk of the court,

I am requesting the following motions and instructions to proceed in my Pro Se prisoner civil action.

1 - Motion For Discovery Subpoena and instructions.

2 - Proper motion or form for my possible soon to be change of address.

3 - Proper motion or form to request extension to 30 day order from court directing Plaintiff to cure deficiencies.

Thank You, Please respond at your earliest convenience.

Respectfully,

Manuel Camacho
#403197
2110 O St.
Greeley CO. 80631

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
DEC 30 2020
JEFFREY P. COLWELL

#403197
Inmate Name Manuel Camacho
Weld County Jail
2110 O Street
Greeley, Co 80631

LEGAL

United States District Court, Colorado.
Attn: Clerk Of The Court
901 19th St. Rm. A105
Denver, Co.
80294-3589

DENVER CO 802
28 DEC 2020 PM 5

U.S. POSTAGE >> PITNEY BOWES
ZIP 80631
02 4W
0000335769 DEC 28 2020
$ 000.50°

80294-250151