IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-GPG

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy,
BUEN, Deputy,
DIBIASI, Deputy,
SMITH, Captain, and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    On December 30, 2020, Mr. Camacho filed a Letter (ECF No. 6) requesting an extension of time to comply with the December 18, 2020 Order Directing Plaintiff to Cure Deficiencies (ECF No. 5) and notifying the Court of a possible upcoming change of address.

    Mr. Camacho is informed that there are not specific forms to notify the court of an address change or to request an extension of time. Instead, he should simply notify the court in writing of his requested relief or address change. Pursuant to the Local Rules of this Court, notice of any address change must be filed within five days of the same.

    Mr. Camacho shall cure the filing deficiencies, as directed in the December 18 Order, **on or before February 18, 2021.** Failure to comply may result in dismissal of this action without prejudice and without further notice.

DATED: January 5, 2021