**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 28 2021**

**JEFFREY P. COLWELL**
CLERK

Civil Action No. 1:20-cv-03691 – GPG

(To be supplied by the court)

Manuel Alejandro Camacho , Plaintiff

v.

Cordova ,

Buen ,

Dibiasi ,

Smith , Defendant(s).

S E E  A T T A C H E D

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in*
*the space provided, please write "see attached" in the space above and attach an additional*
*sheet of paper with the full list of names. The names listed in the above caption must be*
*identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

| **NOTICE** |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. <br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

<u>Defendant Attachment</u>

Defendant- Clear Creek County Sherriff's Office

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Weld County Jail
2110 "O" St.

Manuel Alejandro Camacho #403197   Greeley, CO. 80631
(Name, prisoner identification number, and complete mailing address)

Manny Camacho
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___  Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
_X_  Convicted and sentenced state prisoner
___  Convicted and sentenced federal prisoner
___  Other: (*Please explain*) _____

## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:  Cordova , (Deputy), Clear Creek
(Name, job title, and complete mailing address)
                                                            Georgetown
County Sherriff's Office. 405 Argentine St    80444

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

He assisted Deputies Buen and Dibiasi in an unprovoked assault in retaliation of because leg iron was too small and would not fit on my deformed left ankle;

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

# B - DEFENDANTS INFORMATION

<u>Defendant 4</u>: Jeff Smith, (Captain) Clear Creek County Sherriff's Office, 405 Argentine St., Georgetown, CO. 80444

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes - being sued in his individual and official capacity.

Defendant 4 is being sued in his individual and official capacity. Captain Smith ignored my pleas for help when he showed up to the assault. In retaliation for filing a grievance and report to Lt Gremillion and Detective Buehrle of the Clear Creek County Sherriff's office Captain Smith refused to answer my writes and grievance about the situation and swept the whole assault under the rug-refusing accountability

<u>Defendant 5</u>: Clear Creek County Sherriff's Office, (Jail/Institution), 405 Argentine St Georgetown, CO. 80444

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X NO

Defendant 5 is being sued in its official capacity

The Clear Creek County Sherriff's Office employed improperly trained deputies in it's jail which resulted in this unprovoked assault.

Defendant 2: __Boen, (Deputy) Clear Creek County Sherriffs__
(Name, job title, and complete mailing address)

__Office, 405 Argentine st. Georgetown, Co. 80444__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

__He initiated assault in retaliation of improper__
__sized leg iron that Deputy Boen Cordova attempted to__
__place on my deformed left ankle.__

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: __Dibiasi, (Deputy) Clear Creek County Sherriffs__
(Name, job title, and complete mailing address)

__Office, 405 Argentine st Georgetown, Co. 80444__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

__He repeatedly assaulted me in retaliation of__
__improper sized leg iron that Deputy Cordova attempted__
__to place on my deformed left ankle.__

Defendant 3 is being sued in his/her _X_ individual and/or _X_ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_   42 U.S.C. § 1983 (state, county, and municipal defendants)

____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

____   Other: (*please identify*) _____

3

**D.    STATEMENT OF CLAIM(S)**   Pg 1.

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Defendant 1 - Deputy Cordova</u>

Supporting facts:

On May 15th, 2019 on or around 10:00 am. Deputy Cordova violated my 8th Amendment-Prohibition of Cruel and unusual punishment, "the unnecessary and wanton infliction of pain." As a Clear Creek County Sheriff's Deputy Cordova was preparing for a court appearance in the Clear Creek County Jail booking area. Deputy Cordova secured hand-cuffs around my wrists, then placed a leg-iron shackle on my right ankle. While deputy Cordova was placing these restraints on me I informed him that I would require a larger set of leg-iron shackles (this due to a motorcycle accident that left my left ankle permanently swollen and dysfigured). Deputy Cordova ignored my plea for larger leg-irons and instead repeatedly attempted to place the leg-iron that was too small on my left ankle. I complained that he was pinching my skin after 4-5 attempts. He attempted to two more times and stated that "I am trying to get one "Click" on the shackle, however the leg irons was too small and pinching my skin. I cried out in pain and again requested that he use the larger set of leg irons that they normally use to transport me. That is when Deputy Buen intervened and initiated the assault with Deputy Dibiasi. In an unprovoked attack deputy

## .1) Statement Of Claims   Pg 2

Buen took me to the floor by grabbing my head and choked me. Then Deputies Cordova and Buen turned me over my face to the floor and kneeled on me. Since I was still restrained in handcuffs and one leg-iron, my handcuffs were biting into my wrists causing pain. Since both of these two 230 lb. deputies were on my back I could not breath, they nearly asphyxiated me short of death. I was frightened, and when I was able to catch a breath I cried out in pain and screamed for help. However, Deputy Cordova ignored my plea for help. Then he continued to aid Deputies Buen and Dibiasi in a more aggrissive assault. He simply watched as Deputy Dibiasi assault me by tugging at my arms to pull them behind my back-Cordova refused to inform Deputy Dibiasi that I was already handcuffed. He watched as Deputy Dibiasi placed a strap around my ankles that cut off circulation. He watched as Dibiasi choked me with a helmit strap twice and shove me foreward in a security chair and the whole time I screamed out for help and because I was in pain. Deputy Cordova did nothing but watch as Deputy Dibiasi called me a "Bitch!" and told me that I was "going to prison."

## Claim Two: Defendant 2 - Deputy Buen

On May 15th, 2019 on or around 10:00 am Deputy Buen violated my 8th Amendment - Prohibition of cruel and unusual punishment, "The unecessary and

## D  Statement of claims  Pg. 3

wanton infliction of pain." As a Clear Creek County Sherriff's Office Deputy, Buen intervened while I was attempting to show Deputy Cordova my swollen/dysfigured left ankle, Instead of allowing me to expose my left ankle to deputy Cordova, Buen assumed that I was refusing my left-leg iron shackle. Deputy Buen then initiated the assault by grabbing me by my head and taking me to the floor where he placed me into a choke hold. My neck cracked and I could not breath. Buen and Cordova then rolled me to the floor face to the floor and kneeled on me. The hand-cuffs were pinching my wrists and I cried out in pain and screamed for help, however they applied more pressure until I could not breath. I was frightened and thought that I was going to die. Deputy Dibiasi joined the assault and attempted to pull my arms out from under me, however I was handcuffed with two 230 lb plus deputies on my back Deputy Dibiasi assumed that I was resisting because he could not pull my arms behind my back. Deputies Buen and Cordova failed to inform Deputy Dibiasi that I was already handcuffed. Again, I could not breath. When I was able to catch a breath I cried out in pain and screamed for help. After what seemed to be about 60 seconds the deputies finally allowed me to my side so that I could breath. I continued to scream out for help. Deputies Cordova, Buen and Dibiasi then

## D.   Statement of Claimes   Pg. 4

Sat me upright, uncuffed me and placed my arms behind my back. Deputy Dibiasi then escalated the assault by placing a nylon strap around my ankles so tight that it cut off circulation to my feet. Deputy Buen also watched as Deputy Dibiasi choked me with the helmet strap, shove me foreward in the security chair and called me a "Bitch" and told me that I was "going to prison." Deputy Buen ignored my pleas and screams for help.

## Claim 3: Defendant 3 Deputy Dibiasi

On May 15th 2019 on or around 10:00 a.m. Deputy Dibiasi violated my 8th Amendment - Prohibition of Cruel and unusual Punishment - "The unecessary and wanton infliction of Pain." As a Clear Creek County Sherriff's Office Deputy Dibiasi intensified an assault on me that deputies Cordova and Buen initiated because Deputy Cordova neglected to fasten proper sized leg irons (shackles) to my severely swollen/dysfigured left ankle. Deputy Dibiasi began his assault when deputies Cordova and Buen were kneeling on my back while I was already restrained in handcuffs and one leg-iron on my right ankle. Deputy Dibiasi tugged at my arms repeatedly cousing pain in my shoulder(left) and my wrists. I could not breath. when I was able to catch a breath I screamed out in pain and pleaded for help. At some point around this time I saw the facility nurse (Morsha) standing at the security gate. Deputy Cordova, Buen, and Dibiasi then allowed me to my side so that I could breath. I was

## D Statement of Claims   Pg. 5

frightened and thought that I was going to die of asphyxiation. Deputy Dibiasi then realized that I was already handcuffed. They then took the leg-iron off of my right ankle. They uncuffed me from my front and re-cuffed my arms and wrists behind my back. Deputy Dibiasi attached a nylon strap around both of my ankles. He pulled it so tight that it cut off the circulation in both of my feet, eventually causing them to go numb and causing pain in my ankles initially. I complained to the deputies that the strap was to tight and that it was causing pain, however none of the deputies did anything to relieve the pain. Deputy Dibiasi stated "Your leg is injured from the last time you ran from police huh!?" Dibiasi then placed a helmit over my head that had a chin strap attached to it. From behind me deputy Dibiasi pulled the helmit to choke me with the strap for about 5-10 seconds. Again I could not breath. The deputies then placed me into a security chair and attached my wrists (which were in handcuffs) to another set of cuffs to the security chair behind my back. After placing me into the chair Dibiasi again pulled on the helmit from behind me to choke me with the strap of the helmit. Then shoved me foreward by my head. I felt something in my left shoulder pop and I screamed out in pain. Then he shoved me foreward so hard that I could not breath.

## D Statement of Claims Pg. 6

Again I thought that I was going to die. When I was able to catch a breath I screamed for help from anybody. However I saw numerous other deputies and captain Smith, but my pleas for help rang hollow. Deputy Dibiasi called me a "Bitch!" and told me "You are going to prison." They then wheeled me in the security chair near some holding cells in booking. After about 30 minutes Deputy Dibiasi came back to check on me and loosened the nylon strap around my ankles because I was complaining that my feet we numb. Deputy Dibiasi refused to let me out of the chair. Deputy Sherman and another deputy then let me out of the security chair and took off the helmit.


## Claim 4: Defendant 4  Captain Jeff Smith

On May 15th, 2019 on or around 10:00am Captain Smith Violated my 8th Amendment prohibition of Cruel and unusoal punishment "The Unecessary and wanton infliction of pain." As a Clear Creek County Sherriff's Office captain, Smith (AKA Jail Administrator) arrived when Deputy Dibiasi was assaulting me in the security chair. Captain Smith ignored my pleas/ screams for help. Captain Smith could have intervened and ordered deputy Dibiasi to stop his assault. However Captain stood in front of me while I was in the chair and watched as Deputy Dibiasi finish his assault. On May 16th, 2019 I filed a grievance about the assault on the inmate kiosk. I addressed the grievance to Captain Smith. As of March 20th, 2020 that grievance was never answered. I have verbally asked Captain

① Statement of Claims     Pg. 7.

Smith as well as write to him at the jail requesting information about any type of outcome of accountability that was metted out to the Deputies that assaulted me. To my knowledge, nothing has ever been done to hold them accountable regaurding my grievance, or other repeated attempts to communicate with him or the other investigating Officers being Lt Gremillion and Detective Buehrle of the Clear Creek County Sherriffs Office, I believe that this whole situation was simply swept under the rug.

Claim 5: Defendant 5 Clear Creek County Sherriffs Office

On May 15th on or around 10:00am the Clear Creek County Sherriff's Office (CCCSO) violated my 8th Amendment-Prohibition of cruel and unusual punishment - "the unecessary and wanton infliction of pain." As the Clear Creek County Sherriffs Office Jail institution it failed to adequately train thier staff. Specifically Deputies Cordova, Boon, and Dibiasi As a result of this institutions neglegence to properly train it's employees I have suffered long lasting injuries. I have suffered physically as well as emotionally. I have been deprived of my right to safety and well being while in custody of the Clear Creek County Sherriffs Office. After being treated by the facility medical staff I filed a grievance only to be ignored. The facility nurse (Marsha) treated me for bruises, scrapes and for pain in my left shoulder. I was also treated by the facility doctor (Dr. Paris) for pain in my left shoulder with pain medication. However, no follow-up treatment was ever provided for my left shoulder that I still experience pain.

## D Statement of Claims    Pg. 8

I filed a complaint with Lt. Gremillion and Detective
Buehrle of the Clear Creek County Sherriff's Office.
I gave a detailed interview of the incident and
extent of my injuries. They took photographs of my
injuries, as well as of my dysfigured left ankle. I
was asked if I wanted to press charges, however
I chose not to and requested that the Clear
Creek County Sherriff's Office hold their employees
accountable just as they would ANY OTHER
CITIZEN. Lt Gremillion and Detective Buehrle
stated that they would get back to me regarding
what kind of administrative action would be taken,
specifically stated "It will be up to the brass."
However, after attempting to contact them, as well
as speaking to Sgt. Lucas and Captain Smith nobody
will interact with me regarding the assault and the
investigation and whether or not any type of
reprimands were meted out to any officers involved.
I believe that this whole situation was swept under
the rug. Therefore, the Clear Creek County Sherriff's
Office has violated my constitutional right as a
prisoner, through this unprovoked act of brutality,
to be free of fear, physical and emotional pain and
suffering and long lasting injury.

## Additional Facts

Besides filing the grievance on the inmate kiosk in
the "SHU" unit on May 16th 2019 (that was never responded
to. I filed a complaint with the U.S. Department of
Justice / United States Attorney's Office (District of
Colorado - Civil Division) in September of 2019. I sent
a copy of the video of the assault. It was
extracted from the Clear Creek County Sherriffs Office
security cameras. It will be used as "Exibit D."

D Statement of Claims        Pg 9.

<u>Exibit A</u> - will be written reports from Deputies Cordova, Buen, and Dibiasi regoarding one incident

<u>Exibit B</u> - will be one detailed medical reports of the injuries and treatment provided by the Clear Creek County Sherriffs Office nurse (Marsha) who is also a witness. As well as the medical records of being treated by the Facility Doctor (Dr. Poris) for my injury to my left shoulder.

<u>Exibit C</u> - will be the Clear Creek County Sherriffs Office report where I was interviewed by Lt. Gremillion and Detective Boehrle of CCCSO with detailed information as well as photographs of my injuries as well as of my swollen/dysfigured left ankle.

— Addition witnesses will inmates that were also being prepped for court that morning.

— I will also request a discovery subpoena for any and all reports regoarding this situation

## Conclusion

I am prepared to support undisputable evidence to each and every element to my claims. This act of brutality has left a long lasting impact on my life. I still live with pain in my left shoulder, which has yet to completely heal. The emotional impact has left me in fear, frustration and anxiety. I am complety confused as to the fact that something as simple as being transported to a court apperance can spiral out of control so quickly in this unprovolked act of Excessive Force. Absolutely nothing was done to hold these Deputies and Captain accountable. I have undisputable evidence

## D Statement of Claims        Pg. 10

that these defendants were negligent. Thier intent
was intentionally, maliciously, and sadistically to
inflict pain and emotional suffering. It was
unprovoked and absolutely no non-force alternatives
were attempted. The need for the amount of
brutal force was unecessary. The extent of my
injuries, emotional pain and suffering are long
lasting. This incident plays out in my mind
every day. It's is difficult not to re-live the
assault when I feel acute pain in my left
shoulder. My claim in this civil action is to
hold the Clear Creek County Sherriffs Office and its
employees involved accountable. I want to prevent
this from ever happening to anybody else. Besides
adequate de-escalation training and appropriate
non-force procedures, I am seeking monetary
relief for my long lasting injuries (shoulder) and
the injuries I received during the assault to
include emotional distress, pain and suffering.

— Also attached is a copy of a letter that I
received from Defendant Captain Smith. This letter
should validate my claims as well as my attempts
to exhaust all administrative remedies, However
there is still no ownership taken for the assault
or proof that any accountability taken.

— In the event this claim goes to trial, I request
a trial by Jury,

**E.     PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ____ Yes  ✗ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    N/A

Docket number and court:

Claims raised:

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:

**F.     ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        ✗ Yes ____ No (*check one*)

Did you exhaust administrative remedies?

        ✗ Yes ____ No (*check one*)

            SEE Attachment

5

F. Re: Administrative Remedies



# Clear Creek County Sheriff's Office

405 Argentine Street ★ Post Office Box 2000
Georgetown, Colorado 80444
www.clearcreeksheriff.us

**SHERIFF**
*Rick Albers*

**UNDERSHERIFF**
*Bruce Snelling*

**DETENTIONS
COMMUNICATIONS
DIVISION**
*CAPTAIN*
*Jeff Smith*

**SPECIAL OPERATIONS
ADMINISTRATION
DIVISION**
*CAPTAIN*
*Matt Brown*

**PATROL
INVESTIGATIONS
DIVISION**
*CAPTAIN*
*Glenn Hardey*

**TRANSPORT
DIVISION**
*(303) 679-2472*

**RECORDS
DIVISION**
*(303) 679-2452*

**CIVIL
DIVISION**
*(303) 679-2376*

**DETENTIONS
ACCOUNTING**
*(303) 679-2451*

November 10, 2020

Manuel Alejandro Comacho, my name is Captain Smith and I am the jail administrator

Sir, I am in receipt of you letter, just an FYI there is no Clear Creek County Police Department and the Sheriff's Office does not have a Detective Brown.

In researching the information you supplied you were interview by Lt. Gremillion and Detective Buehrle of the Clear Creek County Sheriff's Office in reference to this matter.

The interview was recorded and a written report was produced by Lieutenant Gremillion, in this report you were quoted as advising that you did not want to pursue criminal charges, and that you wanted it handled administratively, specifically wanting more training.

We do not release conclusions from administrative matters.   I can tell you that we train constantly and presently are doing scenario based training, to try and address real life situations that our deputies face in the jail.

Respectfully,

Capt. Jeff Smith
Jail Adminstrator

COPY

**G.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF." (SEE Attachment)*

1- I am requesting that the Clear Creek County Sherriff's Office hold their employees accountable for this assault just as they would any other citizen. Deputies Cordova, Buen, Dibies; should have been criminally charged, Suspended or terminated. Better de-escalation training should be implimented to include real life situations or virtual reality at the least.

2- I am requesting monetary relief in the amount of $407,000 due to the injuries to my left shoulder, various bruises and scrapes- as well as the physical and emotional pain and suffering that I was treated for, as well as the treatment still needed that

**H.     PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)   January 15th, 2021

(Form Revised December 2017)

6

## Attachment: "G. Request For Relief"

exists. Although I was treated by the facility nurse (Marsha) for bruises and scrapes, as well as by Dr. Paris (facility Doctor) for my left shoulder- However I still suffer from an untreated injury inside of my left shoulder and may need corrective surgery. The monetary relief requested will also be applied to a mental health evaluation and any type of treatment that I may require stemming from this incident.

# 403.97

Inmate Name *Manuel Camacho*
Weld County Jail
2110 "O" Street
Greeley, CO 80631

**LEGAL PAPERWORK**

**LEGAL**

United States District Court
District of Colorado
Office of The Clerk
901 19th St Rm A 105
Denver CO 80294-3589



U.S. POSTAGE ▷ PITNEY BOWES

ZIP 80631
02 4W
0000335768 JAN 19 2021
$ 001.80°

