# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-03691-GPG

(To be supplied by the court)

Manuel Alejandro Camacho , Plaintiff,

v.

Deputy Cordova

Deputy Boen

Deputy Nibias:
         SEE Attachment , Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2021

JEFFREY P. COLWELL
CLERK

---

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security

therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I declare that:

1.   I am unable to pay such fees or give security therefor.

2.   I am entitled to redress.

3.   The nature of this action is:

Violation of 8th Amendment, Civil 42 U.S.C.S. § 1983

Unprovoked Act of Brutality — Injury, Emotional Pain

(Rev. 10/01/12)

Attachment For Defendants

-Captain Smith

Clear Creek County Sherriff's Office

4.  My assets and their value are listed below:  (attach an additional page if necessary)

    (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

    Attached is a Weld County 6 month Account Statement - Other than this I have No other Assets or Property.

5.  Are you in imminent danger of serious physical injury?

    __ Yes  X No  (CHECK ONE).  If you answered yes, briefly explain your answer:

    _____

    _____

6.  I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7.  I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   January 15ᵗʰ, 2021
              (Date)

                                    _____
                                    (Prisoner's Original Signature)

Inmate Account History

8/30/2020 - 1/5/2021

ID#:   403197
Name: CAMACHO, MANUEL ALEJANDRO
Date of birth: 1973-04-24
Location: NC-2E-5

| | Available | + Encumbered | =Account Balance |
|---|---|---|---|
| | 61.00 | 0.00 | 61.00 |

Account activity:

| | | | | Resulting Balances | | |
|---|---|---|---|---|---|---|
| Date | Transaction Type | Transaction Description | Amount | Available | Debt | Encumbered |
| 7/12/2019 | BOOKING FEE | BOOKING 19-10921 | 30.00 | 0.00 | 30.00 | 0.00 |
| 7/24/2019 | MEDICAL DBT | 072319 CLINIC | 10.00 | 0.00 | 40.00 | 0.00 |
| 8/8/2019 | MEDICAL DBT | 080619 RX PRED ENDS 082019 | 10.00 | 0.00 | 50.00 | 0.00 |
| 8/30/2020 | <BOOKING FEE> | BOOKING FEE 20-09968 | -0.18 | -0.18 | 49.82 | 0.00 |
| 8/30/2020 | BOOKING FEE> | BOOKING FEE 20-09968 | 30.00 | -0.18 | 79.82 | 0.00 |
| 9/28/2020 | <BOOKING FEE> | Payment for BOOKING FEE on 2020-08-03 | -29.82 | -30.00 | 50.00 | 0.00 |
| 9/28/2020 | SECUREDEPOSITS | 4358935 Rodriguez Star L | 95.00 | 65.00 | 50.00 | 0.00 |
| 9/29/2020 | EPR | OID:100202473-ComisaryPurch-Reg | -34.01 | 30.99 | 50.00 | 0.00 |
| 10/5/2020 | SECUREDEPOSITS | 46923222 McGee Donna Maggi | 50.00 | 80.99 | 50.00 | 0.00 |
| 10/6/2020 | EPR | OID:100202639-ComisaryPurch-Reg | -71.00 | 9.99 | 50.00 | 0.00 |
| 10/11/2020 | SECUREDEPOSITS | 49991951 Rodriguez Star L | 40.00 | 49.99 | 50.00 | 0.00 |
| 10/13/2020 | EPR | OID:100202969-ComisaryPurch-Reg | -23.56 | 26.43 | 50.00 | 0.00 |
| 10/20/2020 | EPR | OID:100203216-ComisaryPurch-Reg | -26.32 | 0.11 | 50.00 | 0.00 |
| 11/3/2020 | SECUREDEPOSITS | 47268519 Rodriguez Star L | 30.00 | 30.11 | 50.00 | 0.00 |
| 11/5/2020 | <COPIES> | 18 LEGAL COPIES | -4.50 | 25.61 | 50.00 | 0.00 |
| 11/5/2020 | EPR | 18 LEGAL COPIES | -4.50 | 25.61 | 45.50 | 0.00 |
| 11/5/2020 | COPIES | 18 LEGAL COPIES | 4.50 | 25.61 | 50.00 | 0.00 |
| 11/9/2020 | SECUREDEPOSITS | 49548548 Rodriguez Star L | 35.00 | 60.61 | 50.00 | 0.00 |
| 11/10/2020 | EPR | OID:100203766-ComisaryPurch-Reg | -40.45 | 20.16 | 50.00 | 0.00 |
| 11/17/2020 | EPR | OID:100204013-ComisaryPurch-Reg | -20.08 | 0.08 | 50.00 | 0.00 |
| 11/23/2020 | SECUREDEPOSITS | 44257176 Rodriguez Star L | 22.00 | 22.08 | 50.00 | 0.00 |
| 11/30/2020 | COPIES | 2 LEGAL COPIES | 0.50 | 22.08 | 50.00 | 0.00 |
| 11/30/2020 | <COPIES> | 2 LEGAL COPIES | -0.50 | 21.58 | 50.50 | 0.00 |
| 12/1/2020 | SECUREDEPOSITS | 45095479 Rodriguez Star L | 33.00 | 54.58 | 50.00 | 0.00 |
| 12/1/2020 | EPR | OID:100204468-ComisaryPurch-Reg | -22.63 | 31.95 | 50.00 | 0.00 |
| 12/2/2020 | ERF | OID:100204468-ComisaryRefund-Reg | 22.63 | 54.58 | 50.00 | 0.00 |
| 12/3/2020 | SECUREDEPOSITS | 47246491 Rodriguez Star L | 75.00 | 129.58 | 50.00 | 0.00 |
| 12/14/2020 | <COPIES> | 4 LEGAL COPIES | -1.00 | 128.58 | 50.00 | 0.00 |
| 12/14/2020 | SECUREDEPOSITS | 4 LEGAL COPIES | -1.00 | 128.58 | 49.00 | 0.00 |
| 12/14/2020 | COPIES | 4 LEGAL COPIES | 1.00 | 128.58 | 50.00 | 0.00 |

Inmate Account History

8/30/2020 - 1/5/2021

ID#:      403197

Name: CAMACHO, MANUEL ALEJANDRO

Date of birth: 1973-04-24

Location: NC - 2E - 5

| Date | | | | Available | + Encumbered | =Account Balance |
|---|---|---|---|---|---|---|
| | | | | 61.00 | 0.00 | 61.00 |
| 12/20/2020 | | SECUREDEPOSITS | 50852740 Rodriguez Star L | 59.00 | 187.58 | 0.00 |
| 12/21/2020 | EPR | | OID:10020205278-ComisaryPurch-Reg | -40.79 | 146.79 | 0.00 |
| 12/22/2020 | ERF | | OID:10020205278-Comisary/Refund-Reg | 40.79 | 187.58 | 0.00 |
| 12/29/2020 | EPR | | OID:10020205612-ComisaryPurch-Reg | -76.41 | 111.17 | 0.00 |
| 1/5/2021 | EPR | | OID:10020206003-ComisaryPurch-Reg | -50.17 | 61.00 | 0.00 |

I certify this to be a true and accurate copy
as held by the Weld County Sheriff's Office.

_____
Signature

1-5-2021
Date

Printed 1/5/2021 at 9:08:21AM

Page 2 of 2

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: Manuel A. Camacho

Signature of Authorized Prison Official: Dukla #39

Date: 1·5·2021

# AUTHORIZATION

I, Manuel A. Camacho, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b).  This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): Manuel A. Camacho

Prisoner Signature: _____