IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-GPG
**(The above civil action number must appear on all future papers
  sent to the court in this action. Failure to include this number
  may result in a delay in the consideration of your claims.)**

MANUEL ALEJANDRO CAMACHO,

     Plaintiff,

v.

CORDOVA,
BUEN,
DIBIASI,
SMITH, and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

     Defendants.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff Manuel Alejandro Camacho is in the custody of the Weld County Jail in

Greeley, Colorado.  On August 6, 2020, he filed *pro se* an (amended) Prisoner

Complaint (ECF No. 8)[1] and Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 (ECF No. 9).  The Court will grant Plaintiff leave proceed

*in forma pauperis.*

Based on the information provided in Plaintiff's inmate account statement, the

Court finds that Plaintiff is able to pay an initial partial filing fee of $5.73 pursuant to

§ 1915(b)(1). Plaintiff has consented to disbursement of partial payments of the filing fee

---

[1] "(ECF No. _)" is the convention the Court uses to identify the docket number assigned to a
specific paper by the Court's case management and electronic filing system (CM/ECF).

1

from his inmate account.  (ECF No. 9, at p. 7).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee."  28 U.S.C. § 1915(b)(1).  If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid.  However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."  28 U.S.C. § 1915(b)(4).

Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 9) is GRANTED.  It is

FURTHER ORDERED that, **within thirty (30) days of the date of this Order**, Plaintiff's custodian shall disburse from Plaintiff's prison account, if funds are available in keeping with 28 U.S.C. § 1915(b), an initial partial filing fee of $5.73 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison accounts for the six-month period immediately preceding the filing of the Complaint.  It is

FURTHER ORDERED that after payment of the initial partial filing fee, Plaintiff's custodian shall disburse from Plaintiff's inmate account monthly payments of 20 percent of the preceding month's income credited to this inmate account until Plaintiff has paid

the total filing fee of $350.  *See* 28 U.S.C. §1915(b)(2).  Interference by Plaintiff in the submission of these funds will result in the dismissal of this action.  It is

FURTHER ORDERED that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2).  It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's inmate account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied.  It is

FURTHER ORDERED that the Clerk of the Court shall not issue process until further order of the Court.  It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or a magistrate judge under D.C.COLO.LCivR 8.1(c). It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to Business Office, Attn: Inmate Accounts, at the Weld County Jail in Greeley, Colorado.

DATED February 1, 2021

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge