IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-GPG

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA,
BUEN,
DIBIASI,
SMITH, and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED February 2, 2021.

BY THE COURT:

1

_____
Gordon P. Gallagher
United States Magistrate Judge