IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA,
BUEN,
DIBIASI,
SMITH, and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to the United States Marshals Service for service of process on Cordova, Buen, Dibiasi, Smith, and Clear Creek County Sheriff's Office: PRISONER COMPLAINT FILED 1/28/2021, SUMMONS, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE on February 3, 2021.

Manuel Alejandro Camacho
#403197
Weld County Jail
2110 O Street
Greeley, CO 80631

US Marshal Service
Service Clerk
Service forms for: Cordova, Buen, Dibiasi, Smith, and Clear Creek County Sheriff's Office

                                                s/J. Salzman
                                                   *Deputy Clerk*