**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Manuel Alejandro Camacho | 20-cv-3691-RBJ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Cordova, Buen, Dibiasi, Smith, and Clear Creek County Sheriff's Office | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Buen

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Clear Creek County Sheriff's Office, 405 Argentine Street, Georgetown CO 80444

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Manuel Alejandro Camacho
#403197
Weld County Jail
2110 O Street
Greeley, CO 80631

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

# PERSONAL SERVICE

Signature of Attorney other Originator requesting service on behalf of:
s/J. Salzman, Deputy Clerk
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 303-844-3433
DATE: 02/03/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date   Time   ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS