IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. CV -cv- 03691-RBJ

Manuel Alejandro Camacho,

Plaintiff(s),

v.

Cordova,

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 16 2021
JEFFREY P. COLWELL
CLERK

---

## ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

### CHECK ONE

[X] all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

### OR

[ ] at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| *[signature]* | Plaintiff | 2/10/21 |

Print name_____

_____  _____  _____

Print name_____

_____  _____  _____

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

#403197
Inmate Name Manuel Camacho
Weld County Jail
2110 O Street
Greeley, Co 80631

**LEGAL**

U.S. District Court, District of Colorado
Attn: Clerk of the court
901 19th St. Rm. A105
Denver, Co.
80294-3589



U.S. POSTAGE >> PITNEY BOWES
ZIP 80631 $ 000.71°
02 4W
0000335769 FEB 12 2021