IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. CV-cv-03691-RBJ

Manuel Alejandro Camacho

Plaintiff(s),

v.

Cordova

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 16 2021
JEFFREY P. COLWELL
CLERK

### PRISONER MOTION FOR APPOINTMENT OF COUNSEL

I am a ☒ plaintiff ☐ defendant **[Select which side you are in your case]** in this civil case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my ☒ claims ☐ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

I understand that, pursuant to the eligibility requirements set forth in D.C.COLO.LAttyR 15(e)(1), this motion may not be ruled upon before the court completes the initial review of this case required by 28 U.S.C. §§ 1915(e)(2), 1915A and D.C.COLO.LCivR 8.1. I also understand that the court may deny this motion without prejudice with leave to re-file after the initial review is completed, if the case is not dismissed. I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm my understanding

1

Defendant Attachment (Motion for Appointment of Counsel)

Boen

Dibiasi

Smith

Clear Creek County Sherriff's Office

that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only that a member of the Civil Pro Bono Panel will review the case for possible representation, which may be limited in scope.

Under the court's Civil Pro Bono Representation rule, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment, subject to the eligibility restrictions and other provisions of D.C.COLO.LAttyR 15:

(1) the nature and complexity of the action **[Briefly describe below]**;

42 U.S.C §1983 Civil Complaint regarding 8th Amendment violation - "Cruel And Unusual Punishment" (Excessive Force/Assault)

(2) the potential merit of the claims or defenses of the unrepresented party **[Briefly describe below]**;

The said complaint is based on 100% FACTS, with video of incident as well as a letter from defendant Smith acknowledging incident, Discovery Supoena will be initiated.

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means **[Briefly describe below]**;

I am a Layman Pro Se litigant with very limited resources, I cannot afford counsel and letters written to Pro Bono attorneys have gone unanswered. — Please see attachment —

2

Attachment Re: Civil Pro Bono Representation

Additional Information Regarding Inability to retain an attorney

In recent months I have written to multiple civil attorneys regarding this incident. However I have not received any responses. I am unable to retain counsel at this time. I also have absolutely no property or assets in any form.

Due to my high-risk assessment qualification and regarding covid-19 I am confined to a cell for 22 hours per day.

In addition I am struggling to maintain regular and reliable Law resources in this County jail to include internet, telephone, E-mail, copies, Law Dictionary, and most importantly the Law Library kiosk. I am now deprived of my rights as a prisoner to research case law or review any type of defense discovery.

Attached are copies of grievances (4 steps) and well as a recent note that explains that the Law Library is NOT in service. I have been struggling to attain access for months and have been very limited. Never once did I refuse access once an event was scheduled for me - however the truth has been distorted along the way.

Appointment of counsel would benefit all parties involved. I am a layman with little to no experience in civil litigation. Appointment

Pg I

Attachment Re: Civil Pro Bono Representation

of Pro Bono Counsel will significantly enhance effective communication, as well as prevent possible mistakes on my behalf regaarding rule of civil procedure. Appointment of Pro Bono counsel will also benefit all parties in the events of possible Arbitration meetings, all scheduling for motions, hearing and ultimately trial.

With the possible outcome of this complaint in my favor, the plaintiff is more than willing to compensate any type of Pro-Bono assistance. Consideration of this motion would be greatly appreciated.

Sincerely,

*[signature]*

Manuel Alejandro Camacho
DOB 1973
SS 5806
Weld County Jail #403197
2110 "O" st.
Greeley, Co.
80631

Pg II

Step 1 Grievance Response

Incident No: 62507
Inmate Name: Camacho, Manuel
Inmate Number: 403197

Responding Deputy/Staff: Richard, T WC0389
Date: 11/18/2020
Time: 0312 hours

Inmate's Step 1 Grievance Narrative:

Inmate Camacho grieves that he has not been able to have access to the law library and he has submitted three inmate request forms to schedule the law library but it never showed up for him.

Inmate Camacho's solution is to fix the law libraries, purchase law books or hire him an attorney for his case.

Step 1 Grievance Response:

Inmate Camacho, I was able to get the law library in Unit 02 tonight (11/18/2020). There are two other inmates scheduled to use it today, so please get with the day shift Deputy so you can figure out a time to get in the classroom to use it. Both of the 2E law libraries are currently down for repair. There are inmates all over the facility trying to use the one law library that is available right now. I know this is not your fault obviously, but please try your best to use it today because the law library may not stay in Unit 02 for much longer. I assure you that work orders have been placed for the broken law libraries.

Nothing further from this deputy.

Step 2 Grievance Response

Incident No:62507
Inmate Name: Manual Camacho
Inmate Number: 403197
Date: 11/23/20
Time: 2030

Sergeant/Supervisor: Martinez

Inmate's Step 2 Grievance Narrative:

1. Inmate Camacho is grieving that he has been denied use of the law library on 3 seperate occasions. He is asking that Weld County corrects the problem of the kiosks malfunctioning, provides law enforecement books or provides a professional attorney for inmates.

Step 2 Grievance Response:

1. Inmate Camacho, I can see by the deputy logs that you have been granted access to the law library on many occasions. While not having access to the law library on the 3 days you arre speaking about is most likely frustrating to you, I do not see anywhere in your grievance the specific days you are referring to or the reasons why you couldn't use it. It's clear to me that you have been provided access to the law library. I can also assure you that when a law library does malfunction it is our priority to repair it. Nothing further.

Step 3 Detention Lieutenant Grievance Response

Incident No: 62507
Inmate Name: Camacho, Manuel
Inmate Number: 403197

Responding Detention Lieutenant: Elbe
Date: 12/29/2020
Time: 1700

Inmate's Step 3 Grievance Narrative:

Mr. Camacho continues his grievance alleging that his rights are being violated because he does not have access to the law library when he needs it. His proposed remedy is to have the County purchase and maintain their legal materials, purchase all current law books, or hire him an attorney.

Step 3 Grievance Response:

Mr. Camacho, you have the right to "reasonable access" to a law library by law. This "reasonable access" does not include on demand access, access every day, or access because of a deadline that we are not privy to. You have been given reasonable access to the law library since being here. As evidence of this, since coming into custody on 08/30/2020 the following is documented:

- Requested law library 11/05/20 and used it on 11/06/20.
- Law Library was available to you in your unit on 11/14/20 and you declined to use it.
- Law Library was available to you in your unit on 11/15/20 and you declined to use it.
- Law Library was available to you in your unit on 11/16/20 and you declined to use it.
- Requested law library 11/18/20 and used it on 11/18/20.
- Requested law library 11/19/20 and used it on 11/19/20.
- Requested law library 11/20/20 and used it on 11/21/20.
- Requested law library 12/01/20 and it was not available.
- Requested law library 12/04/20 and used it on 12/05/20.
- Law library was offered to you in the unit you were assigned to on 12/08/20 and you declined to use it.
- Law library was in the unit you were assigned to on 12/10/20 and you did not ask to use it.
- Requested law library 12/11/20 and used it on 12/11/20.
- Requested law library 12/16/20 and used it on 12/16/20.
- Your requests for the law library on 12/18, 12/26 and 12/27 do not have documentation as to whether you had access to it or not.

The above list certainly shows that you have had reasonable access to the law library since you have been in custody and when you have requested it. Even with some of the difficulties that an outside entity has had with maintaining some of the units, your reasonable access has not been interrupted. It is found that your rights have not been violated. Infrequent unavailability will not constitute a rights deprivation.

As for your remedies; The County already does purchase legal materials and this is done through a third party vendor who supplies the software and hardware. Because of this "purchase" there is not a need to purchase all current law books and there would be less access to these if we did and have inherent safety and security risks that can be mitigated through the above mentioned "purchase" of legal materials. And the County will not oblige the request to hire you an attorney.

Lt. M. Elbe
Detentions Division

Step 4 Detention Captain Response

Incident No: 62507
Inmate Name: Camacho, Manuel
Inmate Number: 403197

Responding Detention Captain:     Turner M WC5
Date:    01/22/201
Time:    1515

Inmate's Step 4 Grievance Narrative:

Inmate continues to grieve that he has not had access to the law library

Inmate suggests a remedy that he is given access to the law library

Step 4 Grievance Response:

Inmate Camacho,

I find that the previous grievance responses adequately answer this complaint.

I will go further to share that we are currently in the process with another vendor to initiate law library services to overcome issues like the one you are describing here.  This solution should be in place very soon.

Nothing further.

Step 1 Grievance Response

Incident No: 63694
Inmate Name: Camacho, Manuel A
Inmate Number: 403197

Responding Deputy/Staff: Alm WC0493
Date: 2/1/2021
Time: 1225

Inmate's Step 1 Grievance Narrative:

Inmate states that there is no access to the law library
Inmate states that he has been denied access to the law library for 3 days
Inmate states that this has been an issue for several months
Inmate states that he is a pro se litigant and needs access to a law library
Inmate states that the lack of law library access has caused issues in his cases
Inmate proposes as a solution that he be given access to a law library or his personal I-pad in order to work on his cases.

Step 1 Grievance Response:

Inmate Camacho,
Unfortunately there are a limited number of law libraries available for the facility. There are several hundred inmates housed in the facility and the law libraries are often in high demand and undergo wear and tear as a result. If a law library is undergoing repairs or in use in another unit then it may be unavailable. I do and will continue to do my best to obtain a law library for the unit when needed and as they become available.
Nothing Further from this Deputy.
-Alm WC0493



# WELD COUNTY SHERIFF

**Inmate Request Form**

Name: Manuel Alejandro Camacho
Inmate Number: 483197
Date: Feb. 1st, 2021
Housing Location: 3

## What is your request?
**IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS**

I need access to the Law Library on February 2nd, 2021.

---

## STAFF USE BELOW THIS LINE

Routing:   Housing Unit Deputy (printed name and badge number) _____

(X) Pod Deputy        ( ) Kitchen        ( ) Laundry        ( ) Phone services

( ) Inmate Services   ( ) Booking        ( ) Mail room      ( ) Other _____

Staff Response: Law library is currenty out of service. You will be added to the schedule as soon as its available.

Staff Name/ID number (print name): Celma M379    Date/Time: 2/2/2021
Returned to inmate by (print name): Celma M379    Date/Time: 2/2/2021

Inmate Request Form revised 10/2015



**Inmate Request Form**

Name: Manuel A. Camacho
Inmate Number: 403197
Date: Feb. 6th, 2021
Housing Location: 3

What is your request?
*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

I need access to the Law Library kiosk on Feb. 7th, 2021

**STAFF USE BELOW THIS LINE**

Routing: Housing Unit Deputy (printed name and badge number) _____

(X) Pod Deputy    ( ) Kitchen    ( ) Laundry    ( ) Phone services

( ) Inmate Services    ( ) Booking    ( ) Mail room    ( ) Other _____

Staff Response: The Law Library is not Avaliable yet. The project is near complete. We will Let you know as soon as it is ready!

Staff Name/ID number (print name): Adair W10570    Date/Time 2/7/21
Returned to inmate by (print name): _____    Date/Time _____

Inmate Request Form revised 10/2015



**WELD COUNTY SHERIFF**

**Inmate Request Form**

Name: Manuel A. Camacho  Date: 2-9-21
Inmate Number: 403197  Housing Location: 3

ONE REQUEST PER KITE PLEASE:

What is your request?

*IF MEDICAL IN NATURE, GIVE DIRECTLY TO THE NURSE DURING MEDICATION ROUNDS*

I need access to law library materials.

**STAFF USE BELOW THIS LINE**

Routing:    Housing Unit Deputy (printed name and badge number) VanStice WCO375

(X) Pod Deputy         ( ) Kitchen         ( ) Laundry         ( ) Phone services

( ) Inmate Services    ( ) Booking         ( ) Mail room       ( ) Other_____

Staff Response:

The law library is unavailable at this time.

Staff Name/ID number (print name): VanStice WCO375    Date/Time_____

Returned to inmate by (print name):_____    Date/Time_____

Inmate Request Form revised 10/2015

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel [Briefly describe below]:

Civil Rights under Law of the Constitution have been committed, resulting in longlasting physical injury/Emotional Pain and Suffering. Benefits of counsel will enhance Ethical Communication to all parties involved.

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

**[Please check one or both of the following options:]**

[☒] **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

[ ] **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

_____

_____

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

3

Dated at <u>Greeley</u> (city), <u>CO.</u> (state), this <u>10th day of February</u>, 202<u>1</u>.

<u>Manuel Alejandro Camacho</u>
(Unrepresented Prisoner's Name)
SS 5806
DOB 1973

<u>403197</u>
(Prisoner Identification Number)
<u>Weld County Jail</u>
<u>2110 "O" St.</u>
<u>Greeley CO 80631</u>
(Complete Mailing Address)

4



#403197
Inmate Name Manuel Camacho
Weld County Jail
2110 O Street
Greeley, Co 80631

**LEGAL**

U.S District Court, District of Colorado
Attn: Clerk of the Court
901 19th St. Rm. A105
Denver, Co.
80294-3589