## Notice Of Address Change

Case # 20-CV-03691

Manuel Alejandro Camacho
v.
Cordova
Boen
Dibiasi
Smith
Clear Creek County Sherriff's Office

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 19 2021
JEFFREY P. COLWELL
CLERK

---

As of February 16th I am being transported to the Colorado Department of Corrections. Due to COVID I am uncertain if I will be transferred to the Denver Reception Diagnostic Center (DRDC) or Centennial South Quarantine Unit in Cañon City. I will notify the Clerk of the Court of my new address as soon as correspondance materials are available. I will also easily be found on the D.O.C. "Inmate Locator" website. My Dept. of Corrections number is #69393. Again I will notify the clerk of my new address As Soon As Possible.

Centennial South.
P.O. Box 600
Cañon City, CO.
80215

OR

D.R.D.C.
P.O. Box 392004
Denver, CO.
80239

Thank You,

Manuel A. Camacho
D.O.C. # 69393



Manuel A. Camacho #403197
Weld County Jail
2110 "O" St.
Greeley, Co.
80631

United States District Court
Attn: Clerk of the Court
901 19th St. Rm A105
Denver, Co.
80294