Notice Of Address Change

I Manuel Alejandro Camacho SS-58016 / D.O.B 1983 have officially moved to Centennial South Correctional Facility in Cañon City. My new address is:

Manuel A. Camacho # 62393
CCF   H-E-205
P.O. Box 600
Cañon City, CO.
81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 22 2021
JEFFREY P. COLWELL
CLERK

Respectfully,

[signature]

