OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 01 2021

JEFFREY P. COLWELL
CLERK

20-cv-3691-RBJ-SKC
Ret. Doc 14, 15



DENVER CO 802
SPECIAL MAIL
17 FEB 2021 PM 5
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
02/17/2021
US POSTAGE
$00.51
ZIP 80294
041L11245087

Manuel Alejandro Camacho
#403197
Weld County Jail
2110 O Stre[et]
Greeley, CO

NIXIE    808  DE  1         0002/26/21
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 80294250099      *1220-07942-17-38*

RETURN TO SENDER
☐ NO LONGER IN CUSTODY
☐ UNAUTHORIZED PACKAGE