# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 MAR 11 AM 11:29
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Manuel Alejandro Camacho | 20-cv-3691-RBJ |
| DEFENDANT | TYPE OF PROCESS |
| Cordova, Buen, Dibiasi, Smith, and Clear Creek County Sheriff's Office | S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dibiasi
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Clear Creek County Sheriff's Office, 405 Argentine Street, Georgetown CO 80444

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Manuel Alejandro Camacho
#403197
Weld County Jail
2110 O Street
Greeley, CO 80631

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**PERSONAL SERVICE**

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
s/J. Salzman, Deputy Clerk
TELEPHONE NUMBER: 303-844-3433
DATE: 02/03/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 5
District of Origin No.: B13
District to Serve No.: B13
Signature of Authorized USMS Deputy or Clerk: [signature] McNeil
Date: 2/10/2021

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Natalie Wynemel, CCSO
Date: 3/8/21
Time: 1644 ☒ am ☐ pm

Service Fee: 130.00 / $65.00
Total Mileage Charges (including endeavors): $52.84
Total Charges: $182.44

REMARKS:
Gave process to Natalie Wynemel who is a deputy sheriff officer

1:2020-CV-03691

Capture ✓

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-3691-RBJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dibasi**
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Natalie Withnell** ; who is designated by law to accept service of process on behalf of *(name of organization)* **Clear Creek County Sheriff Office** on *(date)* **3/8/21** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **130** for travel and $ **56.84** for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **3/8/21**

_____
Server's signature

**Jesus Cardona DCSM**
Printed name and title

**901 14th St, Ste 300 Denver, CO 80294**
Server's address

Additional information regarding attempted service, etc: