# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## ENTRY OF APPEARANCE

**ANAHITA D. SOTOOHI**, of the law firm of **SGR, LLC**, hereby enters her appearance on behalf of Defendants **JACOB CORDOVA, ANDREW BUEN, NICK DIBIASI**, and **CLEAR CREEK COUNTY SHERIFF'S OFFICE**.

    Respectfully submitted,

/s/ Anahita D. Sotoohi
***Anahita D. Sotoohi***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of March, 2021, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system. I further certify that I mailed said **ENTRY OF APPEARANCE** to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho #69393
Centennial Correctional Facility H-E-205
P.O. Box 600
Canon City, CO 81215

s/ Lisa Gilbert
Legal Secretary