**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

---

Defendants **JACOB CORDOVA, ANDREW BUEN, NICK DIBIASI,** and **CLEAR CREEK COUNTY SHERIFF'S OFFICE,** by and through their attorneys, **SGR, LLC**, hereby submit their Motion for Extension of Time to File Responsive Pleading pursuant to F.R.C.P. 6(b)(1)(A).

**AND IN SUPPORT THEREOF**, Defendants state as follows:

**CERTIFICATE OF CONFERRAL**

Plaintiff is currently incarcerated at Centennial South Correctional Facility and appears *pro se* in this matter. Pursuant to D.COLO.LCiv.R. 7.1(b)(1), counsel for Defendants was not obligated to confer with Plaintiff prior to filing this Motion.

    1.    On December 17, 2020, Plaintiff filed his Complaint. [Doc. No. 1].

2. On December 18, 2020, Plaintiff was ordered to re-file his Complaint to correct certain deficiencies. [Doc. No. 5].

3. On December 30, 2020, Plaintiff filed a letter with the Court seeking more time to comply with the December 18, 2020 Order. [Doc. No. 6].

4. On January 5, 2021, Plaintiff's requested relief was granted and he was given until February 18, 2021, to cure the filing deficiencies of his Complaint. [Doc. No. 7].

5. On January 28, 2021, Plaintiff filed his Amended Complaint. [Doc. No. 8].

6. All Defendants were served on March 8, 2021. [Doc. No. 20, Affidavit of Service on Dibiasi; Doc. No. 21, Affidavit of Service on Smith; Doc. No. 22, Affidavit of Service on Cordova; Doc. No. 23, Affidavit of Service on Buen; Doc. No. 24, Affidavit of Service on Clear Creek County Sheriff's Office].

7. Pursuant to Fed.R.Civ.P. 12(a)(1)(A)(i), Defendants' deadline to file a responsive pleading is March 29, 2021.

8. Defendants respectfully request that the Court enter an Order extending Defendants' deadline to file a responsive pleading by twenty-one (21) days, to April 19, 2021.

9. As undersigned counsel was only recently retained to represent Defendants in this matter, Defendants require an extension of time to investigate Plaintiff's allegations in order to effectively respond to the Amended Complaint.

10. Granting Defendants an extension of time will not prejudice any party and will not affect any operative deadlines in this case.

11. Undersigned counsel certifies that he is serving a copy of this motion on his clients upon filing in accordance with D.C.COLO.LCiv.R. 6.1(c).

**WHEREFORE,** Defendants respectfully request that the Court extend their time to file a responsive pleading to Plaintiff's Amended Complaint to April 19, 2021.

                                                  Respectfully submitted,

/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

/s/ Anahita D. Sotoohi
*Anahita D. Sotoohi*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorneys for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of March, 2021, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system. I further certify that I mailed said **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

    Manuel A. Camacho #69393
    Centennial Correctional Facility H-E-205
    P.O. Box 600
    Canon City, CO 81215

                                                     s/          Lisa Gilbert
                                                     Legal Secretary