

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER

DENVER CO 80012
SPECIAL MAIL

neopost
03/12/2021
US POSTAGE $00.51

ZIP 80294
041L11245087

20-cv-03691-RBJ-SKC
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 26 2021
JEFFREY P. COLWELL
CLERK

Doc #20,
21, 22

PRESENCE OF THE
INMATE

Manuel Alejandro Camacho
#403197

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294256699 *1468-04444-24-44

Name +
Doc #
Dont
match