March 26th, 2021

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 31 2021
JEFFREY P. COLWELL
CLERK

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ

Manuel Alejandro Camacho

Plaintiff,

v.

Cordova
Buen
Dibiasi
Smith
Clear Creek County Sherriff's Office

Defendant.

## Address Change Notification

I am Manuel Alejandro Camacho, DOB 1973, S.S. 5806. This is my formal notification of my change of address. As of March 24th, 2021 I was transferred to the DOC Four Mile Correctional Facility. P.O Box 300, Cañon City, Co. 81215.

I certify that I have mailed a copy of this address change notification on March 26th, 2021.

Respectfully,

Manuel A. Camacho
DOC #69393
P.O. Box ~~300~~ 300
Canyon City, Co. 81215

**Colorado Department Of Corrections**
Name: Manuel A. Camacho
Register Number: 69393
Unit: A-L2-2
Box Number: 300
City, State, Zip: Cañon City, Co. 81215

LEGAL

DENVER CO 802
29 MAR 2021 PM 5 L

United States District Court,
District of Colorado.
Attn: Clerk of the Court
901 19th Street, Rm. A105
Denver, Co.
    80294-3589

80294-250151