THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-ABJ

Manuel Alejandro Camacho

Plaintiff,

v.   Cordova
     Buen
     Dibiasi
     Smith
     Clear Creek County Sherriff's office

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2021

JEFFREY P. COLWELL
CLERK

---

## "Status" Request Motion

---

I Manuel A. Camacho, DOB 1973, SS. 5806 am requesting the "Status" of the said civil action?

From the Weld County Jail in Greeley, Colorado on February 13th, 2021 I responded and sent the "Consent to exercise of Jurisdiction By a United States Magistrate Judge" and "Election Concerning Consent to United States Magistrate Judge Jurisdiction."

From the Weld County Jail in Greeley, Colorado on February 13th, 2021 I also filed a motion requesting "Appointment of Pro-Bono Counsel."

On February 16th, 2021 I sent a notification of address change from the Weld County Jail in Greeley Colorado.

On February 17th, 2021 I sent a notification of address change from the Centennial North Dept.

"Status" Request Motion Pg II
___

of Corrections P.O. Box 600, Cañon City, Colorado 81215.

Again I am now at a permanent facility at the Four Mile Correctional Facility in Canon City. The Address is P.O. Box 300, Cañon City Colorado 81215.

I am requesting "Status" in reguards to my motions filed in mid February as well any motions filed by defendants Cordova, Buen, Dibiasi, Smith, and the Clear Creek County Sherriffs Office. Note that I "Object" or oppose any motions filed by defendants to dismiss any claims. Until I receive a response from the Clerk of the Court I request time to prepare for any motions filed by the defendants.

I certify that I have mailed a copy of this "Status" Request Motion on March 26th, 2021.

Respectfully,

*[signature]*

Manuel A. Camacho
D.O.C. # 69383
P.O. Box 300
Cañon City, CO.
81215

Pg II

**Colorado Department Of Corrections**

Name: Manuel A. Camacho

Register Number: 69393

Unit: A-L2-2

Box Number: 300

City, State, Zip: Cañon City, Co. 81215

LEGAL

DENVER CO 802

29 MAR 2021 PM 5 L

United States District Court,
District Of Colorado.
Attn: Clerk of the Court
901 19th Street, Rm. A105
Denver, Co.
  80294-3589

80294-250151