**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

JACOB CORDOVA, Deputy;
ANDREW BUEN, Deputy;
NICK DIBIASI, Deputy;
JEFF SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

## DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

---

Defendants **JACOB CORDOVA, ANDREW BUEN, NICK DIBIASI, JEFF SMITH** and **CLEAR CREEK COUNTY SHERIFF'S OFFICE,** by and through their attorneys, **SGR, LLC**, hereby submit their Second Motion for Extension of Time to File Responsive Pleading pursuant to F.R.C.P. 6(b)(1)(A).

**AND IN SUPPORT THEREOF**, Defendants state as follows:

### CERTIFICATE OF CONFERRAL

Plaintiff is currently incarcerated at Centennial South Correctional Facility and appears *pro se* in this matter. Pursuant to D.COLO.LCiv.R. 7.1(b)(1), counsel for Defendants was not obligated to confer with Plaintiff prior to filing this Motion.

    1.    On December 17, 2020, Plaintiff filed his Complaint. [Doc. No. 1].

2. On December 18, 2020, Plaintiff was ordered to re-file his Complaint to correct certain deficiencies. [Doc. No. 5].

3. On December 30, 2020, Plaintiff filed a letter with the Court seeking more time to comply with the December 18, 2020 Order. [Doc. No. 6].

4. On January 5, 2021, Plaintiff's requested relief was granted and he was given until February 18, 2021, to cure the filing deficiencies of his Complaint. [Doc. No. 7].

5. On January 28, 2021, Plaintiff filed his Amended Complaint. [Doc. No. 8].

6. All Defendants were served on March 8, 2021. [Doc. No. 20, Affidavit of Service on Dibiasi; Doc. No. 21, Affidavit of Service on Smith; Doc. No. 22, Affidavit of Service on Cordova; Doc. No. 23, Affidavit of Service on Buen; Doc. No. 24, Affidavit of Service on Clear Creek County Sheriff's Office]. Pursuant to Fed.R.Civ.P. 12(a)(1)(A)(i), Defendants' deadline to file a responsive pleading was March 29, 2021.

7. On March 23, 2021, Defendants requested a twenty-one day extension of time to file a responsive pleading. [Doc. No. 27].

8. The extension was granted and Defendants' deadline to file a responsive pleading was set to April 19, 2021. [Doc. No. 33].

9. Defendants respectfully request a seven-day extension of time to file their responsive pleading, up to and including April 26, 2021.

10. Undersigned counsel has been consulting diligently with Defendants to thoroughly develop the facts necessary to prepare a responsive pleading and requires extra time to complete that conferral. Most notably, undersigned counsel was unable to schedule a meeting with all

Defendants until April 16, 2021. This brief extension will permit Defendants to prepare a responsive pleading that fully takes into account the facts underlying the Amended Complaint.

11. Granting Defendants an extension of time will not prejudice any party. There are no other operative deadlines in this case, so the requested extension will not affect other deadlines.

12. Undersigned counsel certify that they are serving a copy of this motion on their clients upon filing in accordance with D.C.COLO.LCiv.R. 6.1(c).

**WHEREFORE,** Defendants respectfully request that the Court extend their time to file a responsive pleading to Plaintiff's Amended Complaint to April 26, 2021.

Respectfully submitted,

/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

/s/ Anahita D. Sotoohi
*Anahita D. Sotoohi*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of April, 2021, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of Court using the CM/ECF system. I further certify that I mailed said **DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho #69393
Centennial Correctional Facility H-E-205
P.O. Box 600
Canon City, CO 81215

s/    Lisa Gilbert
Legal Secretary

4