**Clear Creek County Detentions**
**Jail and Detention**
**Policies and Procedures**

| **Subject:** Grievance Procedures | **Policy Number:** 12.09 |
|---|---|
| **Issue Date:** 7/15/13 | **Revision Date:** |
| **Approval Authority**<br>**Title and Signature:** Sheriff Rick Albers ||

### POLICY:

In support of orderly and safe inmate housing conditions, Clear Creek County Detentions maintains an inmate grievances system consistent with due process.

### PENOLOGICAL INTEREST:

This facility provides a grievance procedure for inmates out of an interest to support inmate rights to due process and in order to operate a reasonable safe, secure, and well disciplined environment, for inmates and staff.

### DEFINITION:

- *Grievance* - A formal or verbal statement of complaint, generally against an authority figure in the jail or against an operational aspect of the detention facility as a whole.

### PROCEDURES:

Acts which constitute usual grounds for initiation of a reasonable grievance by an inmate include, but are not limited to:

1. Violation of civil rights;
2. Criminal acts;
3. Unjust denial or restriction of inmate privileges;
4. Confinement issues, such as adequate food, clothing, or access to inmate services;
5. Prohibited acts by facility staff.

**Grievance Procedure:**
Grievance procedures established by Clear Creek County Detentions consists of the following steps or options.  These steps include:

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed, without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

Page 1 of 3

| Jail and Detention Policies and Procedures, 12.09 Grievances Procedures |
|---|

1. An inmate may file an *informal grievance* by discussing the specific problem with a staff member. Normally these informal grievances are filed verbally with staff having contact with the inmate during routine supervision. Where and when possible, staff receiving the grievance may address the complained of condition directly. Emergency grievances, in which delay in handling could result in personal injury or other damages to the inmate, will be handled expeditiously. Staff are encouraged to use their own initiative to resolve issues that are within their authority. If not resolved at the deputy level, the grievance will be passed to a Sergeant for action or subsequent referral.
2. At minimum two (2) staff members, at least one a supervisor will handle formal grievances.
3. If the problem cannot be resolved through informal discussions or the inmate wishes to document the grievance for additional consideration, he may submit a written grievance to the grievance board.
4. Formal grievances are filed in writing and an inmate may ask for assistance from other inmates in writing out the grievance on the specified form. Grievance forms and writing materials will be made available to inmates upon request. A problem that results from a specific event or action must be presented on the approved form within seven [7] days of the occurrence. Formal grievances will be accepted by deputies or supervisors. On a daily basis, deputies conduct rounds throughout the facility giving inmates the opportunity to give written grievances to them. Any grievance accepted by a deputy will then be sent directly to a supervisor who will review the filed grievances and convene a grievance board. The grievance must:
    a. Be in writing;
    b. Clearly define the situation in question and the facts upon which it is based;
    c. Specify the wrongful act or situation and describe the harm done;
    d. Arise out of an act or failure to act by Clear Creek County Detentions;
    e. Address a matter within the control of the facility;
    f. Request a remedy that is within the power of the facility to grant;
    g. Be submitted within seven [7] days of the occurrence;
    h. Include a copy of any written supporting documents or pertinent discussion, decision, and justification;
    i. Specify a requested remedy.
5. The decision of the grievance board will be presented to the inmate in writing, no later than fifteen [15] days after the grievance is received. The grievance board will provide for meaningful relief of a substantiated grievance [i.e., reinstatement of good time, additional visitation privileges]. In order to prevent reprisals against an inmate, disciplinary action may be taken against any staff member who retaliates or attempts to retaliate against an inmate filing a grievance.
6. Inmates may be disciplined for filing frivolous or repeated grievances that consistently have little or no merit.
7. Appeal of a grievance board's decision is made to the Detentions Captain on the same grievance form or format. The Detentions Captain has fifteen [15] days

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed, without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

| Jail and Detention Policies and Procedures, 12.09 Grievances Procedures |
|---|

      from the date the grievance is received to respond, and the decision of the Detentions Captain is final.

8. The facility will maintain records of all grievances filed by an inmate for at least five years after the inmate has left or been released from the facility.  Grievance information regarding inmates and employees will be kept strictly confidential.  In no case will information be released without the specific approval of the Sheriff or designee.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed, without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.