**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

### DEFENDANTS' MOTION TO WITHDRAW MOTION TO DISMISS

---

Defendants, **JACOB CORDOVA, ANDREW BUEN, NICK DIBIASI, JEFF SMITH** and **CLEAR CREEK COUNTY SHERIFF'S OFFICE,** through undersigned counsel, **SGR, LLC**, respectfully move this Court for an order withdrawing Defendants' Motion to Dismiss or in the Alternative for Summary Judgment [Doc. No. 40].

**AND IN SUPPORT THEREOF,** Defendants state as follows:

### I.    STATEMENT OF CONFERRAL

1.    Plaintiff is currently incarcerated at Centennial South Correctional Facility and appears *pro se* in this matter. Pursuant to D.COLO.LCiv.R. 7.1(b)(1), counsel for Defendants was not obligated to confer with Plaintiff prior to filing this Motion.

## II.     ARGUMENT

2. This case arises out of Plaintiff's pretrial detainment at Clear Creek County Detention Center. On May 15, 2019, Plaintiff was being prepared for transport from the Center for a court appearance and there was difficulty securing Plaintiff's left ankle and a dispute arose. Plaintiff alleges that the individual Defendants used excessive force against him in violation of the Eighth Amendment and that the Sheriff's Office has failed to properly train Detention Center staff. All claims are brought pursuant to 42 U.S.C. § 1983.

3. In response to Plaintiff's allegations, on April 30, 2021, all Defendants filed a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6), or in the Alternative, a Motion pursuant to Fed.R.Civ.P. 56. [Doc. No. 40].  The Motion was premised in part on certain allegations regarding Plaintiff's failure to properly file a grievance.

4. Very shortly after Defendants filed the above-referenced Motion, Defendants uncovered further factual information related to Plaintiff's grievance.

5. As Defendants and undersigned counsel have further developed those facts, it has become evident that the Motion to Dismiss includes factual information believed to be accurate at the time of filing which is no longer entirely accurate.

6. Plaintiff will not be prejudiced if the Motion to Withdraw is granted. Plaintiff's current deadline to respond to the Motion to Dismiss is June 11, 2021. Permitting Defendants to withdraw the Motion to Dismiss and file a renewed Motion to Dismiss will extend the amount of time Plaintiff has to respond. Withdrawing the Motion to Dismiss will also ensure that the arguments before the Court and to which Plaintiff must respond are factually accurate.

**WHEREFORE**, Defendants respectfully request that the Court grant the Motion to Withdraw.

Respectfully submitted,

s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  303-320-0509
Email:  eziporin@sgrllc.com
*Counsel for Defendants*

s/ Anahita D. Sotoohi
*Anahita D. Sotoohi*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  303-320-0509
Email:  asotoohi@sgrllc.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of June, 2021, I electronically filed a true and correct copy of the above and foregoing with the Clerk of Court using the CM/ECF system. I further certify that I mailed said DEFENDANTS' MOTION TO WITHDRAW MOTION TO DISMISS to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

    Manuel A. Camacho #69393
    Four Mile Correctional Facility D-20-5
    P.O. Box 300
    Canon City, CO  81215

                                             s/          Lisa Gilbert
                                             Legal Secretary