**EXHIBIT A**

5/16/2019 11:14:01 AM

1 Please state the date of the incident.:
MAY 15, 2019

2 Please state the time of the incident.:
10 A.M.

3 Please state the location of the incident.:
BOOKING

4 Please list the names of any staff involved during the incident.:
DEPUTIES BUEN, CORDOVA, DIBIASE, AND OTH

5 Please list the names of any witnesses of the incident.:
 MYSELF, MARSHA THE NURSE, AS WELL AS MENTAL HEALTH STAFF. VIDEO/AUDIO FROM JAIL SECURITY MONITORS

6 Please describe the incident.:
I WAS ASSAULTED BY THE ABOVE DEPUTIES WHILE TRYING TO GO TO COURT. DUE TO THE FACT THAT MY LEFT FIBULA IS BROKEN AND SEVERE DEFORMATION MY ANKLE IS SWOLLEN, THEREFORE ALTERNATE PRECAUSIONS NEED TO BE MADE DURING ANY KIND OF TRANSPORT. AS I BEGAN TO EXPLAIN THIS TO THE DEPUTIES I WAS BRUTALLY ASSAULTED AND TORTURED IN A SECURITY DEVICE. THIS ASSAULT CAUSED SEVERE PAIN AND I HAD TO BE TREATED FOR SCRAPES, BRUISES, AND NUMBNESS IN MY LEFT FOOT. I REQUEST TO DISCLOSE A FULL WRITTEN REPORT OF THE ASSAULT, AS WELL AS VIDEO/AUDIO FOOTAGE AS WELL AS THE MEDICAL REPORT TO AN I.G. OR CLEAR CREEK COUNTY INVESTIGATOR AS SOON AS POSSIBLE. IF NOT I WILL GET IN TOUCH WITH ANTI-POLICE BRUTALITY ACTIVIST IF THIS NCIDENT GETS SWEPT UNDER THE RUG.

7 Is this an appeal?:
No

5/21/2019 10:51:20 AM

1 Please state the date of the incident:
MAY 15, 2019

2 Please state the time of the incident:
10 A.M.

3 Please state the location of the incident:
BOOKING

4 Please list the names of any staff involved during the incident:
DEPUTIES BUEN, CORDOVA, DIBIASE, AND OTH

5 Please list the names of any witnesses of the incident:
MYSELF, MARSHA THE NURSE, AS WELL AS MENTAL HEALTH STAFF. VIDEO/AUDIO FROM JAIL SECURITY MONITORS

6 Please describe the incident:
I WAS ASSAULTED BY THE ABOVE DEPUTIES WHILE TRYING TO GO TO COURT. DUE TO THE FACT THAT MY LEFT FIBULA IS BROKEN AND SEVERE DEFORMATION MY ANKLE IS SWOLLEN, THEREFORE ALTERNATE PRECAUSIONS NEED TO BE MADE DURING ANY KIND OF TRANSPORT. AS I BEGAN TO EXPLAIN THIS TO THE DEPUTIES I WAS BRUTALLY ASSAULTED AND TORTURED IN A SECURITY DEVICE. THIS ASSAULT CAUSED SEVERE PAIN AND I HAD TO BE TREATED FOR SCRAPES, BRUISES, AND NUMBNESS IN MY LEFT FOOT. I REQUEST TO DISCLOSE A FULL WRITTEN REPORT OF THE ASSAULT, AS WELL AS VIDEO/AUDIO FOOTAGE AS WELL AS THE MEDICAL REPORT TO AN I.G. OR CLEAR CREEK COUNTY INVESTIGATOR AS SOON AS POSSIBLE. IF NOT I WILL GET IN TOUCH WITH ANTI-POLICE BRUTALITY ACTIVIST IF THIS NCIDENT GETS SWEPT UNDER THE RUG.

7 Is this an appeal?:
No