**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

JACOB CORDOVA, Deputy;
ANDREW BUEN, Deputy;
NICK DIBIASI, Deputy;
JEFF SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

## AFFIDAVIT OF JEFF SMITH

---

Affiant, **JEFF SMITH**, after first being duly sworn, states as follows:

1. I am employed as a Captain at Clear Creek County Detention Center and have held that position since December of 2004. I have personal knowledge of the matters contained within this affidavit.

2. The Clear Creek County Detention Center has created a procedure for inmates to file grievances against jail staff.

3. In May of 2019, inmates could file grievances by submitting a grievance form through the inmate kiosk.

4. I have reviewed the kiosk grievance attached as **Exhibit A** to Defendants' Renewed Motion to Dismiss or in the Alternative for Summary Judgment.

5. **Exhibit A** is a true and accurate copy of the grievance retrieved from the kiosk system.

6. I have reviewed the inmate handbook attached as **Exhibit C** to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment.

7. The grievance policy contained in **Exhibit C** is a true and accurate copy of the grievance policy of Clear Creek County Detention Center in place during May of 2019.

8. The grievance policy allows for inmates to file a grievance within five days of the incident upon which the grievance is based. After the grievance is reviewed, a staff member will provide a response in writing. The grievance policy also advises inmates that any disciplinary action taken against Clear Creek County Detention Center staff members will not be disclosed. After the inmate has received a response in writing, the inmate can appeal the disposition within five working days by writing to the Detentions Administrator.

9. The inmate handbook is maintained by the Clear Creek County Detention Center during the normal course of its business activity.

10. After filing the grievance, Manuel Camacho requested, and was granted, an interview with the Investigation Unit of the Clear Creek County Sheriff's Office.

11. In November of 2020, I received a letter from Manuel Camacho in which he asked whether his grievance had been handled administratively.

12. I responded to the letter on November 10, 2020, stating that my understanding from Plaintiff's interview was that Plaintiff wanted the matter handled administratively and only requested additional training for the involved deputies; that the Clear Creek County Detention

Center does not release conclusions from administrative matters; and that the Clear Creek County Detention Center provides frequent, scenario-based training.

13. I did not receive any further communication from Manuel Camacho, nor at any time did he file an appeal from the grievance.

14. Based on my review of Manuel Camacho's inmate file, Manuel Camacho was a pre-trial detainee awaiting trial and sentencing while at Clear Creek County Detention Center.

_____
Jeff Smith

STATE OF COLORADO        )
                         ) ss
COUNTY OF CLEAR CREEK    )

Sworn and subscribed to before me this 9th day of June, 2021 by Jeff Smith.

_____
Notary Public

ELIZABETH A. GRABER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20074014045
MY COMMISSION EXPIRES APRIL 6, 2023

3