**EXHIBIT C**

# Clear Creek County Detentions Facility

## Inmate Handbook

**<u>Revised January 2021</u>**

## Table of Contents

| Chapter/ Title: | Page |
|---|---|
| Mission Statement | 2 |
| Introduction | 2 |
| Prison Rape Eliminating Act (PREA) | 3 |
| Rights & Privileges | 4 |
| Inmate Responsibilities | 5 |
| Sexual Harassment | 4 |
| Booking & Personal Property | 5 |
| Housing | 5 |
| Communication | 6 |
| Kites | 6 |
| Telephone | 6 |
| Personal Outgoing Mail | 7 |
| Personal Incoming Mail | 7 |
| Legal Mail | 8 |
| Video On-site Visits | 8 |
| Professional Visits | 9 |
| Offsite VideoVisits | 9 |
| Inmate Personal Money Account | 9 |
| Incoming Funds | 9 |
| Outgoing Funds | 9 |
| Indigency | 10 |
| Garnishment | 10 |
| Commissary Privilege | 10 |
| Meals & Food Service | 10 |
| Medical Services | 11 |
| Medication Rounds | 11 |
| Sick Call | 11 |
| Over the Counter Meds | 12 |
| Hygiene & Sanitation | 12 |
| Showers | 12 |
| Personal Hygiene Kits. | 12 |
| Toilet Paper | 12 |
| Hair Cuts | 12 |
| Razors | 12 |
| Laundry Exchange | 12 |
| Uniform Clothing | 12 |
| Sanitary Conditions. | 13 |
| Cleaning Supplies & Equipment | 13 |

| Chapter / Title: | Page |
|---|---|
| Property | 13 |
| Issued Property | 13 |
| Personal Property | 14 |
| Contraband | 15 |
| Street Clothing | 15 |
| Programs & Services | 15 |
| Religious Services | 16 |
| Education Services | 16 |
| Law Library | 16 |
| Discovery | 16 |
| Recreation | 16 |
| Television | 16 |
| Inmate Worker Program | 16 |
| Work Crew Program | 16 |
| Project Baby Blanket | 17 |
| Alcoholics Anonymous | 17 |
| Tablet Progam | 17 |
| Detention FacilitySecurity | 18 |
| Searches | 18 |
| Contraband | 18 |
| Dangerous Contraband | 18 |
| Safety | 19 |
| Segregation | 19 |
| Administrative Segregation | 19 |
| Disciplinary Segregation | 19 |
| Protective Custody | 19 |
| Cool Off Period | 19 |
| Rules Regulations & Sanctions | 20 |
| Major Rule Violations | 20 |
| Sanctions for Major Violations | 21 |
| Minor Rule Violations | 21 |
| Sanctions for Minor Violations | 22 |
| Operational Rule Violations | 22 |
| Sanctions for Operation Violations | 23 |
| Grievance Procedure | 24 |
| Additional Information. | 24 |
| Bonding Information | 24 |
| Court Information | 25 |
| Helpful Telephone Numbers / Addresses | 25 |

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

## MISSION STATEMENT:

It is the mission of the Clear Creek County Detentions Facility to provide for the safe, secure and wholesome care, custody and control of all inmates and detainees incarcerated therein, according to statutory requirements and court edicts.

## INTRODUCTION:

The Clear Creek County Sheriff's Office utilizes a concept of incarceration with an appreciation for your needs and those of the community. The detentions division has incorporated ideas from several successful institutions throughout the Denver Metro area. Two key concepts that underlie all activities are personal safety and positive rational behavior.

Our responsibility is for your personal safety during your stay. Your responsibility is to comply with the regulations of the facility and directives of staff members. Some of the regulations may seem restrictive to you; however, they are necessary to maintain a humane environment. The information and procedures described in this Handbook apply to all inmates and detainees regardless of their length of stay or the reasons for incarceration. If you have any questions concerning any of the contents of this Handbook, ask any staff member to assist you.

Sheriff Rick Albers
Clear Creek County

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

## Prison Rape Elimination Act (PREA)

### Right to Report:

If you, or someone you know, are experiencing sexual abuse or sexual harassment, Clear Creek County Jail wants to know immediately. We want you to report the incident right away! Why?

- We want to keep you safe, it's our job! It is your right to be free from sexual abuse and sexual harassment.
- We want to conduct an investigation of the reported incident.
- We want to hold the perpetrator accountable for his/her actions.
- We want to provide you with relevant information and support services.

### How to Report:

Clear Creek County Jail offers multiple ways to report sexual abuse and sexual harassment. Reports can be made anonymously.

- Dial 679 (PREA Hotline), 678 (Victims Advocate) or 677 (Mountain Peace Shelter).
- Report to any staff, volunteer, contractor, or medical and mental health staff members.
- Submit an Inmate Request Form (Kite) or Grievance.
- Report to the PREA coordinator or PREA compliance manager.
- Tell a family member, friend, legal counsel, or anyone outside the facility. They can report on your behalf by calling (303) 670-7519.
- You also can submit a report on someone's behalf, or someone at the facility can report by using the ways listed above.

### False Report:

- If a report or compliant of sexual abuse or sexual harassment is concluded to be intentionally false or that information provided in an investigation was intentionally false, the individual(s) providing such false information are subject to disciplinary action, and possible criminal charges.

### Victim Support Service:

- Clear Creek County Jail is partnered with Clear Creek County Victims Advocate to provide survivors of sexual abuse and sexual harassment with emotional support services. To access these services, contact (303) 679-2426 or the Hotline (303) 569-3126.

3

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

## INMATE RIGHTS AND PRIVILEGES:

A **RIGHT:** is something to which you are entitled. Rights are generally determined by law.

**Rights Include:**
1. Clean and sanitary living conditions.
2. Access to Medical and Dental care.
3. Access to the Courts and Attorneys.
4. Access to Legal material.
5. Right to Religion.
6. Contact with family and friends via mail.
7. Disciplinary and Classification due process.
8. Recreation

A **PRIVILEGE:** is a benefit granted by the Detentions Facility that is subject to loss based on poor behaviors, security risks or emergency situations. Privileges may vary between security levels.

**Privileges Include:**
1. Telephone Usage.
2. Participation or attendance in programs.
3. Access to recreational reading material.
4. Visits with family and friends.
5. Purchasing commissary items.
6. Television and games.

## INMATE RESPONSIBILITIES:

You are expected to:
1. Follow staff orders or requests.
2. Respect the detention facility's property and the property of others.
3. Maintain your cell and dayroom in a clean, orderly and sanitary manner.
4. **Maintain daily Personal Hygiene.**
5. Conduct yourself in a responsible manner.
6. Treat all staff and other inmates with respect. Racial and Sexual harassment are strictly prohibited.
7. Comply with the rules and regulations of the facility.

**SEXUAL HARASSMENT** includes but is not limited to:
1. Unwanted sexual advances.
2. Requests for sexual favors and other verbal or physical contact of a sexual nature.
3. Indecent exposure.
4. Placing or showing sexually explicit pictures, cartoons or drawings where they may be visible to any person, who may be offended.

4

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

## BOOKING AND PERSONAL PROPERTY:

Upon your arrival at the Clear Creek County Detentions Facility you were processed through the detentions booking procedures. At that point all clothing, money, and other valuables were taken, inventoried and placed into your personal property storage bag. You were given the opportunity to retain legal papers for your current case as well as addresses and or telephone numbers from your property before it was sealed and placed in storage. Your property will remain in storage until you are released or you may release property to someone outside the facility through a "Kite", (See definition of Kite on page 5). All property in excess of authorized amounts or items of contraband was returned to the arresting officer when you arrived at the facility. You must contact that agency upon your release to retrieve your property.

## HOUSING:

Your housing assignment will be determined by the initial intake Deputy and based on security threat and cell availability. Not withstanding any other provisions of this handbook, the facility staff may transfer inmates from one location to another; place inmate into closer supervised classifications, or may temporarily suspend privileges extended by the facility without notice whenever such action is necessary to preserve order, maintain security, or to protect persons or property from harm. Rule violations may also result in lock downs pending disciplinary boards or review of actions by the detentions administration.

Wake up is 06:00 a.m. and lockdown is 10:30 p.m. with lights out at 11:00 p.m. No exceptions will be made to the lights out time unless for medical reasons.

Programs and activities such as commissary, education, medical rounds, recreation, visitation, and law library will be scheduled so that all eligible inmates will have access to these activities.

Do not whistle or yell any obscene, profane, rude, insulting, abusive language. Any unnecessarily loud and disruptive noise is strictly prohibited.

Do not enter or stand at the doorway of another inmate's cell at any time. This includes cells that are not currently in use. Entering into an unauthorized cell is strictly prohibited.

Do not leave your personal property unattended in the dayroom. Any property left unattended in the dayroom will be considered abandoned and disposed of accordingly.

Do not sit on the tables within the cellblocks.

Do not borrow, lend or give away any item. If ownership cannot be proven, the item(s) in question may be seized and disposed of.

Do not cover your cell lights with any material. Any damage caused to the cell or cell lights may result in a loss of privileges and or restitution.

5

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

All housekeeping tasks must be satisfactorily completed prior to the exercise of any privileges or programs to include television, telephone, library, and recreation.

You may be instructed to turn the television off, after meals, to clean your cell and or the dayroom area.

If assigned to a cell with a double bunk, do not hang or drape any item, in any manner, to cover the lower bunk and obstruct view from the cell door.

You may not sleep between the sheets during the hours of 6:00 a.m. and 10:30 p.m. unless medically authorized. You may use the extra blanket, if authorized to cover yourself when you are lying on the bed.

Inmate head counts will occur at least twice a day. During head counts you must comply with all instructions from the staff. Failure to comply with head count procedures will result in immediate disciplinary action.

The Clear Creek County Detentions Facility is a non-smoking facility. Smoking or use of any tobacco products is strictly prohibited and will result in disciplinary action. Ashtrays, ashes, cigars, cigarettes, cigarette butts, rolling papers, lighters, matches, or strikers will be considered evidence that a violation occurred.

## **COMMUNICATION:**

Communication with facility staff during your incarceration is not confidential; however, any release of information is limited to parties with legitimate correctional concerns.

There are several ways in which you can communicate with friends, relatives, attorneys and detention staff. They include:

**KITES:** A "Kite" is the term used in the detentions facility to identify the Inmate Request Form. If you have a problem, complaint or need information, complete a "Kite" and give it to a staff member. If the receiving staff member cannot answer your questions or request, your kite will be forwarded to the proper person that can assist you. "Kites" which contain obscene language or sexual connotations or that are not signed will not be accepted. You must be as thorough as possible when making your request. "Kites" can be submitted electronically through the kiosk or on paper.

**TELEPHONE CALLS:** During the booking process Detention Staff may, at their discretion, allow you to place non-toll calls to set up bond or for verified family emergencies. All other calls to contact family, friends, employers, etc., will be placed on the cellblock telephones. Attorney phone calls may be made on a phone in the hallway, if requested. All calls with exception of attorney / client privileges are recorded, reviewed and monitored to ensure the safety of staff, inmates, the community and the security of the facility. ***It is your responsibility to inform a deputy through a "kite" of the phone number(s) of your attorney, failure to do so may mean that your phone call with your attorney could***

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

***be recorded.***

**Telephone Rules:**
1.  A fifteen (15) minute time limit is placed on all calls, thirty (30) minutes on the attorney phone.
2.  You are not allowed to yell or scream, make threats or abuse the telephones.
3.  Phone numbers being called may be blocked if there is any indication of potential fraud, non- payment, or harassment.

**PERSONAL OUTGOING MAIL:** All personal outgoing mail is subjected to inspection for contraband. You may write as many personal letters as you wish as long as you have the envelopes and stamps that are offered through commissary. Outgoing mail must be placed in an envelope and <u>NOT SEALED</u>.

All outgoing mail must have your full name and return address, as shown below on the upper left hand corner of the envelope:

Your Full Name
P.O. Box 518
Georgetown, CO. 80444

If you are indigent, you may order two (2) stamped envelopes and writing paper through commissary at no cost to you.

Mail that is processed through the U.S. Mail is permitted between inmates of other detentions facilities. In-house correspondence between inmates is prohibited.

**PERSONAL INCOMING MAIL:** All incoming mail is opened and inspected for contraband and incoming funds. Incoming mail is scanned and copied. Inmates will receive the copied mail and the original pieces of mail are placed in the inmate's property. Letter and legal size envelopes will not be accepted, and these items can be purchased from commissary. Packages will not be accepted.

Outgoing or incoming mail may be rejected if there is reason to believe that it may contain inappropriate materials, including but not limited to:
*   Plans for the introduction of contraband.
*   Plans of criminal activity.
*   Threats of extortion.
*   Instruction for the manufacture of weapons, drugs, drug paraphernalia, explosives or alcoholic beverages.
*   Plans for escape or unauthorized entry.
*   Codes not understood by the scanner, to include gang graffiti, any representations of gang affiliations or tagging.
*   Plans for activities in violation of facility rules.
*   Information, which if communicated, would create serious danger of violence and or harm to any person.

7

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

- Mail, which contains potentially infectious and or offensive materials (body fluids, etc.)
- Publications, which promote racial conflict or discrimination.
- Material, which may disrupt the operation and or safety and security of the facility.

When outgoing or incoming mail is rejected, you will receive a written notice stating the reasons.

The Detention Facility is not responsible for delays or errors on the part of the U.S. Postal Service in the delivery of mail.

**LEGAL MAIL:** Incoming legal mail must be clearly marked on the envelope "Legal Mail" and the address of the sender must be printed to indicate the source of origin. Incoming legal mail will be inspected in the presence of the inmate to whom it is addressed.

**Outgoing Legal Mail** will not be read, but will be inspected and then sealed in the presence of a staff member, clearly marked "Legal Mail" and addressed to the following:
- Sheriff's
- Judges: Federal, State, County, Municipal
- American Civil Liberties
- Legal Aid Societies
- U.S. Marshals
- Director of Bureau of Prisons
- State and Federal District Attorneys
- Chief's of Police
- Private Attorneys
- Parole Boards
- State or U.S. Attorney Generals
- Public Officials acting in Official Capacity

Misrepresentation of "Legal Mail" is strictly prohibited and may result in disciplinary action. All legal mail will be mailed through the U.S. Postal Service, except mail to the Clear Creek County Courts which will be hand delivered.

**VIDEO ONSITE VISITS:** You are allowed two (2) thirty (30) minute onsite video visits per week (Tuesday through Sunday) while you are in the Clear Creek County Detentions Facility. One (1) one (1) hour visit is permitted for family members traveling more than two (2) hours. The visiting days are Tuesday through Sunday 8:00 a.m. - 11:00 a.m. or 1:00 p.m. - 4:00 p.m. The staff can supply

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

you with a letter to send to your family explaining how video visitation works. If you are on Disciplinary Segregation, you may not have personal visits, however professional visits are allowed.

All adult visitors 18 years of age or older must provide proof of identification, bearing his or her photograph issued by a government agency. Visitors on probation or parole will be denied, unless written approval from either their probation or parole officer can be provided.

Children may visit only if accompanied by a parent or guardian. A birth certificate or legal documentation must be shown to staff proving parental or guardian status for the minor.

Visitors must be appropriately dressed. Shirts and shoes are required. No form-fitting, suggestive or revealing clothing will be permitted. Persons inappropriately dressed will not be allowed to visit. If you or your visitor abuse visiting privileges, display any misconduct, or become a threat to the safety and security of the facility, your visit will be immediately terminated and you may lose your visitation privilege and be subject to disciplinary action.

**PROFESSIONAL VISITS:** Attorneys, Probation and Parole Officers, Bondsmen, Law Enforcement Officials and Clergy are considered professional visits. These people, except for bondsmen are allowed contact visits with you during any reasonable business hour after presenting proper credentials and identification.

Inmates will not be served a meal in a contact-visiting booth during extended professional visits.

**REMOTE VIDEO VISITS:** These visits are allowed between the hours of 0730 to 2200 hours, Tuesday through Sunday. You can have a maximum of 3 visits a day and all 3 can be back to back, or separated into 2 or 3 separate visits daily. Attorney and Other Professional Visits can be done daily

**INMATE PERSONAL MONEY ACCOUNT:**

When you were first processed into the Detention Facility, all money was taken from you and placed in your personal account for your use during your incarceration.

**INCOMING FUNDS:** Family and friends may deposit money into your account, during normal lobby business hours, or during visitation. The following forms of funds will be accepted: U.S. Currency, Money Orders, Travelers Checks, Cashier Checks, Certified Funds, Checks from other Law Enforcement Agencies and Government Checks. Personal checks are not accepted. No checks or money orders will be accepted if they have been altered in anyway. All checks, or Money Orders should be made payable to the Clear Creek County Sheriff's Office or to the specific Inmate. You must sign an endorsement waiver or only currency will be deposited, other forms of funds will be returned to the sender.

No money or property may be exchanged between inmates.

**OUTGOING FUNDS:** Upon release from custody or transfer to another facility, your remaining funds

9

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

will be returned to you in the form of a check.

**INDIGENCY:** To qualify as indigent, for any service provided by the detention facility, you must be without sufficient funds to purchase commissary items or pay for a specific service for a period of no less than fourteen (14) days or have never had a cash account established.

**GARNISHMENT:** The detention facility may garnish your funds based on a Writ of Garnishment from the courts or if you were not able to pay for services rendered requiring a fee while you were indigent.

## COMMISSARY PRIVILEGE:

Commissary privileges are available to you once a week. You may purchase $100.00 worth of commissary goods per order. Various food, hygiene and personal items are available through commissary.
 The following procedures will be followed:
- Commissary orders must be completed by lockdown every Tuesday.
- Filled commissary orders will be delivered on Thursday. (Unless there is a holiday then the order may be delayed.)
- You must review your commissary delivery with a Deputy. If there is an issue with the order, the Deputy will make note of the discrepancy on your receipt. The receipt will be given to the accountant who will then process a refund with TurnKey. Discrepancies with your order will only be observed if brought to the attention of the deputy at the time of delivery. Damaged items, items of the wrongs size, or items that do not match your commissary receipt are eligible for refund. If you ordered an item, but no longer want that item, you will not be allowed a return or refund.
- There will be no exchange of items you ordered.
- Commissary is a privilege that may be restricted for disciplinary reasons.
- In order to maintain an orderly and clean environment the Detentions Administration asks that you keep your build up of commissary items such as cups, soap containers, and non-food items to a minimum, or excess items will be confiscated.

## MEALS AND FOOD SERVICE:

The Food Service Manager prepares the meal menu to provide a balanced and nutritional diet. Restricted diets must be prescribed and canceled through the Medical Unit. Religious diets must be approved through the Detentions Administration. In order to receive a meal you must be standing in line when trays are served. Failure to be in line may be considered a refusal and you will not be given a tray.

The facility serves three meals each day at approximately the following times:

| | | |
|---|---|---|
| Breakfast | 6:30 a.m. | 7:00 a.m. |
| Lunch | 11:30 p.m. | 12:00 p.m. |

10

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

Dinner                                4:30   p.m.       5:00 p.m.

Complaints regarding food services should be submitted on a "Kite" to the Food Service Manager.

**<u>MEDICAL SERVICES:</u>**

Medical Services will be provided upon written request. A full physical and dental cleaning can be provided after one (1) year of continuous incarceration at this facility.

**MEDICATION ROUNDS:** Medication rounds are scheduled three (3) times a day at approximately 8:00 a.m., 2:00 P.M., and 8:00 p.m. Special medications are scheduled at appropriate times by the Medical Unit for those inmates requiring special treatment. In order to receive medication during Medication rounds you must have your full uniform on. You must take the medication in front of the Nurse or Deputy. Once the medication is taken you must open your mouth for a visual inspection by the Nurse or Deputy to insure that all medication was ingested.

**SICK CALL:** To receive routine medical treatment, you must make a request to see the nurse on a "Medical Kite". You may obtain and turn in the medical kite to the Detention Staff at anytime. You may be charged for medical and dental services. The following prices apply for the following medical services.

- Appointment with the Nurse.                    $5.00
! Appointment with the Dentist/Doctor            $10.00
- Appointment with the Psychiatrist.             $10.00
- All prescriptions                              $5.00
- Refusal of scheduled medical appointments $ 5.00-$50.00

All inmates requesting medical or dental attention may be screened and evaluated by the Medical Unit. The Nurse may initiate treatment protocols written by the medical or dental provider based on the Nurse's assessment. If indicated, an appointment with a medical or dental provider will be scheduled according to medical priority.

There will be No Charge on Return to Clinic (RTC) or follow-up visits as determined and scheduled by the medical unit.

There will be No Charge for the following Medical Services:

- Intake Screening.
- Federal inmates for initial 30 days of custody.
- Medical Emergencies that are deemed emergent by Medical Unit.
- Follow up appointments scheduled by the Medical Unit as determined by the Medical Unit.

No inmate will be refused medical care because of inability to pay for the service. However, if you receive money on your account at anytime including future incarcerations, medical fees that you owe will be deducted from your account.

11

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

**OVER THE COUNTER MEDICATIONS (OTC):** OTC medication is available through commissary. The Medical Unit will not issue OTC medication unless you are a DOC Writ and do not have access to commissary.

Complaints regarding Medical Services should be submitted by "Kite" (Not Medical Kite) to the Health Services Administrator.

## HYGIENE AND SANITATION:

Personal hygiene is very important to your health as well as the health of others.

**SHOWERS:** You will be expected to maintain personal body cleanliness and are required to shower at least once every two (2) days. You must be fully dressed when going to and from the shower. You are not allowed to leave your towel and washcloth or any clothing item in the dayroom area.

**PERSONAL HYGIENE KITS:** You were issued a hygiene kit at the time of booking into the facility. The kit contains soap/shampoo, comb, toothpaste, deodorant and toothbrush at a cost of $2.00 to you from your inmate account. USMS inmates will not be charged for their initial hygiene kit. Additional personal hygiene items are available through commissary. If you are indigent and cannot purchase hygiene items, you can order hygiene items off the indigent list on commissary at no cost to you.

**TOILET PAPER:** To receive toilet paper, you must return the inner core from your previous roll. Your name must be on the inner core of your previous roll.

**HAIRCUTS:** Hair Clippers are given to each block on assigned days to allow adequate time for each inmate to receive a haircut within the block.

**RAZORS:** Razors are given to each block on assigned days. If you have court on a day that razors are not issued, you must request a razor the night before your court appearance and specify on the toiletry request form that the razor is needed because of a court appearance. The razor needs to be turned in before 10:00 a.m.

**LAUNDRY EXCHANGE:** Laundry will be exchanged on a regular schedule. All laundry will be exchanged on a one for one basis. Issued items must be exchanged as scheduled. Possession of any unauthorized clothing or linen items is prohibited.

**UNIFORM CLOTHING:** You were issued two (2) uniforms, a pair of shower shoes and a pair of rubber shoes when you were processed into the facility. You will be held responsible for the clothing and shoes issued while you are incarcerated in the facility. A replacement cost may be deducted from

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

your inmate account or debited to your account for missing or damaged items. (See page 13 for replacement costs). You are required to wear your full uniform at all times while out of your block and during tray delivery. This is at a minimum a t-shirt, pants and shower shoes must be worn when out of your cell, this includes to and from the shower. You are required to wear your rubber shoes at all times outside of your housing unit. Pant legs of the uniform will not be rolled up past the ankles. Pants will be pulled up at the waist and worn properly at all times. "Sagging", a slang word for wearing of the pants lower than designed, is strictly prohibited.

**SANITARY CONDITIONS:** Sanitary conditions of the cellblock are as follows.
- Floors will be swept and mopped daily.
- Walls washed (Marking on walls is prohibited)
- Toilet cleaned and flushed at all times.
- Mirror wiped clean.
- Dayroom windows cleaned.
- Trash removed from cell and dayroom area daily.
- Clothing folded and stored properly.
- Personal items including books, magazines stored neatly in plastic tote bag.
- Nothing is to be hanged or draped in a manner to obscure full view of the cell from the doorway.

**CLEANING SUPPLIES AND EQUIPMENT:** Cleaning supplies are provided to help maintain a sanitary environment in which to live. Once you have completed using the cleaning supplies, return the supplies to the dayroom area so that others can use them. All Inmate / Detainees are responsible for cleaning of their cell and the dayroom area. Do not keep or hoard cleaning supplies in your cell.

**PROPERTY:**

When you were booked into the facility you were assigned a property locker. Your clothing and personal items were inventoried and placed in your property locker. Property that doesn't fit within the property locker will not be accepted for storage. Once you're in the facility, if you need an item from your property that is allowable in the cellblock, you must submit a "Kite" requesting the removal of a piece of property. You are encouraged however to keep these requests to a minimum as this is a very low priority for the detention staff. If you leave this facility for another facility you may not be allowed to take your property with you. In this case, the facility will hold your property for three (3) business days in order for someone to come and pick up the property, or you may pay to have it shipped somewhere. Property remaining at the facility longer than three (3) business days after your departure will be disposed of.

**ISSUED PROPERTY:** Certain property items are issued to you by the detentions facility. These items are your responsibility if damaged and are inventoried per inmate:

|  | Replacement Cost |
|---|---|
| 1 Bath towel | Market Value |
| 2 Blanket | Market Value |
| 1 Sheet | Market Value |
| 1 Mattress cover | Market Value |

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

- 1 Mattress                                            Market Value
- 1 Personal laundry bag                               Market Value
- 1 Clear Storage Bag                                  Market Value
- 1 Tablet                                             Market Value
- 2 Uniform shirt                                      Market Value
- 2 Uniform pant                                       Market Value
- 1 Pair rubber shoes                                  Market Value
- 1 Pair shower shoes                                  Market Value
- 1 Hygiene kit including shampoo, soap, toothbrush, toothpaste, comb, deodorant. (These items need to be returned upon release)

****Only one hygiene kit will be issued during intake at a cost of $2.00. If, by the next week, you are still indigent, you can order off the indigent order list from commissary.

****If these items (other than those in the hygiene kit) are not returned upon release, you will be charged for each item missing.

1 pair of Underwear and 1 pair of socks will be issued at intake. This one pair of socks and one pair of underwear will be issued and must be returned upon release.

****If the items have not been returned upon release, you will be charged for each pair missing.

**PERSONAL PROPERTY**: Property allowed per person in each cell:

**Toiletries:**
1 Toothbrush
1 Toothpaste
1 Shampoo
1 Conditioner
1 Comb
1 Deodorant
1 Cup
1 Towel
1 Bar of soap
2 Washcloths

**Clothing:**
2 Jail Uniforms
4 Pairs of underwear/boxer shorts
4 T-shirts
4 Pair of socks
4 Bras
3 Pair of shoes (1 shower, 1 pair of crocs, 1 commissary purchased)

**Miscellaneous**
20 Letters

14

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

1 Bible
1 Religious medallion (non-metallic)
5 Pictures (no larger than 5"x 7") (Polaroid pictures are prohibited)

All personal property is your responsibility. Trading or selling personal property is strictly prohibited.

****If excess items are found during routine searches, the staff will confiscate the items and disciplinary action will be taken.

**CONTRABAND:** There are three types of contraband: Dangerous Contraband, Contraband, and Nuisance Contraband.

**Dangerous Contraband** as defined by Colorado State Statutes:
      Dangerous Instruments (18-8-203 & 204)
          Example: firearms, explosive devices or substances, knives, or sharpened instruments
      Narcotic Drugs (12-22-303) (as defined by statute)
      Dangerous Drugs or Controlled Substances (12-22-303) (as defined by statute)
      Any Intoxicating Beverage or Fermenting Ingredient (12-46-103 and 12-47-104)
      Cell Phones or Similar Communication Devices (18-18-204 (2) (n))
          Introduction of dangerous contraband is a class 4 felony (18-8-203 (2))
          Possession of dangerous contraband is a class 4 felony (18-8-204 (3))

**Contraband** is defined by Colorado State Statutes (18-8-204) as anything in your possession or under your control that is prohibited by the rules and regulations of a detention facility or the laws of the State of Colorado.
          Introduction of contraband into this facility is a class 6 felony (18-8-204(3))
          Possession of contraband into this facility is a class 1 misdemeanor (18-8-204.2(2))

**Nuisance Contraband** is anything which has not been provided or approved by the detention facility or any approved items which have been altered or misused or any authorized items in excess of allowed quantities.
      Examples include but are not limited to cardboard boxes, plastic bags, any container alerted after the original contents are emptied. Modifying or altering any item whether issued or purchased (playing cards, magazines, commissary items, dissembled clothing or string)

**STREET CLOTHING:** You are allowed only one set of street clothing in property storage at any one time. New clothing is accepted for court appearance only. The clothing currently being stored must be released in exchange for the new items. You are allowed to wear street clothing to court for any hearing involving identification, or trial, Federal Inmates excluded.

## PROGRAMS AND SERVICES:

The Clear Creek County Detention Facility understands the need to provide programs and services to the inmate population. The facility is continuously researching other programs and services to benefit

15

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

the inmate population. This task however is sometimes difficult due to the geographic location of the facility. The facility encourages the input of the inmate population for ideas of acceptable programs and services.

**RELIGIOUS SERVICES:** Interfaith religious services and bible studies are provided as often as possible. The Program Coordinator will assign a volunteer for one-on-one spiritual counseling as requested or for inmates not allowed to attend religious activities. You are allowed to bring 1 bible, pen and paper to the chapel service or bible study.

**EDUCATION SERVICES:** General Education Development (GED) studies and higher education are available. To request participation; send a "Kite" to the program coordinator.

**LAW LIBRARY:** The inmate law library is available on the TurnKey kiosk.

**Discovery Computer:** Discovery that has been provided by your attorney in digital format (preferably CD) can be viewed on the discovery computer. All digital media will be stored with the Deputies and can be checked out by the owner. If you wish to use the discovery computer you must write a "Kite" requesting its use. Abuse of the discovery computer may result in denial of access, possible disciplinary action, and replacement cost for damaged materials.

**RECREATION:** The Clear Creek County Detentions Facility offers both indoor and outdoor recreation. However due to the geographic location of the facility the outdoor recreation yard may be closed for long periods of time due to weather conditions. However if the temperature reaches 58 degrees or higher and the recreation yard is clear of snow or moisture the Deputies may allow Inmate / Detainees to go outside. The facility also offers indoor recreation.

**TELEVISION:** Television usage is a privilege that may be terminated at the discretion of the staff. All house keeping tasks must be completed prior to using the television. The television set may be removed anytime that it is tampered with, including the wiring or electrical outlets.

**INMATE WORKER PROGRAM:** Colorado Revised Statutes 17-26-113 requires sentenced and confined persons to work while incarcerated. Sentenced County Inmate / Detainees may serve as an inmate worker and receive up to 10 additional good days off their sentence per month, in exchange for the work they perform.

**INMATE WORK CREW PROGRAM:** The inmate work crew program or more commonly know as the "chain gang" is for **county inmates only**. This program usually occurs during the warmer months of the year and is offered to those inmates who are in good standing with the facility and are able to be medically cleared for the labor-intensive program.

16

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

The program consists of inmates hooked together in pairs and supervised by a Deputy to go out into the community to pick up trash along the county roads and the interstate highway, or other tasks. This program is considered a win, win program for both the inmate who wishes to be involved and for the community.

The inmate who chooses to participate in the program also earns additional good time to reduce their sentence at the rate of one (1) good day for every three (3) days of work or consideration by the judge for participating in the program to help the community prior to sentencing. The Inmate also benefits in the program by starting or completing the Community Service that is usually handed down by the judge during sentencing. Inmate workers do not receive extra good time for this work.

**PROJECT BABY BLANKET:** This is a program based on an idea from the inmates to create a project that allows the time to pass by in a constructive manner. Although this program is directed more towards the female inmate population, male inmates may participate in the program if they wish. Project baby blanket focuses on the making of crochet baby blankets made by the inmates to be donated to the Department of Human Services and the Advocate Program to help less fortunate expecting parents that could use some help. As a reward for participating in this program the facility will allow personal projects such as caps, scarfs, baby blankets to be made by the inmate to be used as gifts to the inmate's children.

**ALCOHOLICS ANONYMOUS:** Is offered for both male and female Inmate / Detainees on a scheduled basis.

# Tablet Program

## ACCESS AND RESTRICTIONS

-Tablets will be passed out daily by staff between 0600 and 0700 hours.

-If the battery dies during the day it will not be charged a second time.

-Tablets will be picked up by staff no later than 2230 hours. Inmates will not be permitted to keep tablets past this time regardless of the charge remaining on the battery.

-Tablets will be available for reissue the following morning.

-Headphones are required for any application where sound is involved. Headphones can be purchased for a fee, and will only be replaced in a 1 for 1 exchange.

-Inmates are not permitted to loan or borrow tablets from others. If an inmate allows another inmate to use his or her tablet, both inmates are subject to disciplinary action.

-Tablets are not permitted to be taken to inmate work assignments.

-Any misuse of the tablet will result in a loss of privilege with no refund.

-If the tablet is broken (anything outside normal use), the inmate shall receive discipline and shall

17

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

be responsible for the cost of the tablet.
-Any altercation of the tablet or its programming will result in the permanent loss of tablet access.
-Tablets may also be used as a telephone. Procedures for the use of the telephone will apply when using the electronic tablet as a telephone.
-Any inmate who commits a disciplinary offense and / or moved to pre-disciplinary segregation will have their tablet access suspended and no refund will be applied (if applicable).

## COMMUNITY TABLETS
 -Any inmate in good disciplinary standing has access to a community tablet to access free content such as:
-KA Lite- A self paced learning application
-Mental Health- Addiction and mental health podcasts
-Job Search- Nationwide job search application
-EBooks- Digital library
-E-Messaging- Subject to review for inbound and outbound communication.
-Radio- Variety of stations.

## PERSONAL TABLETS

-An inmate may purchase additional content by utilizing the "Make it Mine" feature located on the tablet.
-After an inmate makes a tablet theirs, their name and person number will be displayed on the tablet screen.
-Inmates may purchase content for additional charges such as music, games and movies.
-Personal tables shall be returned each night for charging and will be re-issued the next day.

## DETENTION FACILITY SECURITY:

The use of audio and video monitoring equipment is used throughout the detention facility for the safety and security of staff members and inmate / detainees. You are prohibited from tampering or interfering with any of the security devices or locks.

**SEARCHES:** All inmate / detainees are subject to search at the discretion of the staff in all areas of the facility. You are required to cooperate with all searches.

## CONTRABAND:

**DANGEROUS CONTRABAND:** Under the provisions of Colorado Revised Statutes the following items are deemed Dangerous Contraband:

- Dangerous Instruments 18-8-203 and 18-8-204
  Firearms, Explosive Devices or Substances, Knives or Sharpened Instruments

18

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

- Narcotic Drugs 12-22-303
- Dangerous Drugs or Controlled Substances 12-22-303
- Any intoxicating beverage or fermenting ingredient 12-46-103 and 12-47-104
- Cell phones or similar communication devices
- Introduction of Dangerous Contraband is a class 4 felony 18-8-203(2)
- Possession of Dangerous Contraband is a class 4 felony 18-8-204.1(3)

**CONTRABAND:** Under the provisions of Colorado Revised Statutes 18-8-204 contraband is prohibited including anything that may be in your control as prohibited by the Rules and Regulations of the facility. Contraband items found in your possession will be confiscated; in addition you may be subjected to criminal and or disciplinary action.

**SAFETY:**

Whenever you believe that your personal safety or that of another is in jeopardy, you should notify a staff member immediately. Action will be taken to protect you or anyone else from violence or intimidation.

**SEGREGATION:**

**ADMINISTRATIVE SEGREGATION:** If it is determined that you present a serious threat to the safety and or security of the facility you may be placed into Administrative Segregation. This action will be reviewed within 3 business days of placement. Your status will then be review every seven (7) days by a detentions supervisor. During Administrative Segregation you will be restricted to your cell for up to twenty-three (23) hours a day.

**DISCIPLINARY SEGREGATION:** If it is determined that you have committed a criminal act or rules violations, you may be placed on Disciplinary Segregation status for a predetermined amount of time based on the inmate hand book or disciplinary board. During Disciplinary Segregation you will be restricted to your cell for twenty-three (23) hours a day and may have additional restrictions placed on some or all privileges.

**PROTECTIVE CUSTODY:** If you request and/or the detentions administration determines that you require protection from other inmates, you may be separated from general population and placed in protective custody status. Your status will be reviewed every seven (7) days by a detention supervisor. While in protective custody status, you will remain in your cell for a minimum of twenty-one (21) hours a day.

**COOL OFF PERIOD:** If your attitude or composure is not appropriate, you may be requested to return to your cell to regain composure if the detention's staff feels that your behavior is potentially hostile or uncooperative. Your behavior will be periodically reviewed by a staff member to determine when you may be released from your cell.

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

## RULES REGULATIONS AND SANCTIONS:

**MAJOR RULE VIOLATION:** Any major rule violation may result in immediate Disciplinary Segregation for up to five (5) days. The staff member however may request a Disciplinary Board Hearing due to the severity of the situation. Inmates may also request a disciplinary board hearing.

M-01   <u>Assault or Threat to Assault a staff member.</u> Committed if you cause or threaten to cause injury to a staff member or employee of the Detentions Facility or apply any physical force or offensive substance against any staff member or employee of the Detentions Facility regardless if injury occurs or not.

M-02   <u>Assault or Threat to Assault an Inmate / Detainee.</u> Committed if you intentionally cause or threaten to cause injury to another Inmate / Detainee.

M-03   <u>Sexual Assault.</u> Committed if you engage in sexual intercourse penetration or fondling of another person.

M-04   <u>Escape.</u> Committed if you plan, attempt or aid in anyway or have knowledge of the same.

M-05   <u>Arson.</u> Committed if you set any fire or burn any item.

M-06   <u>Theft / Robbery.</u> Committed if possession of stolen property, either that of the Clear Creek County Sheriff's Office or another person with or without threat or force.

M-07   <u>Fraud.</u> Committed if any act of fraud, forgery, making false statement or deceit that results in personal gain of any kind.

M-08   <u>Introduction or Possession of Dangerous Contraband.</u>

M-09   <u>Introduction or Possession of Contraband.</u>

M-10   <u>Abusing Programs.</u>

M-11   <u>Fighting with another Inmate / Detainee.</u>

M-12   <u>Disobeying an order of any staff member.</u>

M-13   <u>Violation of Inmate Worker Agreement.</u>

M-14   <u>Destruction, Defacing, Altering, or misuse of property.</u> Committed if you intentionally destroy, alter or render useless any property belonging to the facility or any other person.

M-15   <u>Extortion, Blackmail, Bribery.</u> Committed or attempting to control the behavior of others through threats, coercion, force or intimidation. (Bulldogging)

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

M-16    Tampering with Security Devices.

M-17    Attempting or planning to commit any major rule violation or aiding another person
in committing any major rule violation.

M-18    Harassment Towards Medical Staff. Committed if you use offensive or abusive language or
gestures towards the medical staff.

M-19    Refusing to work or encouraging other not to work, or engaging in group demonstrations.

M-20    Moving to another cell not originally assigned to you without prior authorization from a
staff member.

M-21    Using another inmates pin/login to access any other inmate's accounts/information.

**SANCTIONS FOR MAJOR RULE VIOLATIONS:**

- The Disciplinary Board may issue Disciplinary Segregation for up to fifteen (15) continuous
  days per violation, not to exceed a total of ninety (90) days per incident.
                                        And
- Loss of good time up to thirty (30) days per violation.
                                        And
- Loss of privileges.
                                        Or
- Any combination of the above listed sanctions.

**MINOR RULE VIOLATIONS:** Minor rule violations may result in immediate Disciplinary
Segregation for up to 2 days. The staff member however may request a Disciplinary Board Hearing due
to the severity of the situation. Inmates may also request a disciplinary board hearing.

N–01    Abusive or Offensive language towards a staff member.

N-02    Sexual Harassment of any type towards a staff member.

N-03    Arguing with a staff member.

N-04    Horseplay, to include wrestling, slap boxing, and other pranks.
N-05    Excessive or disruptive noise. Whistling, yelling, stomping of feet, pounding or banging.

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

N-06    Teasing or harassing another Inmate / Detainee.

N-07    Throwing items to include food or drink.

N-08    Passing or receiving notes or any other item.

N-09    Verbal or Written contact with inmates on disciplinary segregation.

N-10    Abuse of authorized medication or medication procedures. Including Palming, Concealing, Stockpiling.

N-11    Failure to cooperate with Medical Staff.

N-12    Borrowing or lending any item.

N-13    Gambling.

N-14    Failure to return meal tray.

N-15    Taking extra meal tray.

N-16    Hanging any item that causes obstruction of viewing the entire cell.

N-17    Attempting or planning to commit any Minor Rule Violation or aiding another person in committing any Minor Rule Violation.

N-18    Attaching or placing any items to any structure. Including but not limited to lights, doors, windows, vents, bunks and walls.

**SANCTIONS FOR MINOR VIOLATIONS:**

- The Disciplinary Board may issue Disciplinary Segregation for up to 10 continuous days per violation, not to exceed forty (40) days per incident.
  And
- Loss of good time up to 15 days per violation.
  And
- Loss of privileges
  Or
- Any combination of the above listed sanctions.

**OPERATIONAL RULE VIOLATIONS:** Operational rule violations may result in immediate disciplinary segregation for up to 1 day. The staff member may however request a disciplinary board depending on the severity of the situation. Inmates may also request a disciplinary board hearing.

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

O-01   Failure to address staff members properly. Mr., Ms., Deputy, Sergeant, Captain etc.

O-02   Keeping cleaning supplies or equipment in cell.

O-03   Unauthorized contact with the public.

O-04   Keeping containers in cell after original contents are gone.

O-05   Failure to wear your uniform properly.

O-06   Possession of nuisance contraband.

O-07   Possession of unauthorized linen items.

O-08   Misrepresentation of legal mail.

O-09   Writing on or marking facility property.-

O-10   Being in an unauthorized area, to include another inmate's cell.

O-11   Failure to read the Inmate Handbook.

**SANCTIONS FOR OPERATIONAL VIOLATIONS:**

- The Disciplinary Board may issue up to four (4) continuous days per violation not to exceed total of 16 days per incident.

- Loss of good time up to 7 days.

And

- Loss of privileges.

Or

**The United States Marshals and DOC have full access to**

**all inmate disciplinary files**

23

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

- Any combination of the above listed sanctions.

## GRIEVANCE PROCEDURE:

A grievance must concern abuse, harassment, abridgement of civil rights or denial of specific privileges. Group grievances or grievances submitted on behalf of other inmates will not be accepted. All complaints must be addressed on a "Kite".

You must submit a grievance form within five "5" days of the incident or situation upon which the grievance is based.
The grievance shall fully state the date, time, location of the incident or situation, name(s) of person(s) involved, and complete details of the incident or situation. Grievances, which contain obscene language or sexual connotations, other than direct quotes, will not be accepted.

After review and subsequent investigation of the grievance, a staff member will respond in writing, advising you whether the grievance has been determined to be founded or unfounded. Any disciplinary action taken against staff members will not be divulged.

If you are not satisfied with the disposition of your grievance by the staff member, you may appeal that disposition in writing within five (5) working days of the receipt of the response, to the Detentions Administrator. The Detentions Administrator will review, evaluate and respond in writing within ten (10) working days.

## ADDITIONAL INFORMATION:

**BONDING INFORMATION:** A bond is set according to a schedule established by the courts. The purpose of a bond is to assure your appearance in court. The amount of the bond is what it will take to release you from jail. Bond types are Cash, surety or Personal Recognizance (P.R.); we do not do Property Bonds. The Clear Creek County Sheriff's Office charges a $10.00 filing fee for each bond, including municipal and county bonds.

**Other Court Dates:**
If you have other court cases or proceedings in other jurisdictions that we are not aware of, it is your responsibility to make necessary arrangements and take the appropriate steps to insure your appearance. You may write a letter to the court or have family or friends contact the clerk of the court to insure your appearance.

**Warrant Verification:**
A thorough check for outstanding warrants was conducted when you were processed into the facility. Another check will be done at your release. The facility will not conduct a warrant check for you at any other times.

**Release Information:**
At the time of your release, you must return all detention facility issued property in the same condition

24

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

in which you received it. The detention facility does not provide transportation upon discharge from custody.

**Furloughs:**
The facility will not grant furloughs for any reason. Any furloughs must be ordered by the courts.

## COURT INFORMATION:

**Advisements:** Advisement is the first appearance before a County Judge who advises you of your rights, charges and sets your bond.

**Arraignment:** Arraignment is the first appearance where you have the opportunity to plead guilty or not guilty. Pre-trial conference and trial dates are set if you plead not guilty. A sentencing date is set if you plead guilty.

**Preliminary Hearing:** The District Attorney will call witnesses to show evidence or probable cause that you committed the crime. If there is evidence or probable cause, the case is bound over for further proceedings.

**Arraignment:** Arraignment is the first appearance where you have the opportunity to plead guilty or not guilty. Pre-trial conference and trial dates are set if you plead not guilty. A sentencing date is set if you plead guilty.

**Pre-Sentence Investigation:** A probation officer will conduct interviews and write a report about your background, past record, employment, and other information about your life. The report will contain a recommendation to the court as to whether you should be given a sentence of probation or incarceration. This recommendation is only a suggestion to the court.

## HELPFUL TELEPHONE NUMBERS & ADDRESSES:

Clear Creek County Court
P.O. Box 2000
Georgetown, CO. 80444
(303) 569-3274

Clear Creak Legal Assistance
114 Village Pl, #101
Dillon, CO 80435
(970) 469-9363

Adams County Judicial Center
1100 Judicial Center Drive
Brighton, CO 80601
(303) 659-1161

Adams County Public Defender
4710 Bromley Lane
Brighton, CO 80601
(303) 659-4274

Arapahoe County Court

Arapahoe County Public Defender

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

1790 W. Littleton Blvd
Littleton, CO 80120
(303) 798-4591

13356 E Briarwood
Centennial, CO 80601
(303)799-9001

Boulder County Court
1777 6th St.
Boulder, CO. 80306
(303) 441-1843

Boulder County Public Defender
2555 55th St, Suite D-200
Boulder, CO 80306
(303) 444-2322

Denver County Court
1437 Bannock St.
Denver, CO. 80202
District Court - (720) 865-8301
County Court - (720) 865-7800

Denver Public Defender
1290 Broadway #900
Denver, CO 80202
(303) 764-1400

Douglas County Court
4000 Justice Way Ste. 2009
Castle Rock, CO. 80109
(303) 663-7200

Douglas County Public Defender
1161 S Perry St, #200
Castle Rock, CO 80104
(303) 688-3081

El Paso County Court
20 E. Vermijo
Colorado Springs, CO. 80903
(719) 448-7650

El Paso County Public Defender
30 Pikes Peak Avenue, Suite 200
Colorado Springs, CO 80903
(719) 475-1235

Garfield County Court
109 8th St. Ste 104
Glenwood Springs, CO. 81601
(970) 945-5075

Gilpin County Court
2960 Dory Hill Road Suite 200
Golden, CO 80403
(303) 582-5522

Grand County Court
P.O. Box 192
Hot Sulpher Springs, CO. 80451
(970) 725-3347

Jefferson County Court
100 Jefferson County Pkwy
Golden, CO 80401
(720)772-2500

Mesa County Court
6th and Rood Ave.
Grand Junction, CO. 81501
(970) 257-3640

Park County Court
P.O. Box 190
Fairplay, CO 80440
(719) 836-2940

Summit County Court
P.O. Box 185
Breckenridge, CO. 80424

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

(970) 453-2272

**Probation:**

-                  Clear Creek County    (303) 679-4200
-                  Adams County    (303) 451-5555
-                  Arapahoe County    (303) 708-8793
-                  Boulder County    (720) 564-2555
-                  Douglas County    (303) 794-3224
-                  Jefferson County    (303) 271-6364

**Parole Department:**

-                  Arapahoe County    (303) 761-2670
-                  State of Colorado    (303) 763-2420
-                  Jefferson County    (303) 426-6198

**Social Services:**

-                  Clear Creek County    (303) 679-2365
-                  Adams County    (303) 287-8831
-                  Arapahoe County    (303) 636-1130
-                  Boulder County    (303) 441-1000
-                  Denver County    (303) 733-5515
-                  Douglas County    (303) 688-4825
-                  Jefferson County    (303) 271-1388

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK

Bail Bonding Agents near the Clear Creek County Jail

All Out Bail Bonds
Littleton
720-355-2117
24 Hour Bail Bonds Broomfield
303-635-2245
1st Stop Bail Bonds
Aurora
720-266-8525
ASAP Bail Bonds
303-300-0303 or 719-390-1000 or
970-353-9999
All County Bail Bonds Golden
303-892-6822
Accelerated Bail Bonds Lakewood
720-432-6637
All American Bail Bonds Denver
303-757-8848
A Burkey Bail Bonds
Golden
303-277-1030
VIP Bail Bonds Denver
303-778-0026
All Pro-Bail Bonds
Littleton
303-798-2727
Alpine Bail Bonds
Breckenridge
970-453-7171
Blondies Bail Bonds Denver
303-892-6822
Central City Bail Bonds
303-582-5047
Express Bail Bonds
Denver
720-984-2245
Freedom Express Bail Bonds Boulder
303-317-3623
High Speed Bail Bonds Black Hawk
720-841-9776
Magic Bail Bonds
Grand Junction
970-453-1215
Rose Lady Bail Bonds Denver
303-623-7690
Gilpin County Bail Bonds
303-798-2727

CLEAR CREEK COUNTY SHERIFF'S OFFICE
INMATE HANDBOOK