THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. 20-CV-03691-RBJ-SKC

Manuel Alejandro Camacho

Plaintiff,

v. Cordova, Deputy
Buen, Deputy
Dibiasi, Deputy
Smith, Captain
Clear Creek County Sheriff's Office,

Defendant.

---

## Notification / change of address

---

I Am Manuel Alejandro Camacho. I come Pro. Se as the Plaintiff.

I discharge my Colorado Department of Corrections sentence on June 19th, 2021. Therefore this is my official notice of my address change. I will provide an email address and a physical mailing address.

Mailing Address: Manuel Alejandro Camacho
5904 Oneida St.
Commerce City, CO.
80022

email: mannylove303@gmail.com

Respectfully,

Manuel [signature]

Case 1:20-cv-03691-RBJ-SKC Document 56 Filed 06/21/21 USDC Colorado Page 2 of 2

**Colorado Department Of Corrections**
Name: Manuel A. Camacho
Register Number: 69393
Unit: 5-3L-3
Box Number: 1010
City, State, Zip: Cañon City, CO, 81215

DENVER CO 802
18 JUN 2021 PM 8 L

80294-250151

U.S.D.C. District of Colorado
Attn: Clerk of the Court
901 19th St. Rm A105
Denver, CO.
80294

FACILITY: CTCF
DATE REC'D: 6-17-21
STP: 789
ID: 280
M/C INT: M.C.
DOC EMPLOYEE LAST NAME: Barela
OFFENDER LAST NAME: Camacho
DOC#: 69393

