THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. 20-cv-03691-RBJ-SKC

Manuel Alejandro Camacho

    Plaintiff,

v.

Cordova, Deputy
Boen, Deputy
Dibiasi, Deputy
Smith, Deputy
Clear Creek County Sherriff's Office

    Defendant.

---

## Motion to Object to Defendant's Motion to Withdraw Motion to Dismiss

I Am Manuel Alejandro Camacho. I come Pro Se as the Plaintiff. I strongly Object to Defendant's motion to withdraw their motion to dismiss.

I have already responded to the Defendant's Motion to Dismiss, or in the alternative, for Summary Judgement. I sent my "Object/oppose" motion to the court and to the Defendants Attorneys' on June 5th 2021. This motion was filed in the United States District Court, District of Colorado on June 10th, 2021. It is document Number 53. Plaintiff observes that the defendants have multiple attorneys representing them. They have filed three extension requests for time to respond to my complaint. In light of these facts, I request that the court Deny the Defendants motion to withdraw their motion to dismiss. By virtue I also humbly request the court to honor Plaintiff's

Complaint by proceeding toward Discovery and Trial.

Respectfully,

*/s/ Manuel*

---

### Certificate of Service

I Manuel Alejandro Camacho / Plaintiff certify that on this 17th day of June 2021; I prepared these motions (Notification / address change and Motion to Object to Defendant's motion to withdraw Motion to Dismiss). I have also sent copies of these motions by the United States Mail to the following address:

U.S.D.C., District of Colorado
Attn: Clerk of the Court
901 19th St Rm A105
Denver, Colorado 80294

And To:

SGR, LLC
Attn. Anahita D. Sotoohi / Eric M. Ziporin
3900 E. Mexico Ave. Suite 700
Denver, Co. 80210

Respectfully,

*/s/ Manuel*

Manuel Alejandro Camacho
5904 Oneida St.
Commerce City, Co. 80022
Email: mannylove303@gmail.com

2