OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901 - 19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
06/14/2021
US POSTAGE $01.20⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
BYRON G. ROGERS UNITED STATES COURTHOUSE
1929 STOUT STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2021

JEFFREY P. COLWELL
CLERK

#54, 55
20-CV-3691-RBJ-SKC

Manuel Alejandro Camacho
#69393
~~Four Mile Correctional Center (FMCC)~~
~~P.O. Box 300~~
~~Canon City, CO 81215~~

Pls Released from Custody

NIXIE      808   5E 1      7206/27/21
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

