# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## MOTION FOR WITHDRAWAL

**ANAHITA D. SOTOOHI** of the law firm of **SGR, LLC**, hereby files this Motion for Withdrawal as counsel of record for Defendants pursuant to D.C.COLO.LAttyR 5(b) and states as follows:

### CONFERRAL

This Motion is exempt from the Duty to Confer pursuant to D.C.COLO.LCivR 7.1(b)(4).

### DISCUSSION

1.    Pursuant to D.C.COLOLAttyR 5(b), this pleading will be served on Defendants at the time of its filing.

2.    Ms. Sotoohi has served as counsel of record for the Defendants since March 23, 2021. Ms. Sotoohi has recently resigned her employment with SGR, LLC. As such, Ms. Sotoohi's

resignation requires her withdrawal as counsel with her cases pending before this Court in which she has entered an appearance as counsel of record.

3.      Eric M. Ziporin of SGR, LLC will continue to represent Defendants. Thus, Defendants will continue to have proper representation.

4.      Given the fact that Defendants will continue to be represented by other attorneys associated with SGR, LLC, none of the parties will be prejudiced by the withdrawal of Ms. Sotoohi, and no delay to this litigation will be caused by granting this Motion. For these reasons, undersigned counsel has shown good cause for her withdrawal.

**WHEREFORE**, having demonstrated good cause, undersigned counsel, Anahita D. Sotoohi, respectfully requests that this Court enter an Order permitting her withdrawal as counsel of record for Defendants.

Respectfully submitted,

/s/ Anahita D. Sotoohi
***Anahita D. Sotoohi***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of August, 2021, I electronically filed a true and correct copy of the above and foregoing with the Clerk of Court using the CM/ECF system.  I further certify that I mailed a true and correct copy to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho
5904 Oneida Street
Commerce City, CO  80022
Email:  Mannylove303@gmail.com


s/ Lisa Gilbert
Legal Secretary