# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## AMENDED ENTRY OF APPEARANCE

**ALEX M. PASS**, of the law firm of **SGR, LLC**, hereby enters his appearance on behalf of Defendants **JACOB CORDOVA, ANDREW BUEN, NICK DIBIASI**, and **JEFF SMITH**.

Respectfully submitted,

/s/ Alex M. Pass
*Alex M. Pass*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:  (303) 320-0210
Email:  apass@sgrllc.com
*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of February, 2022, I electronically filed a true and correct copy of the above and foregoing **AMENDED ENTRY OF APPEARANCE** with the Clerk of Court using the CM/EEF system. I further certify that I have served said document on the following via electronic mail:

Manuel A. Camacho
Mannylove303@gmail.com

s/   Barbara A. Ortell

Barbara A. Ortell, Legal Secretary

02006318.DOCX