

March 17, 2022

**VIA US MAIL AND EMAIL**
mannylove303@gmail.com

Manuel A. Camacho
5904 Oneida Street
Commerce City, Colorado 80022

      RE:    *Manuel Alejandro Camacho v. Cordova, et al.*
                U.S. District Court for the District of Colorado
                Civil Action No. 20-cv-03691-RBJ-SKC

Dear Mr. Camacho:

    As you may recall, our office represents the Clear Creek County deputies that you have sued in federal court.

    On February 9, 2022, we served you with Defendants' First Set of Written Discovery Requests to Plaintiff. Pursuant to Federal Rules of Civil Procedure 33, 34, and 36, your responses to the Defendants' Requests were due on or before March 11, 2022. We have not yet received your responses. Please send us your responses to Defendants' First Set of Written Discovery Requests at your earliest convenience to comply with your obligations as the Plaintiff in this matter. Enclosed herein is another copy of those written discovery requests.

    Additionally, on January 6, 2022, the Court issued the Scheduling Order. Attached to the Scheduling Order was the redlined version, in which the Court reminded you of your obligation to adhere to the rules governing this litigation and to update your computation of damages in the Scheduling Order. For your convenience, enclosed herein is a copy of the red-lined Scheduling Order. As above, please update your computation of damages as soon as possible to comply with your obligations as the Plaintiff in this matter.

**SGR, LLC**
ATTORNEYS AT LAW
**3900 E. Mexico Avenue | Suite 700 | Denver, Colorado 80210**
**Telephone 303-320-0509 | Fax 303-320-0210**
eziporin@sgrllc.com | apass@sgrllc.com

www.sgrllc.com

**EXHIBIT B**

Thank you.

                Very truly yours,

                **SGR, LLC**

                */s/ Eric M. Ziporin*

                Eric M. Ziporin

                */s/ Alex M. Pass*

                Alex M. Pass

EMZ | AMP
Enclosures