

April 4, 2022

**VIA US MAIL AND EMAIL**
mannylove303@gmail.com

Manuel A. Camacho
5904 Oneida Street
Commerce City, Colorado 80022

  RE: *Manuel Alejandro Camacho v. Cordova, et al.*
     U.S. District Court for the District of Colorado
     Civil Action No. 20-cv-03691-RBJ-SKC

Dear Mr. Camacho:

  As you may recall, our office represents the Clear Creek County deputies that you have sued in federal court. This letter is a follow-up to our letter of March 17, 2022 and serves as our second attempt at conferral on various outstanding issues.

  On February 9, 2022, we served you with Defendants' First Set of Written Discovery Requests to Plaintiff. Pursuant to Federal Rules of Civil Procedure 33, 34, and 36, your responses to the Defendants' Requests were due on or before March 11, 2022. Despite the prior deadline and our previous letter dated March 17, we have not yet received your responses. Please send us your responses to Defendants' First Set of Written Discovery Requests no later than April 11, 2022. Enclosed herein is another copy of those written discovery requests for your convenience.

  Additionally, on January 6, 2022, the Court issued the Scheduling Order. Attached to the Scheduling Order was the redlined version, in which the Court reminded you of your obligation to adhere to the rules governing this litigation and to update your computation of damages contained therein. For your convenience, enclosed herein is a copy of the red-lined Scheduling Order. As above, please update your computation of damages no later than April 11, 2022.

  Should you fail to respond to Defendants' discovery requests or update your computation of damages in the Scheduling Order by April 11, 2022, we will seek Court intervention.

**SGR, LLC**
ATTORNEYS AT LAW
3900 E. Mexico Avenue | Suite 700 | Denver, Colorado 80210
Telephone 303-320-0509 | Fax 303-320-0210
eziporin@sgrllc.com | apass@sgrllc.com

www.sgrllc.com

EXHIBIT C

Thank you.

                    Very truly yours,

                    **SGR, LLC**

                    */s/ Eric M. Ziporin*

                    Eric M. Ziporin

                    */s/ Alex M. Pass*

                    Alex M. Pass

EMZ | AMP
Enclosures