

June 17, 2022

**VIA ECF FILING**

The Honorable R. Brooke Jackson
Alfred A. Arraj United States Courthouse A938/ Courtroom A902
901 19th St.
Denver, CO 80294

      RE:    *Manuel Alejandro Camacho v. Cordova, et al.*
               U.S. District Court for the District of Colorado
               Civil Action No. 20-cv-03691-RBJ-SKC

Dear Judge Jackson:

      Please accept this letter as Defendants' Letter of Notice of Intent to File for Summary Judgment. Although Defendants believe they will move for summary judgment on qualified immunity grounds and, perhaps, other grounds, Defendants assert that Plaintiff's cooperation in completing discovery is required before that determination can be made.

      On February 9, 2022, Defendants served upon Plaintiff Defendants' First Set of Written Discovery Requests to Plaintiff. Plaintiff's Responses to Defendants' Discovery Requests were due to Defendants no later than March 11, 2022. Plaintiff failed to respond to Defendants' Discovery Requests, including Defendants' Requests for Admission. Counsel for Defendants attempted to contact Plaintiff regarding his failure to respond or participate in the discovery process multiple times prior to seeking Court intervention. However, on April 14, 2022, Defendants were required to file a Motion to Compel with this Court seeking Plaintiff's cooperation in the discovery process. *See* ECF 69. On that same date, this Court referred Defendants' Motion to Compel to Magistrate Judge Crews. Plaintiff did not respond to that Motion. The Motion is currently pending before Magistrate Judge Crews.

      Unable to communicate with Plaintiff regarding his deposition or responses to Defendants' Discovery Requests, Defendants submitted a Motion to Amend the Scheduling Order, seeking to extend the discovery and dispositive motion deadlines, on June 3, 2022. *See* ECF 71. Plaintiff has not responded to that Motion. It, too, was referred to Magistrate Judge Crews and is pending before him.

**SGR, LLC**
ATTORNEYS AT LAW
3900 E. Mexico Avenue | Suite 700 | Denver, Colorado 80210
Telephone 303-320-0509 | Fax 303-320-0210
eziporin@sgrllc.com | apass@sgrllc.com

www.sgrllc.com

Although Defendants anticipate filing a motion for summary judgment on qualified immunity grounds, Defendants would like to ensure *via* discovery that there are no genuine issues of material fact prior to committing to the motion's filing. At this time, Defendants anticipate filing a motion to dismiss for Plaintiff's failure to prosecute.

                                      Very truly yours,

                                      **SGR, LLC**

                                      */s/ Eric M. Ziporin*

                                      Eric M. Ziporin

                                      */s/ Alex M. Pass*

                                      Alex M. Pass

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of June, 2022, I electronically filed a true and correct copy of the above and foregoing **LETTER OF NOTICE OF INTENT TO FILE FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system. I further certify that I emailed said **LETTER OF NOTICE OF INTENT TO FILE FOR SUMMARY JUDGMENT** to the following non-CM/ECF participant:

Manuel A. Camacho
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4198
Email: Mannylove303@gmail.com

                                      s/ Barbara A. Ortell
                                      Barbara A. Ortell
                                      Legal Secretary