IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

JACOB CORDOVA, Deputy;
ANDREW BUEN, Deputy;
NICK DIBIASI, Deputy;
JEFF SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## MOTION FOR WITHDRAWAL

**ALEX M. PASS** of the law firm of **SGR, LLC**, hereby files this Motion for Withdrawal as counsel of record for Defendants pursuant to D.C.COLO.LAttyR 5(b) and states as follows:

### CONFERRAL

This Motion is exempt from the Duty to Confer pursuant to D.C.COLO.LCivR 7.1(b)(4).

### DISCUSSION

1.    Pursuant to D.C.COLOLAttyR 5(b), this pleading will be served on Defendants at the time of its filing.

2.    Mr. Pass has recently resigned his employment with SGR, LLC. As such, Mr. Pass' resignation requires his withdrawal as counsel with his cases pending before this Court in which he has entered an appearance as counsel of record.

3. Eric M. Ziporin of SGR, LLC will continue to represent Defendants. Thus, Defendants will continue to have proper representation.

4. Given the fact that Defendants will continue to be represented by other attorneys associated with SGR, LLC, none of the parties will be prejudiced by the withdrawal of Mr. Pass, and no delay to this litigation will be caused by granting this Motion.

5. For these reasons, undersigned counsel has shown good cause for his withdrawal.

**WHEREFORE**, having demonstrated good cause, undersigned counsel, Alex M. Pass, respectfully requests that this Court enter an Order permitting his withdrawal as counsel of record for Defendants.

Respectfully submitted,

/s/ Alex M. Pass
*Alex M. Pass*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Email: apass@sgrllc.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of June, 2022, I electronically filed a true and correct copy of the above and foregoing **MOTION FOR WITHDRAWAL** with the Clerk of Court using the CM/ECF system. I further certify that said **MOTION FOR WITHDRAWAL** was email and mailed to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4198
Email:  Mannylove303@gmail.com

s/ Barbara A. Ortell
Barbara A. Ortell, Legal Secretary

02050589.DOCX