FILED
UNITED STATES D[IST]
JUN 23 2022
JEFFREY P. COLWELL
CLERK

United States District Court,
District of Colorado.

Case: 20-cv-03691 RBJ-SKC

Manuel Alejandro Camacho
(Plaintiff)
vs.
Cordova, Deputy
Buen, Deputy
Dibiasi, Deputy
Smith, Captain,
Clear Creek County Sherriff's Office

## Notification Address Change.

I am Manuel Alejandro Camacho come Pro Se as Plaintiff. I come to notify my change of address. I have been moved from the Arapahoe County Detention Facility in Centennial, Colorado, to the Colorado Department Of Corrections Diagnostic Unit in Denver. My new corrections address is:

Manuel Alejandro Camacho
D.O.C. #69393
10900 Smith Rd
Denver, Co.
80239

Respectfully,

Certificate Of Service,

I Manuel Alejandro Camacho placed Motion requesting Status of said case as well as a change of address notification on June 13th, 2022. I placed it in the United States Postal Service and sent to: United State District Court, District of Colorado 901 19th st. Rm. A105/105A.
Denver, Co

