**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 23 2022**

JEFFREY P. COLWELL
CLERK

United States District Court,
District of Colorado
Case # 20-cv-03691 RBJ-SKC

Manuel Alejandro Camacho - Plaintiff
vs.
Cordova, Deputy         - Defendants
Boen, Deputy
Dibiosi, Deputy
Smith, Deputy
        , Captain
Clear Creek County Sherriff's Office

---

Motion For Status

I Manuel Alejandro Camacho come Pro Se as Plaintiff. I am requesting status of said case. I have written Multiple motions as of rescent, however I have not received any response. Please respond at your earliest convienence.

Respectfully,

Manuel A. Camacho
D.O.C. # 69393
10900 Smith Rd.
Denver, Colo. 80239



Manuel "Alejandro Camacho #69393 B163
Colorado Dept. Of Corrections
10900 Smith Rd.
Denver, Co. 80239

United States District Court of Colorado.
Attn: Clerk of the Court
901 E. 19th St. Rm 105 A/A105
Denver, Colorado
80204

80294-250151

6-19-22
DRDC
SAURIN H/157
(937) Camacho

COLORADO DEPARTMENT OF CORRECTIONS
DENVER RECEPTION AND DIAGNOSTIC CENTER
OFFENDER MAIL

DENVER CO 802
21 JUN 2022 PM 6 L