# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## ENTRY OF APPEARANCE

**JUSTIN TWARDOWSKI**, of the law firm of **SGR, LLC**, hereby enters his appearance on behalf of Defendants **JACOB CORDOVA, ANDREW BUEN, NICK DIBIASI**, and **JEFF SMITH**.

Respectfully submitted,

/s/ Justin Twardowski
***Justin Twardowski***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210
Email:  jtwardowski@sgrllc.com
*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of July, 2022, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/EEF system. I further certify that I have served said document on the following via electronic mail:

    Manuel A. Camacho
    Mannylove303@gmail.com

    s/   Barbara A. Ortell
    Barbara A. Ortell, Legal Secretary

02058534.DOCX