# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03691-RBJ-SKC

Manuel Alejandro Camacho
Plaintiff,

vs.

Cordova,
Buen,
Dibiasi,
Smith,
Clear Creek County Sherriff's Office
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 14 2022**

**JEFFREY P. COLWELL**
CLERK

## Notification Change of Address

I Manuel Alejandro come Pro Se as Plaintiff. This is my change of address notification. I am now at the Arrowhead Correctional Facility in Canon City. My address is P.O. Box 300, Canon City, Co. 81215.

## Certificate of Service

I certify that on July 8th, 2022 the original copy of a Notification Change of Address and a Motion Request for Pro Bono Assistance of Counsel was mailed to the UNITED STATES DISTRICT COURT of COLORADO and SGR, LLC for filing. I sent it via United States Pony Express to the following:

To:   UNITED STATES DISTRICT COURT of COLORADO
      ALFRED A. ARRAJ COURTHOUSE
      901-19th St., Room A105
      Denver, Co. 80294-3589

&

To:   SGR,LLC
      Attn: E. Ziporin, Bortell, Soharye
      3900 Mexico Ave.
      Denver,Co. 80201

Respectfully,

Manuel Alejandro Camacho
DOC # 69393
P.O. Box 300
Canon City, Co. 81215

Colorado Department Of Corrections

Name Manuel A. Camacho

Register Number 69393

Unit B-L2-5

Box Number 300

City, State, Zip Cañon City, Co. 81215

ACC

Mea

DATE REC'D 7/6/22

STAFF LAST NAME

ID # 76161

69393 DOC # Camacho INT

OFFENDER LAST NAME INT

80294-250151

DENVER CO 802

11 JUL 2022 PM 5 L

United States District Court of Colorado
Alfred A. Arroj Courthouse
901-19th St. Room A-105
Denver, Co.
80294-3589