THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03691-RBJ-SKC

Manuel Alejandro Camacho
Plaintiff,

vs.

Cordova,
Buen,
Dibiasi,
Smith,
Clear Creek County Sherriff's Office
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2022

JEFFREY P. COLWELL
CLERK

## Motion for Pro Bono Assistance of Counsel

    I Manuel Alejandro Camacho Come Pro Se as Plaintiff. This is my forth formal Motion Request for Pro Bono Assistance of Counsel. Despite my hardships this past year I have done my best to keep up with this case. However, I have been homeless and moved from place to place. I have recently submitted a change of address as well as a Motion Request for Pro Bono Assistance of Counsel on May 5th, of 2022 from the Arapahoe county detention facility. However my motions were unresponded to. I lack little to no formal education or experience when it comes to proceeding with this civil case toward trial. I cannot afford counsel and the letters that I have sent out to various civil attorneys have not been unresponded to. As Plaintiff I request the court to rule in my favor and grant my Motion for Pro Bono Assistance of Counsel so that we can proceed toward trial. Please respond at your earliest convenience.

Respectfully,

Manuel Alejandro Camacho
DOC # 69393
P.O. Box 300
Canon City, Co. 81215

Colorado Department Of Corrections
Name: Manuel A. Camacho
Register Number: 69393
Unit: B-L-2-5
Box Number: 300
City, State, Zip: Cañon City, CO. 81215

PACILITY: ACC
DATE REC'D: 7/6/22
STAFF LAST NAME: Neal 7/6/22
ID #:
DOC #: 69393
OFFENDER LAST NAME: Camacho M.

80254-250151

United States District Court of Colorado
Alfred A. Arraj Courthouse
901-19th St. Room A-105
Denver, CO.
80294-3589

DENVER CO 802
11 JUL 2022 PM 5 L