IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## NOTICE OF PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER ISSUED ON JUNE 23, 2022

Defendants, **JACOB CORDOVA**, **ANDREW BUEN**, **NICK DIBIASI**, **JEFF SMITH**, and **CLEAR CREEK COUNTY SHERIFF'S OFFICE** (collectively, "Defendants"), by and through their attorneys, **SGR, LLC**, hereby provide Notice of Plaintiff's Failure to Comply With the Court's Order Issued on June 23, 2022 [ECF No. 76].

    **I.**    **Statement of Conferral**

Upon information and belief, Plaintiff, *pro se*, is currently incarcerated in the Arrowhead Correctional Facility in Cañon City, Colorado. Pursuant to D.C.COLO.LCivR 7.1(b)(1), Defendants were not required to confer with Plaintiff prior to filing given his incarcerated status and further because no relief is sought by way of this Notice.

## II. Notice

To date, Defendants have not received Plaintiff's responses to Defendants' First Set of Written Discovery Requests nor to Defendants' Requests for Admission, even despite a Court order to do so.[1] *See* ECF 76. Said order required Plaintiff to respond to Defendants' First Set of Written Discovery Responses and provide a computation of his damages to Defendant no later than July 7, 2022. *Id.*

Plaintiff has now been on notice, since January 6, 2022, that a failure to comply with Rule 26(a)(I)(A)(iii) and (C) of the Federal Rules of Civil Procedure may bar any recovery of economic damages. *See* ECF 65.

Additionally, Plaintiff has been on notice, since June 23, 2022, that a failure to comply with the previously-mentioned order may result in the Court recommending this case be dismissed for failure to participate in discovery and/or prosecute. *See* ECF 76.

**Wherefore**, Defendants respectfully request that the Court take notice of Plaintiff's failure to comply with the Court's order on June 23, 2022.

---

[1] Defendants note that, on July 13, 2022, counsel received a letter *via* U.S. mail from Plaintiff. That letter did not contain discovery responses; rather, it contained a Motion for Pro Bono Assistance of Counsel and a Notification of Change of Address.

Respectfully submitted,

/s/ Eric M. Ziporin
**Eric M. Ziporin**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Email: eziporin@sgrllc.com


/s/ Justin A. Twardowski
**Justin A. Twardowski**
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Email: jtwardowski@sgrllc.com

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of July, 2022, I electronically filed a true and correct copy of the above and foregoing **NOTICE TO THE COURT OF PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER ISSUED ON JUNE 23, 2022** with the Clerk of Court using the CM/ECF system.  I further certify that I mailed a true and correct copy of the above document to the following via U.S. Mail, postage prepaid:

Manuel A. Camacho #69393
P.O. Box 300
Canon City, Colorado 81215
*Plaintiff*


s/ Barbara A. Ortell
Barbara A. Ortell
Legal Secretary


02060706.DOCX