United States District Court
District of Colorado

Case #: 20-cv-03691-RBJ-SKC

Manuel Alejandro Camacho
   Plaintiff

   vs.

Cordova,
Buen,
Dibiasi,
Smith,
Clear Creek County Sherriff's Office
   Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 28 2022
JEFFREY P. COLWELL
CLERK

## Motion: Requesting Status.

I Am Manuel Alejandro Camacho. I come Pro Se as Plaintiff. At this time and in the past 7 months I have experienced very harsh conditions. I am again incarcerated and will not be released until December of 2022 - possibly sooner. My vehicle was impounded 8 months ago, I was living in it. All of my legal documents were in it and I was unable to recover anything regarding this case. I have been hospitalized at least 4 times since, homeless, experienced substance abuse/addiction, and I had no device to communicate with - not even a computer. Since being incarcerated I have not remained at one place for more than 1-2 months. I have little to no access to legal materials to prepare for this case. On top of that I am indigent, therefore I have to hussle up stamps, envelopes and paper.

I AM NOT GIVING UP ON THIS CASE. my left shoulder still has not been repaired.

Therefore, I still experience physical and emotional pain as a result of the harm that these officers caused. I am on three different pain medications and mental health here has prescribed me "Celexa" for my pain, anxiety, and depression - of which are partially residual effects from the assault from these officers. I am also not receiving all of the mail from the defendants SGR firm. The issue is that the SGR firm is sending me letters or motions, however D.O.C. is not processing them and giving them to me because they are not addressing the envelope with an attorney's name and bar # - D.O.C. requires this. So I am receiving mail rejection notices - I will be enclosing one of the rejection notices as proof. (EXIBIT A). I have also never received any motions or responses to my motions that I filed from the Arapahoe County Jail on May 5th, 2022. I also never received anything from the 5904 Oneida St, Commerce City address prior to that. This is and was a solid mailing address (my mothers).

At this point I oppose any motions that the defense may be submitting, other than if it relates to them taking some kind of accountability in which I highly encourage. The harm that the defendants have caused is inexcusable, and the fact that they take no accountability is absurd. I strongly

Pg II

*This is one of 3 mail rejection notices that I have received. I am still trying to obtain the letters or motions*

# COLORADO
## Department of Corrections

**Notice of Rejection/Disposition of Mail**

AR Form 300-38D (03/01/22)

Facility/Unit: __AZ__   Date: __7-14-22__   Offender/DOC#: __Camacho 169393__
Your mail to/from: __SGR__   or Publication: _____

(include name, issue number, page(s) of offender publication and RMMS number if available) **has been rejected or declared contraband for the following reason(s):**

EXHIBIT A

- ☐ Contains threats or plans of criminal activity.
- ☐ Contains threats of physical harm against any person.
- ☐ Violates or concerns plans for activities in violation of the *Code of Penal Discipline*, law, or DOC policy.
- ☐ Is in code and/or not understood by the reader.
- ☐ Contains information that constitutes a danger to a person or threat to the security and safety of the facility.
- ☐ Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility.
- ☐ Concerns plans for escape.
- ☐ Sends, receives, solicits or contains money orders or any other items of value from other currently incarcerated DOC offenders, or the relatives or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members.
- ☐ Creates a substantial danger to the emotional or mental health of an offender.
- ☐ Contains cash, unauthorized personal checks, or paper money orders.
- ☐ There is a written request from a citizen that mail from an offender be discontinued.
- ☐ Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head.
- ☐ Contains decorative stamps or stickers on the envelopes or contents that cannot easily be removed and searched.
- ☐ Contains postage stamps, (unless being sent in accordance with IV.C.4.f. in this AR) stamped envelopes, blank stationery, blank writing paper, blank cards, or blank post cards.
- ☐ Contains Polaroid photos.
- ☐ Contains photos from another DOC offender.
- ☐ Contains unknown substance(s).
- ☐ Material that describes or depicts the design or manufacture of firearms, explosives, or other weapons or destructive devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the illegal use of such items.
- ☐ Material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person.
- ☐ Material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. **Sign language or style of dress alone, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection.**
- ☐ Sexually explicit material pursuant to AR 300-26, "Publications". **Offenders may appeal this by contacting their case manager for AR Form 300-26A.**
- ☐ Material which poses a potential threat to the safety and security of the offender population or DOC employees, contract workers, and volunteers by advocating facility disruption or noncompliance with prison rules or regulations.
- ☐ Game boards, trading cards, game accessories
- ☐ Other.
- ☒ **No lawyer or bar number**

## DISPOSITION
- ☐ Sent to publication committee.
- ☐ Declared contraband, not for offender disposition.
- ☒ Declared contraband; offender must designate disposition within ten days.
- ☐ Returned to sender. (*Regarding Publications - you may submit a one page statement addressed to the facility publication committee within 28 days of the date on this notice*).
- ☐ Other

Date: _____   Mailroom DOC Employee Signature: __Sgt. Dannis__

Date: _____   Mailroom DOC Employee Signature: __CO Wold__

I designate the following disposition of the above items:
- ☐ I do not waive legal confidentiality. I understand this letter will be sent back to the sender for the appropriate information and thus I understand it will result in delay of delivery of restricted mail to me.
- ☐ I waive legal confidentiality and grant permission to process mail as non-restricted mail.
- ☐ Destroy
- ☐ Return to sender at my expense (please include a miscellaneous withdrawal slip and shipping blank)
- ☐ Send to the following address at my expense: (please include a miscellaneous withdrawal slip and shipping blank)

_____
Offender Signature: _____

Attachment D
Page 1 of 1

**Colorado Department Of Corrections**

Name: Manuel A Lemack
Register Number: 69393
Unit: C-2L-2
Box Number: 300
City, State, Zip: Canon City, Co. 81215

ACC   7-25-22
FACILITY   DATE REC'D
HETTYKO   17369   LH
STAFF LAST NAME   ID#   INT
6923   Lemack   W
DOC#   OFFENDER LAST NAME   INT

80294-250154

United States District Court of Colorado.
Attn: Clerk of the court
901 19th st. Rm. A105
Denver, CO.
80294-3589

DENVER CO

25 JUL 2022 PM 4 L

