**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of August, 2022, I mailed a true and correct copy of *Defendants' First Set of Written Discovery Requests to Plaintiff* to the following addresses:

Manuel A. Camacho
Register No. 69393
Unit C-2L-2
Box No. 300
Canon City, Colorado 81212

Manuel A. Camacho
5904 Oneida Street
Commerce City, Colorado 80022

Respectfully submitted,


s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  303-320-0509
Email:  eziporin@sgrllc.com


/s/ Justin Twardowski
*Justin Twardowski*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Email:  jtwardowski@sgrllc.com
*Counsel for Defendants*

02079889.DOCX

2