8/6/2022

United States District Court of Colorado CLERK:

Hello, I Am Manuel Alejandro Camacho. I am currently in litigation with my civil case # 20-CV-03691-RBJ-SKC Manuel Alejandro Camacho vs. Cordova... I am writing to request supplies being the:

1- Pro Se Prisoners Handbook (for my 42 U.S.C. 1983 civil suit)
2- United States District Court Rules of practice.
3- As well as any guides or handbooks that can help me with the procedures regarding my civil suit.

I am very limited in the law library here, so it is hard to prepare my motions. Can you please send me these books at your earliest convenience. I have a discovery deadline approaching and my fear is that they will dismiss my case if I am not prepared. Thank You.

Sincerely,

Manuel A. Camacho
D.O.C. # 69393
P.O. Box 300
Cañon City, CO.
81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 10 2022

JEFFREY P. COLWELL
CLERK

**Colorado Department Of Corrections**
Name: Manuel A. Camacho
Register Number: 69393
Unit: C-2L-2
Box Number: 300
City, State, Zip: Cañon City, CO. 81215

DENVER CO 802
8 AUG 2022 PM 6 L

80294-250151

Office of the Clerk
United States District Court
901 - 19th St. Rm A105
Denver, CO.
80294-3589