**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## NOTICE OF ATTEMPTED SERVICE OF WRITTEN DISCOVERY

Defendants, **JACOB CORDOVA**, **ANDREW BUEN**, **NICK DIBIASI**, **JEFF SMITH**, and **CLEAR CREEK COUNTY SHERIFF'S OFFICE** (collectively, "Defendants"), by and through their attorneys, **SGR, LLC**, hereby notify the Court of their Attempted Service of Written Discovery as follows:

    1.    On August 2, 2022, Defendants provided a certificate of service, indicating that Defendants' First Set of Written Discovery had been sent, *via* mail, to two addresses provided by Plaintiff. [ECF No. 88].

    2.    Given Plaintiff's previous claims that he had not received discovery materials, counsel for Defendants researched the proper protocol for sending mail to inmates before re-mailing the written discovery materials to the Cañon City address. Counsel located

"Administrative Regulations 300-38, "Offender Mail'" on the Department of Corrections website (Note: This document is only available via Google Drive. To access it, one must first go to https://cdoc.colorado.gov/resources/contact-an-inmate and then click on the regulation).

3. Pages 3 and 4 of this regulation outline the screening process for Restricted Mail. The policy explains that, for counsel attempting to contact an inmate, the following are required: the attorney's first and last name; registration, bar, or license number; complete business address; and a marking of "Privileged" or "Confidential." (*See* p. 4, #3).

4. The mail must also include an "accurate and verifiable mailing and return address." (*See* p. 4, #4). The regulation does not describe how this verification occurs.

5. On August 2, 2022, Defendants sent written discovery to the Cañon City address with undersigned counsel's first and last name, bar number, complete business address, and the envelope was marked "Privileged" or "Confidential," as required by the Department of Corrections' guidelines.

6. As Plaintiff's exhibit demonstrates, the Department of Corrections rejected the mail, claiming "no lawyer or bar number," "return address does not match," and "does not match address in bar registry." [ECF No. 93].

7. Plaintiff's exhibit clearly identifies that the Department of Corrections had counsel's name and bar number, contrary to the claim that they had "no lawyer or bar number."

8. With regard to counsel's return address, despite counsel's address being easily verifiable by a quick search of counsel's name or the firm for which he works, it does not appear that the Department of Corrections attempted either of those methods in verifying the address.

9. Undersigned counsel, Justin Twardowski, has since updated his bar registry address, such that future mail should not be rejected.

10. Additionally, Defendants respectfully note that they not only mailed the First Set of Written Discovery to Plaintiff at the Cañon City address, but also mailed the written discovery to the 5904 Oneida St. address Plaintiff previously provided. Plaintiff had previously indicated that "this is and was a solid mailing address." [*See* ECF No. 86].

11. Defendants are now re-sending Written discovery to Plaintiff at both the Cañon City and Oneida St. addresses. As to the Canon City address, Defendants are sending on behalf of lead counsel, Eric M. Ziporin.

12. As stated, Defendants are diligently working to ensure that Plaintiff receives their Written Discovery by complying with the published Department of Corrections policy.

**WHEREFORE**, Defendants respectfully request that the Court take notice of their efforts at ensuring Plaintiff receives their First Set of Written Discovery.

Respectfully submitted,


/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

/s/ Justin A. Twardowski
*Justin A. Twardowski*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on this 25th day of August, 2022, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF ATTEMPTED SERVICE OF WRITTEN DISCOVERY** with the Clerk of Court using the CM/ECF system. I further certify that I forwarded said document to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

 Manuel A. Camacho *via U.S. Mail*
 5904 Oneida Street
 Commerce City, CO  80022

 Manuel A. Camacho *via U.S. Mail*
 Register No. 69393
 Unit: C-2L-2
 Box No. 300
 Canon City, CO 81215

 Email:  Mannylove303@gmail.com *via email*

           s/ Barbara A. Ortell
           Barbara A. Ortell
           Legal Secretary

02089604.DOCX