**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## DEFENDANTS' SECOND MOTION TO AMEND SCHEDULING ORDER

Defendants, **JACOB CORDOVA**, **ANDREW BUEN**, **NICK DIBIASI**, **JEFF SMITH**, and **CLEAR CREEK COUNTY SHERIFF'S OFFICE** (collectively, "Defendants"), by and through their attorneys, **SGR, LLC**, pursuant to Fed.R.Civ.P. 6(b)(1)(a), hereby submit their Second Motion to Amend the Scheduling Order.

**AS GROUNDS THEREFOR**, Defendants state the following:

### I.    STATEMENT OF CONFERRAL

Upon information and belief, Plaintiff, *pro se*, is currently incarcerated at Arrowhead Correctional Center in Cañon City, Colorado. Pursuant to D.C.COLO.LCiv.R 7.1(b)(1), Defendants were not required to confer with Plaintiff before filing this motion.

## II.   MOTION

1. On April 14, 2022, Defendants filed a Motion to Compel Plaintiff to respond to written discovery and, as grounds therefor, Defendants detailed their efforts in sending discovery, as well as their written and emailed follow-up, to which there had been there no response. [ECF No. 69].

2. On June 3, 2022, Defendants had still not received discovery from Plaintiff and moved this Court to Amend the Scheduling Order, seeking to extend both the discovery deadline and the dispositive motion deadline; they had been set for June 3, 2022, and July 8, 2022, respectively. Defendants outlined the same efforts mentioned above. [ECF No. 71].

3. On June 17, 2022, with both motions pending, Defendants notified the Court of their intention to File for Summary Judgment, noting that they had not yet received discovery materials, and that Defendants would like to ensure that discovery is complete before the dispositive motion deadline. [ECF No. 73].

4. On June 23, 2022, the Court granted Defendants' Motion to Compel, ordering Plaintiff to respond to Defendants' discovery requests by July 7, 2022. [ECF No. 76].

5. Also on June 23, 2022, the Court granted Defendants' Motion to Amend the Scheduling Order, setting a new discovery deadline of August 2, 2022, and a new dispositive motion deadline of September 6, 2022. [ECF No. 77].

6. However, discovery issues continued after the date set forth in the Motion to Compel.

7. On July 18, 2022, Defendants filed notice with the Court that they still had not yet received Plaintiff's discovery responses or materials, as the Court had ordered. [ECF No. 85].

8. On July 28, 2022, Plaintiff requested status and, in his request, he indicated that the Department of Corrections ("DOC") was rejecting mail from Defendants. [ECF No. 86].

9. On August 1, 2022, the Court ordered Defendants to resubmit discovery to Plaintiff, "with the envelope clearly marked as coming from attorneys with bar numbers showing," and to file a certificate of service with the Court. [ECF No. 87].

10. Defendants complied with this Order, and on the next day, the Court received a Certificate of Service to Plaintiff at both his DOC address and one he had previously provided. [ECF No. 88].

11. On August 24, 2022, Plaintiff filed a Motion for Extension or Stay, and in said motion he noted that the DOC had once again rejected Defendants' discovery, this time because "Address does not match address in bar registry." He requested a twenty-one (21) day extension. [ECF No. 93].

12. On August 25, 2022, the Court granted Plaintiff's motion. [ECF No. 94].

13. Also on August 25, 2022, Defendants filed a Notice of Attempted Service of Written Discovery detailing their efforts to deliver discovery to Plaintiff that complied with all applicable DOC regulations. Defendants stated that they had again re-sent discovery, in such manner as to avoid the same issue arising again, and reiterated that they had sent written discovery to two addresses provided by Plaintiff and not just the Arrowhead address. [ECF No. 95].

14. The current dispositive motion deadline is September 6, 2022.

15. Defendants respectfully request a thirty (30) day extension of this deadline and, as good cause therefor, Defendants state that they wish to receive Plaintiff's discovery responses

before filing a dispositive motion as Plaintiff's responses may clarify whether there are any genuine issues of material fact thereby affecting Defendants' strategy.

16. A thirty (30) day extension would create a new dispositive motion deadline of October 6, 2022.

17. Granting Defendants' Second Motion to Amend Scheduling Order will not prejudice any party in this case.

18. Undersigned counsel certifies that he is serving a copy of this motion on his clients upon filing in accordance with D.C.COLO.LCiv.R 6.1(c).

**Wherefore**, Defendants respectfully request that the Court enter an Order amending the Scheduling Order, such that the dispositive motion deadline is extended thirty (30) days, up to and including October 6, 2022.

Respectfully submitted,


/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210


/s/ Justin A. Twardowski
*Justin A. Twardowski*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorneys for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

5

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of August, 2022, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' SECOND MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system.  I further certify that I mailed said document to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho *via U.S. Mail*
5904 Oneida Street
Commerce City, CO 80022

Manuel A. Camacho *via U.S. Mail*
Register No. 69393
Unit: C-2L-2
Box No. 300
Canon City, CO 81215

Email: Mannylove303@gmail.com *via email*

        s/ Barbara A. Ortell
        Barbara A. Ortell
        Legal Secretary

02090207.DOCX