IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No. 1:20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA,
BUEN,
DIBIASI,
SMITH, and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

### AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    Due to a conflict on this Court's calendar this case is RESET for a **four-day Jury Trial** to commence on **April 3, 2023 at 9:00 a.m.** on the docket of Judge R. Brooke Jackson U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado.

    A Trial Preparation Conference is set for **March 17, 2023 at 9:00 a.m.** Pro se parties and lead Counsel should attend. The Plaintiff shall attend telephonically by dialing 1-888-204-5984 and entering access code 7557338# when prompted.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. The parties are directed to confer prior to the Trial Preparation Conference to reach agreement on as many, if not all, of the proposed jury instructions. The proposed stipulated and disputed jury instructions

should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference. Please submit a single integrated proposed set of instructions. They should be numbered and grouped with the same-subject disputed instructions together and indicate on each individual instruction if they are plaintiff's or defendant's proposal. Stipulated instructions should be individually labeled as such.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 8th day of September, 2022.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge