**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

**NOTICE OF PLAINTIFF'S FAILURE TO SERVE WRITTEN DISCOVERY RESPONSES**

---

Defendants, **JACOB CORDOVA**, **ANDREW BUEN**, **NICK DIBIASI**, **JEFF SMITH**, and **CLEAR CREEK COUNTY SHERIFF'S OFFICE** (collectively, "Defendants"), by and through their attorneys, **SGR, LLC**, hereby notify the Court of Plaintiff's Failure to Serve Written Discovery Responses as follows:

    **I.**    **Statement of Conferral**

Upon information and belief, Plaintiff, *pro se*, is currently incarcerated in Cañon City, Colorado. Pursuant to D.C.COLO.LCivR 7.1(b)(1), Defendants were not required to confer with Plaintiff prior to filing given his incarcerated status.

## II.     Notice

1. On August 1, 2022, the Court directed Defendants to re-serve their written discovery to Plaintiff. Plaintiff was provided twenty-four (24) days from the date of service in which to provide full and complete responses to the written discovery. [ECF No. 87].

2. Counsel for Defendants re-served the written discovery on August 2, 2022, to both the Cañon City address and a secondary address Plaintiff had provided. [ECF No. 88].

3. Plaintiff's deadline to serve his responses was August 26, 2022. [See ECF Nos. 87 and 88].

4. On August 24, 2022, Plaintiff filed a Motion for Extension of Time or Stay. In this motion, he cited the actions of the Department of Corrections ("DOC") in rejecting Defendants' First Set of Written Discovery. He requested an extension or stay for a period of twenty-one (21) days. [ECF No. 93].

5. On August 25, 2022, the Court granted Plaintiff's motion. The Court noted that "[i]f Defendants cannot figure out how to get the discovery materials to you, then the case will continue with no penalty to you." [ECF No. 94].

6. The same day, Defendants filed a Notice of Attempted Service of Discovery, outlining their efforts to deliver written discovery to Plaintiff. These efforts have included sending multiple copies of the written discovery to a secondary address Plaintiff had provided, as well as researching DOC guidelines and describing their efforts at compliance in sending mail to Plaintiff. [*See* ECF No. 95].

7. The next day, on August 26, 2022, Defendants re-served their First Set of Written Discovery on Plaintiff. The written discovery was served to both the DOC address and the secondary address Plaintiff had provided.

8. Defendants have now provided written discovery to the secondary address provided by Plaintiff at least four times.[1] He has previously described this as "a solid mailing address," even while incarcerated. [ECF No. 86]. Plaintiff has offered no justification as to why he has not been able to obtain any of these copies of the written discovery. And, contrary to the record, Plaintiff simply asserts that he did not receive anything at the secondary address prior to May 5, 2022. [*Compare* ECF No. 86, p. 2 ("I have also never received any motions or responses to my motions that I filed from the Arapahoe County Jail on May 5, 2022. I also never received anything from the 5904 Oneida St., Commerce City address prior to that.") *with* ECF No. 69, Exhibits B and C (letters containing Defendants' written discovery that were sent to the Oneida St. address prior to May 5, 2022)].

9. Per the Court's twenty-one-day extension of time, Plaintiff's new deadline to serve responses to Defendants' First set of Written Discovery was September 16, 2022.

10. As of September 22, 2022, Defendants have not received Plaintiff's responses to Defendants' First Set of Written Discovery.

11. On September 19, 2022, counsel for Defendants received a voicemail from Plaintiff's wife. Counsel for Defendants returned the call and left a voicemail on September 20, 2022. However, Counsel have received no response.

---

[1] Copies of the discovery were attached to letters sent on March 17, 2022, and April 4, 2022. [ECF No. 69, Exhibits B and C]. Discovery was also formally served at this address on August 2, 2022, and August 26, 2022. [*See* ECF Nos. 88 and 95].

3

12. Defendants previously filed a motion to amend the scheduling order, specifically to extend the dispositive motion deadline. [See ECF No. 96].

13. Since June of 2022, Defendants have made clear their intention to file a Motion for Summary Judgment. Defendants have also made clear their intention to file a Motion to Dismiss for Plaintiff's failure to prosecute should they not receive discovery. [ECF No. 71, p. 3 and ECF No. 73].

14. Plaintiff has been on notice, since January 6, 2022, that a failure to provide a computation of damages may bar his recovery of economic damages. [ECF No. 65, p. 11]. This was in the context of initial disclosures, and no computation of damages has since been provided.

15. Additionally, Plaintiff has been on notice, since June 23, 2022, that a failure to comply with discovery may result in the court recommending this case be dismissed for failure to participate in discovery and/or failure to prosecute. [ECF No. 76].

16. The current deadline for dispositive motions is October 6, 2022. [ECF No. 97].

17. Defendants will be prejudiced should they have to file a Motion for Summary Judgment without any discovery from Plaintiff.

**WHEREFORE**, Defendants respectfully request that the Court take notice of Plaintiff's Failure to Serve Written Discovery Responses.

Respectfully submitted,


/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*


/s/ Justin A. Twardowski
*Justin A. Twardowski*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of September, 2022, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF PLAINTIFF'S FAILURE TO SERVE WRITTEN DISCOVERY RESPONSES** with the Clerk of Court using the CM/ECF system. I further certify that I forwarded said document to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid and email as delineated below:

Manuel A. Camacho *via U.S. Mail*
5904 Oneida Street
Commerce City, CO  80022

Manuel A. Camacho *via U.S. Mail*
Register No. 69393
Unit: C-2L-2
Box No. 300
Canon City, CO 81215

Email:  Mannylove303@gmail.com *via email*

                                          s/ Barbara A. Ortell
                                          Barbara A. Ortell
                                          Legal Secretary

02109313.DOCX