**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

---

### DEFENDANTS' THIRD MOTION TO AMEND SCHEDULING ORDER

---

Defendants, **JACOB CORDOVA**, **ANDREW BUEN**, **NICK DIBIASE**, and **JEFF SMITH** (collectively, "Defendants"), by and through their attorneys, **SGR, LLC**, pursuant to Fed.R.Civ.P. 6(b)(1)(a), hereby submit their Third Motion to Amend the Scheduling Order.

**AS GROUNDS THEREFOR**, Defendants state the following:

### I.    STATEMENT OF CONFERRAL

Upon information and belief, Plaintiff, *pro se*, is incarcerated in Cañon City, Colorado. Pursuant to D.C.COLO.LCivR 7.1(b)(1), Defendants were not required to confer with Plaintiff before filing this motion.

## II.     MOTION

1. On April 14, 2022, Defendants filed a Motion to Compel Plaintiff to respond to written discovery and, as grounds therefor, Defendants detailed their efforts in sending discovery, as well as their written and emailed follow-up, to which there had been there no response. [Dkt. 69].

2. On June 3, 2022, Defendants had still not received discovery from Plaintiff and moved this Court to Amend the Scheduling Order, seeking to extend both the discovery deadline and the dispositive motion deadline which had been set for June 3, 2022, and July 8, 2022, respectively. Defendants outlined the same efforts mentioned above. [Dkt. 71].

3. On June 17, 2022, with both motions pending, Defendants notified the Court of their intention to File for Summary Judgment, noting that they had not yet received discovery materials, and that Defendants would like to ensure that discovery is complete before the dispositive motion deadline. [Dkt. 73].

4. On June 23, 2022, the Court granted Defendants' Motion to Compel, ordering Plaintiff to respond to Defendants' discovery requests by July 7, 2022. [Dkt. 76].

5. Also on June 23, 2022, the Court granted Defendants' Motion to Amend the Scheduling Order, setting a new discovery deadline of August 2, 2022, and a new dispositive motion deadline of September 6, 2022. [Dkt. 77].

6. However, discovery issues continued after the date set forth in the Motion to Compel.

7. On July 18, 2022, Defendants filed notice with the Court that they still had not yet received Plaintiff's discovery responses or materials, as the Court had ordered. [Dkt. 85].

8. On July 28, 2022, Plaintiff requested a status update and, in his request, he indicated that the Department of Corrections ("DOC") was rejecting mail from Defendants. [Dkt. 86].

9. On August 1, 2022, the Court ordered Defendants to resubmit discovery to Plaintiff, "with the envelope clearly marked as coming from attorneys with bar numbers showing," and to file a certificate of service with the Court. [Dkt. 87].

10. Defendants complied with this Order, and on the next day, the Court received a Certificate of Service to Plaintiff at both his DOC address and one he had previously provided. [Dkt. 88].

11. On August 24, 2022, Plaintiff filed a Motion for Extension or Stay, and in said motion he noted that the DOC had once again rejected Defendants' discovery, this time because "Address does not match address in bar registry." He requested a twenty-one (21) day extension. [Dkt. 93].

12. On August 25, 2022, the Court granted Plaintiff's motion. [Dkt. 94].

13. Also on August 25, 2022, Defendants filed a Notice of Attempted Service of Written Discovery, detailing their efforts to deliver discovery to Plaintiff that complied with all applicable DOC regulations. Defendants stated that they had again re-sent discovery in such manner as to avoid the same issue arising again and reiterated that they had also been sending written discovery to another address provided by Plaintiff and not just the Arrowhead address. [Dkt. 95].

14. On August 30, 2022, Defendants filed a Second Motion to Amend the Scheduling Order. As grounds therefor, Defendants noted the previously set dispositive motion deadline of September 6, 2022, and that they "wish to receive Plaintiff's discovery responses before filing a

3

dispositive motion as Plaintiff's responses may clarify whether there are any genuine issues of material fact thereby affecting Defendants' strategy." [Dkt. 96].

15. On August 30, 2022, the Court granted this motion, creating a new dispositive motion deadline of October 6, 2022.

16. On September 22, 2022, Defendants filed Notice of Plaintiff's Failure to Serve Written Discovery Responses, notifying the Court that Plaintiff's twenty-one (21) days to respond to Defendants' written discovery had passed. Defendants reiterated their intention to file a Motion to Dismiss for Failure to Prosecute, as well as their intention to file a Motion for Summary Judgment. [Dkt. 99].

17. The current dispositive motion deadline is October 6, 2022.

18. Defendants are filing a Motion to Dismiss Due to Plaintiff's Failure to Prosecute, contemporaneously with this Motion.

19. Defendants respectfully request an extension of the dispositive motion deadline of thirty (30) days, from the date of the Court's ruling on their Motion to Dismiss Due to Plaintiff's Failure to Prosecute. As good cause therefor, Defendants state that they have still not received any response to their written discovery from Plaintiff and, consequently, are filing a Motion to Dismiss Due to Plaintiff's Failure to Prosecute. Defendants add that if the Motion is denied, then they intend to file a Motion for Summary Judgment and will be prejudiced should they have to file without any discovery from Plaintiff.

20. A thirty (30) day extension would create a new dispositive motion deadline that is contingent on the Court's ruling on Defendants' Motion to Dismiss; therefore, Defendants cannot state a specific proposed deadline date.

4

21. Granting Defendants' Third Motion to Amend Scheduling Order will not prejudice any party in this case.

22. Undersigned counsel certifies that he is serving a copy of this motion on his clients upon filing in accordance with D.C.COLO.LCiv.R 6.1(c).

**Wherefore**, Defendants respectfully request that the Court enter an Order amending the Scheduling Order, such that the dispositive motion deadline is extended thirty (30) days from the date of the Court's ruling on their Motion to Dismiss Due to Plaintiff's Failure to Prosecute, up to and including that date.

Respectfully submitted,

/s/ Eric M. Ziporin
***Eric M. Ziporin***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210


/s/ Justin A. Twardowski
***Justin A. Twardowski***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorneys for Defendants Cordova, Buen, Dibiase, and Smith*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of October, 2022, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' THIRD MOTION TO AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system.  I further certify that I mailed said document to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho *via U.S. Mail*
5904 Oneida Street
Commerce City, CO 80022

Manuel A. Camacho *via U.S. Mail*
Register No. 69393
Unit: C-2L-2
Box No. 300
Canon City, CO 81215

Email: Mannylove303@gmail.com *via email*

                        s/ Barbara A. Ortell
                        Barbara A. Ortell
                        Legal Secretary

02090207.DOCX