

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 06 2022

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.      20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,
Plaintiff.

V.

JACOB CORDOVA,
ANDREW BUEN,
NICK DIBIASI,
JEFF SMITH,
CLEAR CREEK COUNTY SHERRIF'S OFFICE,
Defendants.

---

## MOTION FOR LOAN OF RECORD

---

I Am **Manuel Alejandro Camacho.** I come Pro Se as Plaintiff. I am filing this **MOTION FOR LOAN OF RECORD** to include a copy of my amended complaint and proceedings since. For good cause I am requesting this motion for the following reasons:

1. I do not have internet access as a prisoner in the Colorado Department of Corrections, therefore, I cannot access the UNITED STATES DISTRICT COURT'S, DISTRICT OF COLORADO website; nor am I able to communicate with the clerk of the court by internet.

2. All of my documents were lost due to my vehicle being impounded on December 22nd, 2021. I was unable to recover any of my documents concerning this civil action.

3. A loan of record would better assist me so that I can accurately respond to the **DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF**.

I request the court to grant my **MOTION FOR LOAN OF RECORD** and have it sent through e-mail to the Department of Corrections Law Assistant at Arrowhead where they can have it placed in my "Law Library Student Drive".

Respectfully,

Manuel Alejandro Camacho

# **CERTIFICATE OF SERVICE**

I Manuel Alejandro Camacho certify as Pro Se Plaintiff that I prepared this **MOTION FOR LOAN OF RECORD** on ~~September 2~~ October nd, 2022 and sent it via United States Postal Service to:

UNITED STATES DISTRICT COURT OF COLORADO
Attn: Clerk of the Court
901-19th ST, Room A105
Denver, Colorado
80294-3589

&

SGR LLC
Attn: E Ziporin/J. Twardowsky
3900 Mexico Ave. Suite 700
Denver, Colorado
80210

Respectfully Submitted,

Manuel Alejandro Camacho
DOC # 69393
P.O. Box 300
Canon City, Colorado
81215

DENVER CO 802

4 OCT 2022 PM 2 L

Thinking

PURPLE HEART

United States District Court of Colorado
Attn: Clerk of the Court
901-19th St.   Rm A105
Denver, Co.
80294-3589

80294-250151

FACILITY    Acc
STAFF LAST NAME   Mayfield
DOC#   13.512
ID#   2950.2
OFFENDER LAST NAME   Canyero
DATE REC'D   10-3-22
INT.   Acc
INT.   M.

**Colorado Department Of Corrections**

Name   Manuel A. Camacho

Register Number   69393

Unit   C-2L-2

Box Number   300

City, State, Zip   Cañon City, Co.
81215