FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 06 2022

JEFFREY P. COLWELL
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

Manuel Alejandro Camacho

Plaintiff,

v.

Cordova,
Buen,
Dibiasi,
Smith,
Clear Creek County Sherriff's Office
Defendants

---

**Plaintiff's Second Motion Requesting Extension of time to respond to Defendant's First set of Written Discovery Requests.**

---

I am Manuel Alejandro Camacho. I come Pro Se as Plaintiff. I am filing my Second Motion Requesting an Extension of time of 14 days for the following reasons;

1) Here at the Arrowhead Correctional Facility I only have access to the Law Library or materials once a week. (Fridays). There was five Fridays in the month of September 2022, however, I only had access to the Law Library on the 2nd and 9th of September.

2) The Department of Corrections is short staffed state wide. Our Law Library assistant (Ms Laverne) is having to divide her weekly schedule between 4 different facilities here in the Cañon City Complex. For this reason I was not able to access the Law Library on September 16th and 23rd.

3) Today is September 30th, 2022. I was denied access today because the computers were down.

I was informed that this was a state wide issue. I requested to complete my motion to respond to the defendants' First set of Written Discovery Requests on the word processor, however there are no hard drives in our computers. D.O.C. policy also does not allow any type of external storage devices as well, so I could not prepare or finish my motion or save it. I could not access what I have already prepared either.

4) I am still requesting records from health care providers. I have requested my entire medical and mental health records, however, D.O.C. is making it very difficult. I am currently scheduled to meet with a medical provider about this issue. I have also written to outside medical and mental health providers requesting records as well. I have not received any responses yet.

5) I am also doing my best to coordinate how I can have documents notarized. Our Law Library assistant only notarizes documents related to cases that we are currently serving sentences on, not civil cases. An outside vendor provides a notary once a month for $5.00 per document. I am indigent, this may not be possible.

I affirm to the court that I am doing my best to comply with all court orders as well as respond to all of the defendants motions. I apologize to the court as well as the Defense and thier counsel. Some matters are simply out of my circle of influence. I will respond to the defendants first set of written discovery requests by October 16th of 2022. For good cause I request that the court grant my second motion requesting an extension of time of 14 days to respond to the defendants First set of written discovery requests.

Respectfully,

[signature]

2

Certificate of Service

I Manuel Alejandro Camacho certify as Pro Se Plaintiff that I prepared this Second Motion Requesting an Extension of time of 14 days on October 2nd, 2022 and sent it via United States Postal Service to;

United States District Court of Colorado
Attn: Clerk of the Court
901-19th St. RM A105
Denver, CO. 80294-3589

&

SGR LLC
Attn: E Zporin / J. Twardowski
3900 E Mexico Ave. Suite 700
Denver, CO 80210

Respectfully Submitted,

Manuel A. Camacho
DOC #69393
P.O. Box 300
Cañon City, CO.
81215

3