**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## NOTICE OF RECORD MATERIALS BEING SENT TO PLAINTIFF

    Defendants, **JACOB CORDOVA**, **ANDREW BUEN**, **NICK DIBIASE**, **JEFF SMITH**, and **CLEAR CREEK COUNTY SHERIFF'S OFFICE** (collectively, "Defendants"), by and through their attorneys, **SGR, LLC**, hereby notify the Court of Record Materials Being Sent to Plaintiff as follows:

    1.    On October 10, 2022, the Court ordered defense counsel to provide Plaintiff with extra copies of ECF Nos. 8 (Amended Complaint), 62 (order on defendants' motion to dismiss), 63 (Answer), and 98 (trial date). [Dkt. 106].

    2.    On October 11, 2022, defense counsel sent copies of ECF Nos. 8, 62, 63, and 98 to Plaintiff at both the Cañon City and Oneida St. addresses, *via* U.S. mail.

Respectfully submitted,


/s/ Eric M. Ziporin
**Eric M. Ziporin**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiase, and Clear Creek County Sheriff's Office*


/s/ Justin A. Twardowski
**Justin A. Twardowski**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiase, and Clear Creek County Sheriff's Office*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of October, 2022, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF RECORD MATERIALS BEING SENT TO PLAINTIFF** with the Clerk of Court using the CM/ECF system. I further certify that I mailed said document to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho *via U.S. Mail*
5904 Oneida Street
Commerce City, CO 80022

Manuel A. Camacho *via U.S. Mail*
Register No. 69393
Unit: C-2L-2
Box No. 300
Canon City, CO 81215

                                                  s/ Barbara A. Ortell
                                                  Barbara A. Ortell
                                                  Legal Secretary

02120987.DOCX