# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.      20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,
Plaintiff.

V.

JACOB CORDOVA,
ANDREW BUEN,
NICK DIBIASI,
JEFF SMITH,
CLEAR CREEK COUNTY SHERRIF'S OFFICE,
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 17 2022**

JEFFREY P. COLWELL
CLERK

---

# MOTION OBJECTING DEFENDANTS' MOTION TO DISMISS DUE TO PAINTIFF'S FAILURE TO PROSECUTE

I Am **Manuel Alejandro Camacho.** I come Pro Se as Plaintiff. **I STRONGLY OBJECT** to the **DEFENDANTS' MOTION TO DISMISS DUE TO PLAINTIFF'S FAILURE TO PROSECUTE.** In response to the Defendants motion I request the court to rule in my favor and **deny the Defendants' Motion requesting to dismiss** and **grant my motion objecting to it** for the following reasons;

1. In previous motions I have made clear of the obstacles related to receiving the Defendants' original FIRST SET OF WRITTEN DISCOVERY REQUEST.

   a. I informed the court as well as the defendant's that I was homeless, without access to an internet device, hospitalized multiple times, and without permanent address from January 2022-April of 2022.

   b. I informed the court and the defendants that I was re-incarcerated and submitted changes of addresses since late April. Responses were delayed because I was transferred From Arapahoe County Jail to D.R.D.C., and eventually to Arrowhead here in Canon City.

   c. I did not receive the Defendants' First Set of Written Discovery Requests while incarcerated because the D.O.C. policy did not allow the Defendants'/Counsel's mail to be processed because they were alleged not to follow D.O.C. policy. My EXIBITS' were notices that I received from the D.O.C. mail technician that specifically denied the defendants counsel's mail. The first time because there was no bar registry number posted on the senders mailing address (of which I informed Mr. Ziporin previously). The second time it was denied because Mr. Twardowski's bar registry number did not match his firm's (SGR LLC) physical address. Because of these issues **receiving** the Defendants' First Set of Written Discovery Requests were also **delayed**.

   d. Because of the delay receiving the Defendants' Discovery Requests I filed motions requesting **extensions twice** as well as a **"stay"** until issues could be sorted out.

1

e. Eventually I did receive the Defendants' First Set of Discovery Request in late August, however, the law library access here at Arrowhead is very limited. We only have access once a week, therefore, in responding to a 21 day deadline I only have access to law materials on 3 of those days of which the day is divided into 3-two hour sessions. That is 6 hours each day provided that I am allowed access each session. I must remind the court that I am competing with 500 other inmates for law library access.

f. The other issue is that since I received the Defendants' First Set of Written Discovery Requests the law library has been closed multiple times due to staff shortage as well as computer malfunction. In the month of September I only had access to the law library materials as well the Motion that I had previously prepared and stored on the D.O.C. law library network twice. A total of 12hrs access to law library materials for the whole month of September.

g. Another fact is that because we do have access to the law library (although very limited), we are not authorized to borrow law library materials in our housing units.

h. **The remaining fact is that I have completed my response to the Defendants' First Set of Written Discovery Requests on <u>Wednesday</u> October 12, 2022 because I complained that I need to complete this motion because the law library is going to be closed again this Friday October 14th. By an act of God, the law library assistant (Ms. Laverne) was authorized to open the law library today.**

I request the court as well as the Defense and their counsel to take notice of my adverse situation and my efforts to comply with all civil procedure, rules and practices. There is simply not a level playing field at this time. I assure to all parties that I am in no way intending to hinder or delay this civil action. I come in good faith doing my best to provide absolute truth. I am aware of the costs of litigation. I am indigent with little to no formal education regarding civil practice, however, this is not about the cost of retaining counsel. This is about accountability, preventing harm caused to another, upholding all state and federal laws, as well as supporting the principals of **THE UNITED STATES CONSTITUTION OF AMERICA**. Therefore, **I request the court to** *deny* **the Defendants' Motion to Dismiss Due to Plaintiff's Failure to Prosecute and** *grant* **my Motion Objecting to their motion and proceed to trial in April.**

Respectfully,

Manuel Alejandro Camacho

# CERTIFICATE OF SERVICE

I Manuel Alejandro Camacho certify as Pro Se Plaintiff that I prepared this **MOTION OBJECTING DEFENDANTS' MOTION TO DISMISS DUE TO PAINTIFF'S FAILURE TO PROSECUTE** on October, 12th, 2022 and sent it via United States Postal Service to:

UNITED STATES DISTRICT COURT OF COLORADO
Attn: Clerk of the Court
901-19th ST., Room A105
Denver, Colorado
80294-3589

&

SGR LLC
Attn: E Ziporin/J. Twardowsky
3900 E. Mexico Ave. Suite 700
Denver, Colorado
80210

Respectfully Submitted,

Manuel Alejandro Camacho
DOC # 69393
P.O. Box 300
Canon City, Colorado

Colorado Department of Corrections
Name Marxell A. Canoow
Register Number 63313
Unit C-2L-a
Box Number 300
City, State, Zip Canon City, Co. 81215

United States District Court of Colorado
Attn: Clerk of the Court
901-19th St., Room A105
Denver, Colorado

80294-3589



Acc                    10-12-22
FACILITY               DATE REC'D
LETTERS        5359    CL
STAFF LAST NAME        ID#      INT
68373    Camacho          N.
DOC#    OFFENDER LAST NAME   INT