# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,
Plaintiff.

V.

JACOB CORDOVA,
ANDREW BUEN,
NICK DIBIASI,
JEFF SMITH,
CLEAR CREEK COUNTY SHERRIF'S OFFICE,
Defendants.

```
F I L E D
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

   OCT 17 2022

JEFFREY P. COLWELL
              CLERK
```

## MOTION FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST OF FIRST SET OF DISCOVERY QUESTIONS

I Am **Manuel Alejandro Camacho.** I come Pro Se as Plaintiff in response to the **DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF MOTION.** I have prepared this response to the best of my ability with the limited legal resources available here at the Colorado Department of Corrections Arrowhead facility in Canon City.

## INTERROGATORIES RESPONSE

1. I Manuel Alejandro Camacho prepared this response to the **DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF MOTION** alone. The only assistance I have is access to the Colorado Department of Corrections Law Library once a week on Fridays by way of the Law Library Officer Ms. Laverne.

2. I have suffered short and long lasting physical injury (left shoulder, bruises and scrapes in various parts of my body) and emotion pain (the fact that I was attacked, that I was helpless as I was secured in handcuffs, that I could not breath at times, choked repeatedly with a helmet strap, and called a "bitch" by officer Dibiasi as he choked me and the other deputies did not stop him, as well as my grievance not being responded to, or the fact that no administrative action was taken to discipline these deputies, all this has caused a mental decline) as a result of this violation of my constitutional rights (8th & 14th amendments).

   (a)  **Categories:**  *Wage Loss*-$67,200, *Lifetime Earnings*-$400,000+, *Pain and Suffering* to include mental decline an instability since the incident $400,000+, *Possible Attorney fees*-$100,000+.

   (b)  **$407,000** for short and long term Injury, and Mental Pain and Suffering.

   (c)  In the construction industry I am a carpenter. I assist with custom production and remodeling commercial and residential structures. I also operate heavy machinery to include bobcat skidders, forklifts (rough & smooth terrain). Depending on the job and site I generally earn $20-60 an hour. I

1

averaged my per hour wage to $40 an hour and multiplied that for my days out of incarceration since the incident. 6 weeks in 2020 (July 19th - September 5th) $40 x 40 hrs. = **$1,600** (one week) $1,600 x 6 = **$9,600** (six weeks). I was out in the community for 9 months in 2021 (June 19th - April 5th). Nine months of wages at this rate is **$6,400** (month) x 9 (months)= **$57,600** for a total of **$9,600 + $57,000 = $67,200** for *Wage Loss*

I am 49 years old. I reasonably assume that I could possibly live to be at least 65 years old. I plan to live longer. If I can fully function considering my physical and mental condition my *Lifetime Earnings* could total $400,000+ at the rate describe above at $40 an hr. 49 yrs. Old to 65 yrs. Old = **16 years x $76,800 (annual yearly income) = $1,228,800 (16 yrs.) for *Lifetime Earnings***, not to include earnings from random odd jobs as a handyman.

As for mental Pain, I have suffered a mental decline. I have issue with calculating a reasonable amount. I was frightened during this incident, I thought that I was going to die. I remember panicking when the deputies were assaulting me. I experience pain in my left shoulder daily. Sometimes it is hard to function, and at times it is difficult to be around officers. In confrontational situations I sometimes fear that I am going to be attacked again, or even killed. The global movements regarding abusive authority and civil rights, make it even harder to stay focused and not harbor any ill feelings. I am not sure how long it will take to become stable with my thoughts and feelings about this "incident" (assault). I am very concerned and disappointed that absolutely no accountability has been taken. I feel that there is a double standard regarding law enforcement and specifically this "incident" (assault). I assume that as a law enforcement establishment (CLEAR CREEK COUNTY SHERRIFF'S OFFICE, DEPUTY CORDOVA, DEPUTY BUEN, DEPUTY DIBIASI, and CAPTAIN SMITH) would have taken an **OATH TO SUPPORT AND DEFEND THE UNITED STATES CONSTITUTION**, however, at this time I believe that this "incident" (assault) was simply swept under the rug. I am not sure how long I will need continued mental health treatment or therapy. I am not aware of any formula that can be calculated as a reasonable amount for the harm that has been caused. I will refer to my sum total of $407,000 for mental pain and suffering combined with the other monetary categories.

Clearly the calculated monetary amount provided surpasses the amount requested in my civil complaint. These calculations are without the total for odd jobs as a handyman or the possibility of having to obtain counsel, or a precise calculation of long term mental health treatment. I feel that the deputies actions were criminal and definitely **non-conforming** to **The Constitution of The United States of America**, and the fact that I did not choose to press criminal charges during the Sherriff's Departments interview regarding the incident also clearly exposes the fact that I chose to express mercy and compassion in which I was seeking a mutual benefit. I still am.

(d) My calculations are based on my past experience in the construction trade. Working records could be obtained from former employers (Kolorado Kare, Millender White Construction, Stellar Painting and Remodeling, Hatcher Construction, Excell Environmental) just to name a few. I find it nearly impossible to provide material evidence concerning my past wages as I am incarcerated with little to no internet and limited phone access. However, I am doing my best to give a general description of my past and possible future employers and the monetary assets that I was and still possibly capable of earning.

3.  Physical issues that I have been treated for before this incident was for chronic pain in my lower back, my left knee, and ankle which were residual effects from a motorcycle accident in 1999. Similar bruises and scrapes in my lifetime are not relevant to this action, other than this motorcycle accident left my left ankle severely swollen and disfigured. I have never been treated for an injury to my left shoulder of this nature in my lifetime before the "incident" (assault). I was treated at Denver Health Hospital and orthopedic clinic from July 1999 to May of 2003. Since 2003 I have continued treatment for pain management at various clinics, hospitals and through the Colorado Department of Corrections. Physical and mental health symptoms post "incident" (assault) have intensified, therefore, treatment for the intensified symptoms has changed.

4.  **Health Care Providers**

    • *Clear Creek County Sherriff's Office*:   I was treated by the facility nurse immediately after the incident for bruises, scrapes, and pain throughout my body. Nurse Marsha made detailed notes in my medical file. I was also treated for pain in my shoulder by the facility Doctor Paris. I forget exactly what one of the medications he gave me, however I was prescribed prescription strength Motrin as well. I never received treatment or a specific diagnosis for my shoulder injury.

    • *Weld County Jail:* I was continued pain medication (Motrin), however because of the pandemic and the fact that I was transferred to the Colorado Department of Corrections my kites submitted were never completely responded to. I did submit several kite complaining about shoulder pain. I never received treatment or a specific diagnosis for my shoulder injury.

    • *Arapahoe County Jail:* I also submitted kites to the medical department in this facility. Due to my short time at the county jail. I was again transferred to the Colorado Department of Corrections, therefore, I never received treatment or a specific diagnosis for my shoulder injury.

    • *Colorado Department of Corrections* (Denver Reception and Diagnostic Center, Trinidad Correctional Facility, Four Mile Correctional Facility, and Arrowhead Correctional Facility): I have been in and out of incarceration since the date of this incident. At all facilities I have submitted kites regarding my shoulder injury. Due to the pandemic, there was abnormal medical and outside clinic appointments due to the virus. I was not seen and pushed back many times. However, a paper trail remains of my request to seek treatment for my shoulder pain. Not until recently was an actual x-ray taken of my left shoulder that shows an "abnormality" that the provider here at the Arrowhead facility says that I need corrective surgery. She Okayed the procedure and I am waiting and hoping that it will take place before my release in December of 2022. Recent events will contradict this last statement because I have been informed that the D.O.C. insurance provider has denied further treatment at this time.

### DENVER METRO HOSPITAL/CLINIC

- *Adventist Hospital (Littleton, Colorado)* I made a complaint and requested an MRI regarding my left shoulder, however, I was initially there for a different issue and was referred to the Stout Street Clinic for further treatment.
- *Stout Street Clinic (Denver, Colorado)*

## MEDICAL TREATMENT

3

In addition, I am presently being treated for pain from pre and post incident. Specifically my left shoulder, lower back, knees, left ankle, and general arthritis. I am prescribed prescription strength Ibuprophen (800mgs). I am also using Litocane patches and Voltaren topical gel.

## MENTRAL HEALTH TREATMENT

I am also being treated for anger and depression. I am prescribed Celexa, however I am not sure of the dosage. In 2021 I was prescribed Klonodine for the same symptoms at the Four Mile facility. I am also participating in a "CBT" class with Mr. Odom who is a therapist. In addition to anger and depression, the class also focuses on anxiety and stress in which I feel are increased effects that are directly related since the "incident". For **EXIBIT A** I will attach a Department of Corrections letterhead from the mental health clinician Mr. Odom. It is a "Memorandum" that was sent to me on September 1st, 2022.
I have also requested to see a psychiatrists or psychologist, however, I have been placed on a "waiting list".

5. I have been recommended to pursue additional medical and mental health treatment from multiple health providers which have been listed. As a remedy to correct my left shoulder injury I was supposed to have surgery, however I was recently denied by the D.O.C. insurance. For **EXIBIT B** I will attach a copy of a note (dated 9/9/22) that I was sent from the provider that stated that "CHP denied ortho consult", also will be a copy of the medical kite (dated 9/26/2022) that I submitted requesting why my follow-up treatment was denied. As you can see in the response I am scheduled to meet with the provider to discuss why. There is conflicting issues regarding my shoulder. The provider here recommended the ortho consult based on the x-ray that was taken at D.R.D.C. in July of 2022. Other providers have told me that I will need a MRI or CAT scan. I seem to be at odds to receive surgery for my left shoulder at this time because I have not been at any one facility or in the community for any length of time. I is that and reasonable to assume that the D.O.C. insurance is deny further treatment because I am soon to be released. In the alternative I will reiterate that I have been advised specifically by the Stout Street Clinic to have a cat scan or MRI conducted at St. Joseph's hospital. I will have to set up an appointment when I am released.

Recently, for mental health resources I have been advised to seek further mental health treatment by the mental health providers at the Arapahoe County Jail and from mental health providers here in the Department of Corrections. I have been provided resources advised to seek further treatment at the following mental health service providers;

Colorado Crisis hotline 1-844-493-8255

Colorado Crisis Services/Denver 4353 E. Colfax Ave. Denver, CO. 80220

Anshuts Medical Campus 2206 Victor St. Aurora, CO. 80645

Community Reach Center 8989 Huron St. Thornton, CO. 80260 I was advised to complete an intake assement from here.

In the event of an emergency I have been advised that I can report to;

Urgent Behavioral Health Care 2251 W. 84th Ave. Suite 2 Westminster, CO. 80031 Phone: 1-844-493-8255 24hr 7days a week.

For additional mental health treatment I was advised that I can report to and set up an intake interview near my mother's house at 4371 E. 72nd Ave. Commerce City, CO. 80022 Phone: 303-853-3456

All of these resources are subject to change; factors being availability and upon competition of my approved parole plan.

6. **20 EMPLOYMENT HISTORY**

MAC BESTOS (May 2005-June 2005) Asbestos Abatement Laborer- I left for a higher paying job.

EXCELL ENVIRONMENTAL (June 2005-October 2005) Asbestos Abatement and Hazmat Laborer- Asbestos abatement season ended and I got another job.

JAPANESE AUOMOTIVE SPECIALIST (October 2005-November 2005) I worked as a service writer and general customer service duties until I became incarcerated.

MILLENDER/WHITE CONSTRUCTION (February 2008-March 2008) I worked as a crane operator and a production framer. I left for a higher paying job.

STELLAR PAINTING AND REMODELING (May 2008- February 2011) I was remodeling and repairing residential and commercial structures. I again became incarcerated.

COLORADO CORRECTIONAL INDUSTRIES (July 2011- October 2013) I worked in the floral/gift shop, custom fishing rod shop, fresh water lobster breeding, wild land firefighter, and wild horse program (2021) All jobs maintained while incarcerated while in the Department of Corrections.

KOLORADO KARE (2013-2015 & 2017-2018) I started out as a laborer and became a crew leader land scaping, snow removal and providing various handy man type services until I was incarcerated again and eventually assaulted by the Defendants of the Clear Creek County Sherriff's Office.

I also salvage furniture, scrap metal and provide handyman services through craigslist and the app. "Next Door". I make a living making beaded jewelry, drums, dream catchers, walking sticks and other spiritual objects. Right now my employment future is undetermined. At times I experience physical pain in my left shoulder as well as do my best not to entertain thoughts related to the "incident".

7. I have not participated in any other civil action. As far as "criminal action" I have been involved in the criminal courts since I was 16 years old. I am now 49 years old.

8. I have been charged and convicted of various criminal cases since 1991. I feel that is an unreasonable expectation to provide all offenses and precise detailed information regarding them. My memory fails me as to all the exact dates and times. Furthermore, I do not feel that this detailed information is beneficial to the "incident". If the Defense requests a report of my criminal history, I suggest that they obtain this through the Colorado Bureau of Investigations (CBI). Anymore requests that is requested of myself **I object to**. It is nearly impossible to provide accurate information due to my circumstances at this time.

9. I object to answering these questions. Again, I do not believe that this information is relevant to my civil complaint.

10. Yes, I was incarcerated at the Weld County Jail in Greeley, Colorado when I filed my amended complaint. From the Weld County Jail I was transferred by writ back and forth from the Clear Creek County Sherriff's Office.

11. Yes, I have faced disciplinary action while incarcerated on several occasions. Too many to provide accurate detailed information as I have been in and out of incarceration since 1991. I object to further answering this question. My disciplinary history has nothing to do with this "incident" (ASSAULT).

12. 13, 14, & 15: My U.S.C. 1983 civil complaint will explain in detail exactly how all of the Defendants participated in the assault related "incident" and the constitutional right violated. I have requested the court to provide a loan of records because I do not currently have a copy of my complaint. Due to the way I styled my original amended complaint I am currently investigating constitutional rights violated which is the 8th and 14th amendments. If the court orders me to amend my complaint I will comply, however, I am assuming that the 8th and 14th amendments are similar in nature.

16. a. 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

   b. When I am released in December of 2022 I will be eligible for Medicaid again.

   c. Manuel Alejandro Camacho

   d. My Medicaid account number is not available to me at this time.

   f. I do not know how to obtain this information at this time.

   g. I also do not know how to obtain this information at this time.

   h. $407,000

   i. Medical providers that I have received and requested treatment regarding this "incident" (assault) are the Clear Creek County Sherriff's Office (jail), Weld County Sherriff's Office (jail), Arapahoe County Sherriff's Office (jail), Colorado Department of Corrections-multiple facilities ( D.R.D.C., Trinidad, Four Mile, Arrowhead) Multiple Hospitals and Clinics-Littleton Adventists Hospital, Denver Health Medical Center, Stout Street Clinic (Denver).

   j. Previous 10 year history of previous employers: Stellar Painting and Remodeling (Littleton, CO), Kolorado Kare (Colorado Springs), Patriot Express Car wash (Pueblo), Kohl's Department Store (Pueblo, Co.), 711 (Aurora, Co.), Holiday Inn Express & Suites (Golden, Co.) All jobs maintained while incarcerated while in the Department of Corrections (COLORADO CORRECTIONAL INDUSTRIES) "CCI" are the floral/gift shop, custom fishing rod shop, fresh water lobster breeding, wild land firefighter, and the wild horse program. I have also worked various maintenance, kitchen, and custodial assignments throughout my last 10 years in the D.O.C.

   k. I have done my best to utilize my resources here at the Arrowhead Correctional Facility. I have requested information from the medical department here, Mrs. Hardrick (my case manager), and the resources in the pre-release class, however most of them have not gotten back to me with some of my requests at this time. I am still scheduled to meet with a medical provider to answer my kite requesting an answer as to why my treatment was denied from D.O.C.'s medical insurance.

# IV PRODUCTION OF DOCUMENTS

In regard to producing all of the information requested, it is nearly impossible considering my circumstances. I have nobody reliable to assist me at this time. In prior motions I have informed the court and the Defense that the documents that I had accumulate was all in my vehicle that was impounded on December 22nd of 2021. I was unable to recover anything from my vehicle. However, it is well noted that an abundance of documentation exists. It is a matter of re-obtaining and requesting it through the discovery/discovery subpoena process which I am still doing my best to abide by. I have requested for the D.O.C. medical department to provide me with an entire copy of my medical and mental health needs and treatment that has been provided up to this point. I have not received a response since I requested this information. I may be required to pay .25 cents a page, and I am indigent, however I am prepared to start the grievance process if somebody doesn't respond soon. My **EXIBITS A and B** (Please see attachments) will provide recent detailed information regarding my medical needs and treatment currently provided for my physical and mental health needs.

Other evidence I possess is the video of the "incident" (assault). It was extracted from the Clear Creek County Sherriff's Office security cameras. It is stored on various email, Google, and Cloud accounts. Right now I do not have access to these accounts because of my circumstances of incarceration, however, I am currently attempting to coordinate with my wife Star Rodriguez to expedite this video to the courts and defense. I believe that she and the Defense counsel have been in touch recently.

Additionally, I will be requesting the Clear Creek County Sherriff's Office to provide all documentation related to this "incident" to include;

a. All medical documentation from my time incarcerated at the Clear Creek County Sherriff's Office. These document will reflect all medical complaints and treatment for medical issues as well as detailed information regarding the treatment received from the facility nurse Marsha who can witness to the various bruises and scrapes and pain that I was treated for after the incident. These medical records will also reflect that I was treated for acute pain with medication for my left shoulder by the Clear Creek County Sherriff's Office Dr. Paris.
b. I also request the Clear Creek County Sherriff's Office to reproduce their security video and audio of the incident to include all angles of all cameras.
c. I also request the Clear Creek County Sherriff's Office to produce production of the Defendants' individual incident reports.
d. I also request that the Clear Creek County Sherriff's Office produce the recorded criminal investigation conducted by Lt. Gemillion and Detective Burhle the day after the incident. Production of documents should detail their notes taken (to include audio/video) in the interview as well as the pictures taken of my various bruises, scrapes and my swollen and disfigured left ankle.
e. I request production of the Clear Creek County Sherriff's Office procedures, policies, and rosters pre and post "incident" regarding transport of inmates and de-escalation training with specific dates and times as well as who the training was provided by and for.
f. I request production of all the Defendants' working file documents to include any type of disciplinary notations or administrative action taken prior and post "incident".
g. I request production of any and all information related to the "incident" from any witnesses from the Clear Creek County Sherriff's Office to include;
   1. The Clear Creek County Sherriff's Office Cook supervisor who witnessed me in the security chair.
   2. The report or any statements made of the Clear Creek County Sherriff's Office Dispatch.

3. All reports written by any and all Deputies, Marshalls or Officers of the Clear Creek County Sherriff's Office who responded to the incident.
4. A roster that reflects the courts inmates that I was being transported with which will be utilized as witnesses as well to the "incident".
5. Any reports or notes taken by Lt. Gremillion and Detective Burhle of the Clear Creek County Sherriff's Office or "brass" (administration) administrative "action" that was alleged to have been taken.
6. Any and all investigative reports from the Clear Creek County District Attorneys Office.

## V. REQUESTS FOR ADMISSIONS

1. I am making a claim for lost income.

2. I am making a claim for loss of future income.

3. I was incarcerated in the Weld County Sherriff's Office when I filed my amended complaint.

4. I am not admitting that all of my physical injuries or mental pain and suffering were pre-existing. **THE INJURIES DESCRIBED IN MY CIVIL COMPLAINT ARE A DIRECT RESULT FROM THE "INCIDENT" (ASSAULT) on May 15th, 2019.**

5. I was physically injured as a result of the "incident" (assault). In fact I have suffered short and long lasting injury as well as mental pain and suffering to this day.

## *PLAINTIFF'S* REQUEST FOR ADMISSIONS

1. I request that Deputy Cordova admit that I requested for him to use larger leg iron shackles before and during the incident, and that I complained of pain when he repeatedly attempted to place the left ankle shackle even though I already complained that he was pinching my ankle causing pain. I request that Deputy Cordova admit that he witnessed an unprovoked attack Deputy Buen who initiated the assault by placing me into a choke hold and take me to the floor. I also request that Deputy Cordova admit that he saw Deputy Dibiasi choke me with the strap of the security helmet twice while Dibiasi called me a "bitch and that I was going to prison".

2. I request that Deputy Buen admit that excessive force was used throughout the unprovoked attack, that he attacked me by placing me into a headlock, then kneeled on my back with deputy Cordova preventing me to breathe. I request Deputy Buen to admit that he and Deputy Cordova failed to inform Deputy Dibiasi that I was already handcuffed, therefore, Deputy Dibiasi assumed that I was resisting. I request that Deputy Buen admit that he did not utilize any de-escalation techniques when he intervened while Deputy Cordova was attempting to secure a improper sized shackle to my left swollen and disfigured ankle.

3. I request that Deputy Dibiasi admit that he attacked me by choking me with a helmet strap twice and that he pushed me forward in the restraining chair while my wrists were secured to the security chair with cuffs as I screamed out in pain. I also request that Deputy Dibiasi admit that he placed a nylon security strap around my ankles that cut off circulation to my feet. I request that Deputy Dibiasi admit that he called me a "bitch and that I was going to prison" because I was complaining that the nylon strap was causing pain. I request that after 10-20 minutes in the restraining chair he

8

finally relieved the pressure of the nylon strap. I request that Deputy Dibiasi admit that his behavior was out of control and that he acted sadistic and maliciously.

4. I request that all Defendants' admit that no-de-escalation techniques were used and that they acted out of Clear Creek County training policies and de-escalation procedures.

5. I request that all Defendants' admit that an audio taped criminal investigation was conducted the day after the incident where Lt. Gremillion and Detective Burhle asked me if I wanted to press charges.

6. I request that all Defendants admit that disciplinary action was taken due to the manner in which all Defendants handled this "incident" (attack). Or in the alternative that disciplinary action was not taken and the justification.

7. I request that all Defendants admit what specific disciplinary action or **IF** disciplinary action was taken by the Clear Creek County Sherriff's Office Administration, and what disciplinary action was taken for each individual, and if any new policies or procedures were implemented due to the incident as well if it is documented.

8. **I request that all Defendants admit that the are/were Sworn Oath Law Enforcement Deputies/Federal Marshalls working under the color of law in the Clear Creek County Sherriff's Office Jail at the time of the "incident", and that under the color of law or as an individual they are NOT IMMUNE FROM ANY STATE OR FEDERAL LAW OR IMMUNE FROM THE CONSTITUTION OF THE UNTED STATES OF AMERICA.**

9. My final request is that all Defendants admit that they need to do the right thing and settle this civil complaint to make right for the harm that they have caused as well as prevent this from ever happening to anyone again.

I request the court and the Defense with their counsel to accept my response to the **DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY REQUESTS** with **EXIBITS A & B** attachments that I have completed to the best of my ability her at the Colorado Department of Corrections Arrowhead facility.

Respectfully,

*[signature]*

Manuel Alejandro Camacho

## **CERTIFICATE OF SERVICE**

I Manuel Alejandro Camacho certify as Pro Se Plaintiff that I prepared this **RESPONSE TO** THE **DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY REQUESTS** on October, 12th, 2022 and sent it via United States Postal Service to:

UNITED STATES DISTRICT COURT OF COLORADO
Attn: Clerk of the Court
901-19th ST., Room A105
Denver, Colorado
80294-3589

&

SGR LLC
Attn: E Ziporin/J. Twardowsky
3900 Mexico Ave. Suite 700
Denver, Colorado
80210

Respectfully Submitted,

Manuel Alejandro Camacho
DOC # 69393
P.O. Box 300
Canon City, Colorado
81215



**COLORADO**
Department of Corrections

EXIBT A

Cañon Minimum Centers
P. O. Box 300
Cañon City, CO 81215-0300
Phone: (719) 269-5601
Fax: (719) 269-5343

# MEMORANDUM

DATE: 9/1/22

TO: M. Camacho       DOC: 69393       Unit: C-2L-2

This memo is to let you know that you have been approved to participate in the next Mental Health Group I will be offering. This group is called **CBT for Anxiety and Depression.** It will start **9/16/22** from 0900-1030. You need to meet at the Programs Building in your state issued greens and bring writing utensil. A workbook for the class and folder will be provided. But, please make sure you bring something to write with and take notes. The class will last 14 sessions and you are only allowed to miss two groups before being discharged. Those who successfully participate in the group will earn three days gain time upon completion.

**Please let me know by 9/8/22 if you intend to come so I can prepare accordingly.** I only have 12 openings for the class and so I look forward to seeing you then.


Thank you,

FROM:   Mr. Odom,
        SW/CO III
        Canon Minimum Centers
           Clinical Service



Four Mile Correctional Center, P.O. Box 300, Canon City, CO 81212   P 719.269.5601   F 719.269.5343

EXIBIT B

## Message From Medical

Date: 9/29/22  Cell House: C
Name: Camacho, M  DOC #: 693913

CHP denied ortho consult.

Signature

## REQUEST FOR SICK CALL

Name: M. Camacho Number: 69393
Date: Seg in ly 26 Receiving Unit: C2W
WORK ASSIGNMENT: Newcomer

Offender needs to be seen by: (CHECK ONLY ONE)
X Physician Assistant/Nurse Practitioner
__ Dentist
__ Nurse
__ Mental Health
__ Self Medication Refill Name: _____
Prescription Number _____
X Other

Explain your need for request: to My mus
I denied treatment for
my left shoulder?

Offender's request was received at Dispensary:
Date: 9-29-22  By: ERIC
Action Taken: APPOINTMENT WITH PROVIDER
SCHEDULED TO DISCUSS