IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     1:20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,
Plaintiff.

V.

JACOB CORDOVA,
ANDREW BUEN,
NICK DIBIASI,
JEFF SMITH,
CLEAR CREEK COUNTY SHERRIF'S OFFICE,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2022

JEFFREY P. COLWELL
CLERK

**PLAINTIFF'S THIRD MOTION REQUESTING PRO BONO ASSISTANCE OF COUNSEL/OR IN THE ALTERNATIVE COURT ORDER FOR DISCOVERY SUBPOENA**

I AM MANUEL ALEJANDRO CAMACHO. As Pro Se Plaintiff I am requesting the court to grant my **THIRD MOTON REQUESTING PRO BONO ASSISTANCE OF COUNSEL/OR IN THE ALTERNATIVE COURT ORDER FOR DISCOVERY SUBPOENA** for the following reasons;

1. I have nobody reliable to assist me to produce documents. I am experiencing barriers and struggling to fulfill and completely understand all of my obligations as an incarcerated pro se Plaintiff. I feel that I am doing my best. As a prisoner I do not have liberty to access the internet, nor am I allowed to simply pick up a telephone to call or fax documents. Any telephone numbers would have to be submitted and approved by D.O.C. administration which can be a lengthy process, therefore, it is nearly impossible to obtain some of the documents that the Defendants' are requesting in a limited time frame.
2. I am indigent and unable to retain counsel. Please see supporting document (**EXIBIT A**). This is a current six month account statement. Aside from paying for copies of my motions in which the D.O.C. does allow me to go into the red on my inmate account, it is also nearly impossible to gather postage to send documents.
3. Due to my role as a Pro Se "layman", I have no formal civil education, training or litigation experience. I am confused on how to proceed at times. I am not sure exactly how or what elements I need to provide in this discovery process or exactly when or how to request for discovery subpoena. I do not have access to the courts website, so I have no idea if motions that I am submitting are granted or not. I still do not know of the status of my last request for pro bono assistance of counsel.
4. I have very little access to law library materials at this time. In fact the law library again was cancelled this week of October 28th, 2022(Friday). Fortunately, the Arrowhead Law Library assistant came in today (October 27th, 2022) and allowed me to prepare this motion.
5. The Defendants' and their counsel are demanding rather than "requesting" discovery questions

1

that I feel are unreasonable, as well as an unrealistic expectation to have them notarized. The law library assistant here (Ms. Karen Laverne) is not allowed to notarize documents unless they are court ordered. The only other way to have documents notarized is by a private "vendor" that comes to the facility once a month. That vendor charges $85.00 per document. Due to the fact that I am indigent I cannot afford to have the documents notarized, and D.O.C. policy will not allow me to go into the red for notary expenses.

6. My final reason why I am requesting the court to grant my request for pro bono assistance of counsel is the fact that a journalist wrote an article in December of 2021 about this incident. Recently, I was approached by Mr. Steve Staeger who is an Investigative Reporter with KUSA 9NEWS in Denver. Please see **EXIBIT B** (which is a Jpay letter I received one month ago (9/28/2022). I have done my best to keep this incident private, however, at this time I desperately need some legal advice as well as experienced assistance.

Furthermore, **I come in good faith with good cause in regard to my civil action**, doing my best to comply with all of my obligations as a pro se Plaintiff. **I come providing absolute truth,** and wholeheartedly believe that it would benefit all parties for the court to grant my request for pro bono assistance of counsel in order to prevent further delay of this discovery process. In the event that the court does not deem pro bono assistance of counsel necessary, I request the court to grant my motion requesting to enforce my **Motion Requesting Discovery Subpoena** in the alternative for the following reasons;

1. The CLEAR CREEK COUNTY SHERRIFF'S OFFICE (CCCSO) is in Georgetown Colorado, 405 Argentine ST. From what I recall this building is a "one stop shop". The jail is in this building, the city and county building, CCCSO dispatch, The CCCSO medical department, CCCSO Law enforcement (to include Lt. Gremillion & Detective Beuhrle which conducted the criminal investigation of the incident), as well as public records in which I believe that the video of the incident still exists.

2. I believe that if the court grants the Plaintiff's request for Discovery Subpoena; it will provide the critical evidence in support of my civil claim to proceed with a summary judgment, reach a settlement, or proceed toward trial.

3. The PROOF, FACTS, and EVIDENCE that I am requesting the court to enforce the Defendants to provide is the following:

    a. All Medical documentation from my time incarcerated at the CLEAR CREEK COUNTY SHERRIFF'S OFFICE. These documents will reflect all medical complaints and treatment for medical issues as well as detailed information regarding the treatment received from the facility nurse Marsha who can witness to the various bruises and scrapes and pain that I was treated for after the incident. These medical records will also reflect that I was treated for acute pain for my left shoulder by the CLEAR CREEK COUNTY SHERRIFF'S OFFICE Dr. Paris.

    b. The CLEAR CREEK COUNTY SHERRIFF'S OFFICE's security video and audio of the incident on May 15th, 2019 on or around 10-10.30 a.m. to include all angles of the cameras.

    c. All of the Defendants' individual reports regarding the incident.

    d. The "recorded and written report that was produced by Lieutenant Gremillion" of the CLEAR CREEK COUNTY SHERRIF'S OFFICE the day after the incident which should include

2

pictures of various bruises and scrapes throughout my body as well as a picture of my left ankle to support that no ordinary set of leg shackles would fit around my severely swollen/deformed ankle. This report should also reflect my claim that the CLEAR CREEK COUNTY SHERRIFF'S OFFICE had assured me that administrative action was going to be taken to discipline the Defendants', however, it was "up to the brass".

e. All of the Defendants' working file history to include any type of disciplinary notations or administrative action taken regarding the incident.

f. Any and all reports written about the incident from any Clear Creek County Sherriff's Office employees who responded to the incident to include the facility cook and Marsha the Nurse.

g. The report or any statements made of the Clear Creek County Sherriff's Office dispatch.

h. A roster that will reflect the names of the inmates that were being transported with me to court at the time of the incident on May 15th, 2019 on or around 10-10:30 a.m. that will also be utilized as witnesses at trial.

i. Any and all investigative reports from the Clear Creek County Sherriff's Office District Attorney's Office about the incident on May 15th, 2019.

As Pro Se Plaintiff I Manuel Alejandro Camacho prepared this motion on October 27th and request the court rule in my favor and grant my **MOTION REQUESTING PRO BONO ASSISTANCE OF COUNSEL/OR IN THE ALTERNATIVE COURT ORDER FOR DISCOVERY SUBPOENA.**

Respectfully,

Manuel Alejandro Camacho
Plaintiff

3



Exhibit A pg 1.

# STATEMENT OF ACCOUNT ACTIVITY



**69393 - CAMACHO, MANUEL A**

Facility: **ARROWHEAD, AHCC/UNITC**

Date/Time Printed: **10/27/2022 03:34 PM**

Statement Period: 04/27/2022 - 10/27/2022

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 04/27/2022 00:00 | Beginning Balance | 0.00 | 28.16 | 28.16 | | | 0.00 | 28.16 | |
| 06/14/2022 06:39 | Canteen #16763007 Hold | 0.00 | | 28.16 | CANTEEN | 24.70 | 24.70 | 3.46 | |
| 06/15/2022 06:17 | Canteen Ord#16763007 | -24.70 | 3.46 | 3.46 | | 0.00 | 0.00 | 3.46 | AC |
| 06/16/2022 06:33 | Canteen Cred#16770690 | 1.32 | 4.78 | 4.78 | | 0.00 | 0.00 | 4.78 | AC |
| 06/21/2022 06:23 | Canteen #16776415 Hold | 0.00 | | 4.78 | CANTEEN | 4.53 | 4.53 | 0.25 | |
| 06/22/2022 06:06 | Canteen Ord#16776415 | -4.53 | 0.25 | 0.25 | | 0.00 | 0.00 | 0.25 | AC |
| 07/07/2022 12:18 | 1 UNAS/AVAILABLE | 0.66 | 0.91 | 0.91 | | 0.00 | 0.00 | 0.91 | AC |
| 07/08/2022 08:19 | 1 HARDRICK UNASSIGNED | 0.99 | 1.90 | 1.90 | | 0.00 | 0.00 | 1.90 | AC |
| 07/22/2022 15:36 | XEROX-DEBIT | -1.50 | 0.40 | 0.40 | | 0.00 | 0.00 | 0.40 | AC |
| 08/04/2022 00:03 | DENTAL NO-SHOW | -3.00 | -2.60 | 0.00 | | 0.00 | 0.00 | 0.00 | AC |
| 08/09/2022 07:05 | 1 HARDRICK UNASSIGNED | 6.93 | 4.33 | 4.33 | | 0.00 | 0.00 | 4.33 | AC |
| 08/11/2022 06:36 | Canteen #16888985 Hold | 0.00 | | 4.33 | CANTEEN | 3.92 | 3.92 | 0.41 | |
| 08/12/2022 06:24 | Canteen Ord#16888985 | -3.92 | 0.41 | 0.41 | | 0.00 | 0.00 | 0.41 | AC |
| 08/23/2022 23:59 | MEDICAL APPOINT | -3.00 | -2.59 | 0.00 | | 0.00 | 0.00 | 0.00 | AC |
| 08/25/2022 16:35 | XEROX-DEBIT | -2.00 | -4.59 | 0.00 | | 0.00 | 0.00 | 0.00 | AC |
| 09/08/2022 12:07 | 1 HARDRICK UNASSIGNED | 7.59 | 3.00 | 3.00 | | 0.00 | 0.00 | 3.00 | AC |
| 09/14/2022 09:03 | XEROX-DEBIT | -1.00 | 2.00 | 2.00 | | 0.00 | 0.00 | 2.00 | AC |
| 09/14/2022 09:08 | XEROX-DEBIT | -1.50 | 0.50 | 0.50 | | 0.00 | 0.00 | 0.50 | AC |
| 10/06/2022 15:45 | 16 MAINTENANCE GROUNDS | 10.32 | 10.82 | 10.82 | MANDATORY | 4.12 | 4.12 | 6.70 | AC |
| 10/06/2022 16:01 | 1 HARDRICK UNASSIGNED | 3.30 | 14.12 | 14.12 | MANDATORY | 1.32 | 5.44 | 8.68 | AC |
| 10/13/2022 06:43 | Canteen #17023880 Hold | 0.00 | | 14.12 | CANTEEN | 8.55 | 13.99 | 0.13 | |
| 10/14/2022 06:20 | Canteen Ord#17023880 | -8.55 | 5.57 | 5.57 | | 0.00 | 5.44 | 0.13 | AC |
| 10/27/2022 23:58 | Ending Balance | 0.00 | 5.57 | 5.57 | | 0.00 | 5.44 | 0.13 | |

**Total Deposits:** 31.11
**Total Withdrawals:** 53.70

Reviewed and Certified by Caryn Lovern, CDOC Legal Assistant



Exhibit B pg. 2

# STATEMENT OF ACCOUNT ACTIVITY

**Account Information as of 10/27/2022 15:34**

Status: ACTIVE    Current Balance: $5.57    Total Money In Hold: $0.00
Total Reserved/Encumbered: $5.44    Available Balance: $0.13

## Statement Information

| Field | Description |
|---|---|
| Date:Time | reflects the transaction date and time of deposits and withdrawals to the account during the statement period. |
| Description | is a brief memorandum describing the transaction. |
| Tran Amt | is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number. |
| Balance | is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2. |
| Available Before W/H | is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref. AR 200-2). This amount is derived prior to mandatory withholding. |
| Encumbrances | are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported. |
| Available Balance | shows monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical. |
| FC | (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction. |

**NOTICE:** This statement may not include most recent Withdrawals or Deposits.

Printed and Certified by Caryn Lovern, CDOC Legal Assistant

ed and Certified by Caryn Lovern, CDOC Legal Assistant

MANUEL CAMACHO 69393 AC 03 2 L   2 1B  ID:1599845011 [P 1/1]

**You have received a JPay letter, the fastest way to get mail**

From: Chris Vanderveen, CustomerID: 13238568
To: MANUEL CAMACHO, ID: 69393
Date: 9/28/2022 2:37:25 PM EST,   Letter ID: 1599845011
Location: AC
Housing: 03 2 L   2 1B

EXIBIT B

Hi Manuel -

My name is Steve Staeger. I'm a reporter with 9NEWS in Denver.

I'm looking into your excessive force case against Andrew Buen in the Clear Creek County Sheriff's Office. In your court filing, you list video of the incident at the Clear Creek County Jail as an exhibit. We've checked with the court and they told us that video hasn't been submitted.

Do you have a copy of the video you could send to us? Are you working with an attorney on the outside who might be able to provide it to us?

Please let me know. Thanks! Feel free to write me at

KUSA-TV
500 Speer Blvd
Denver, CO
80203

(i'm using a colleague's JPAY account for this... thus it appears under Chris Vanderveen)

Steve Staeger
Investigative Reporter, 9NEWS Denver