# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.      1:20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,
Plaintiff.

V.

JACOB CORDOVA,
ANDREW BUEN,
NICK DIBIASI,
JEFF SMITH,
CLEAR CREEK COUNTY SHERRIF'S OFFICE,
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2022

JEFFREY P. COLWELL
CLERK

---

## PLAINTIFF'S MOTION OBJECTING TO DEFENDANTS' REPLY IN SUPPORT OF DISMISSAL DUE TO PLAINTIFF'S FAILURE TO PROSECUTE

I AM MANUEL ALEJANDRO CAMACHO. As Pro Se Plaintiff **I STRONGLY OBJECT TO THE DEFENDANTS' REPLY IN SUPPORT OF DISMISSAL DUE TO PLAINTIFF'S FAILURE TO PROSECUTE.** I do not accept the Defendants' motion and humbly request the court to **DENY** Their motions for the following reasons:

1. On January 6th, 2022 I was hospitalized at the Skyridge hospital in Douglas County and then transferred to the Arapahoe County Jail's infirmary. I was in the infirmary the entire time and was not released until January 10th or 11th. I was not aware that the scheduling order was reviewed by the court.
2. Although I provided a mailing address of my mother's house in Commerce City, it is delayed. I do not live there, it is simply a mailing address.
3. I also informed the court as well as the Defendants' that I was homeless, had no internet device and that I was hospitalized at least three times from January 6th through April 5th 2022-to include psychiatric holds and treatment at Fitzsimons Anschutz in Aurora and Littleton Adventists hospital in Littleton.
4. When I was detained in the Arapahoe County Jail I sent an updated mailing address as well as a motion requesting pro bono assistance of counsel. I was indigent and It was a 30 day wait period until I could receive indigent hygiene and two postage stamps. I eventually sent out my motions on May 5th, 2022. If it was delayed further then that I was simply at the mercy of the Arapahoe County Jail's mailing process.
5. Since returning to the Colorado Department of Corrections I have filed multiple notifications of my changes of addresses. I have also requested two extensions of time or a stay due to not receiving the Defendants' first set of Written Discover Requests.
6. I have notified the court tad the Defendants' of my adverse situation regarding very limited access to the law library and materials at this time. I made clear that this facility is having issues with staff shortage as well as a computer malfunction in September.
7. After reviewing the Defendants' *EHRENHAUS* defense. I do not believe that it has any merit in contrast to my action. **I am incarcerated, Mr. EHRENHAUS was not.** I would gladly comply if the Defense or the court ordered a habeas corpus to transport me to the United States District Courthouse to resolve disputes

1

regarding this action. In the interest of Justice Dismissing my complaint on behalf of this comparison would be a harsh sanction and not appropriate. A lot of the issues arising out of this discovery process are out of my circle of influence and I am **NOT WILLFULLY INTENDING TO HINDER OR DELAY THIS DISCOVERY PROCESS.** I request that the court not consider this argument by the Defendants' or their counsel. The alleged "**CULPABILITY**" seems to be a double standard, that's what this **CIVIL ACTION IS ALL ABOUT.**

8. I will also bring to light that the Defense counsel has failed to abide by the Colorado Department of Corrections confidential correspondence policies. Again, I have previously informed Mr. Ziporin of the D.O.C. policy and the fact that they are not flexible.

I further object to the Defendant's argument that they allege that I did not explain why I was delayed to participate in the Discovery Process before I was incarcerated. I have explained in prior motions. I feel that this motion to dismiss the case is too late. The Defense could have filed their motion to dismiss months ago. Since then, they have filed motions requesting to amend the scheduling order as well as no objections were made for my requests for extensions of time (x 2) or stay. I feel like they are back pedaling in attempts to evade Justice.

My claims are not frivolous or fabricated. I have come in good faith with good cause and participated in my civil action to the best of my ability-regardless of the obstacles I have been faced with. My intention is to hold the Defendants' accountable and ensure that policies and procedures have been made within the CLEAR CREEK COUNTY SHERRIF'S OFFICE. At this point no accountability or personal ownership has been taken. Only that they were working under the color of law during the "incident" and presumably immune from being liable. Their actions are unjustifiable. I have suffered short and long term physical and emotional harm. Although a grand jury cleared one of the defendants (Mr. Dibiasi) of killing a person described with mental disabilities, The Clear Creek County District Attorney Brown admitted that changes needed to be made in his counties policies and procedures regarding de-escalation techniques. I feel that this further supports my civil claims and the Defendants''-especially Mr. Dibiasi's aggressive nature. The Defendants' need to be held accountable and I am requesting "**JUSTICE FOR ALL**". In light of the facts I have provided **I request the court not to consider and DENY the Defendants' MOTION TO DISMISS DUE TO THE PLAINTIFF'S FAILURE TO PROSECUTE.**

Respectfully,

*/s/ Manuel Camacho*

Manuel Alejandro Camacho

2

## **CERTIFICATE OF SERVICE**

I Manuel Alejandro Camacho certify as Pro Se Plaintiff that I prepared these **MOTIONS REQUESTING PRO BONO ASSISTANCE OF COUNSEL\OR IN THE ALTERNATIVE DISCOVERY SUBPEONA W/ EXIBITS A & B.** I have also prepared **PLAINTIFF'S MOTION OBJECTING TO DEFENDANTS' REPLY IN SUPPORT OF DISMISSAL DUE TO PLAINTIFF'S FAILURE TO PROSECUTE** on **October** 27th, 2022 and sent it via United States Postal Service to:

UNITED STATES DISTRICT COURT OF COLORADO
Attn: Clerk of the Court
901-19th ST>, Room A105
Denver, Colorado
80294-3589

&

SGR LLC
Attn: E Ziporin/J. Twardowsky
3900 E. Mexico Ave. Suite 700
Denver, Colorado
80210

Respectfully Submitted

Manuel Alejandro Camacho
DOC # 69393
P.O. Box 300
Canon City, Colorado
81215

3



Colorado Department Of Corrections
Name Mariel D. Camacho
Register Number 69393
Unit C-2L-2
Box Number 300
City, State, Zip Cañon City, Co. 81215

DENVER CO 802
28 OCT 2022 PM 8 L

United States District Court of Colorado
Attn: Clerk of the Court.
901-19th ST. Room A105
Denver, Co.
80294-3589

80294-250151