# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

      Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

      Defendants.

---

## CONVENTIONALLY FILED EXHIBIT D TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

**EXHIBIT D** represents the first video recording from the Clear Creek County Detention Center capturing the incidents giving rise to this litigation. This recording has been saved to a flash drive and is being conventionally filed with the Court, pursuant to D.C.Colo.LCivR 5.1(b)(1).

Respectfully submitted,


/s/ Eric M. Ziporin
**Eric M. Ziporin**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen,
Dibiasi, and Clear Creek County Sheriff's
Office*


/s/ Justin A. Twardowski
**Justin A. Twardowski**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen,
Dibiasi, and Clear Creek County Sheriff's
Office*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 7th day of November, 2022, I electronically filed a true and correct copy of the above **CONVENTIONALLY FILED EXHIBIT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system.

I further certify that I mailed a copy of said **CONVENTIONALLY FILED EXHIBIT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho
5904 Oneida Street
Commerce City, CO  80022

Manuel A. Camacho
Register No. 69393
Unit C-2L-2
Box No. 300
Cañon City, Colorado  81215

Manuel A. Camacho
Email:  Mannylove303@gmail.com

s/ Barbara A. Ortell
Barbara A. Ortell
Legal Secretary