# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

    Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

    Defendants.

## CONVENTIONALLY FILED EXHIBIT F TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**EXHIBIT F** represents the second video recording from the Clear Creek County Detention Center capturing the incidents giving rise to this litigation. This recording has been saved to a flash drive and is being conventionally filed with the Court, pursuant to D.C.Colo.LCivR 5.1(b)(1).

Respectfully submitted,


/s/ Eric M. Ziporin
**_Eric M. Ziporin_**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*


/s/ Justin A. Twardowski
**_Justin A. Twardowski_**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO  80210
Telephone:  (303) 320-0509
Facsimile:   (303) 320-0210

*Attorney for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of November, 2022, I electronically filed a true and correct copy of the above **CONVENTIONALLY FILED EXHIBIT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system.

I further certify that I mailed a copy of said **CONVENTIONALLY FILED EXHIBIT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho
5904 Oneida Street
Commerce City, CO  80022

Manuel A. Camacho
Register No. 69393
Unit C-2L-2
Box No. 300
Cañon City, Colorado  81215

Manuel A. Camacho
Email:  Mannylove303@gmail.com

                                                                s/ Barbara A. Ortell
                                                                Barbara A. Ortell
                                                                Legal Secretary