FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2022

JEFFREY P. COLWELL
CLERK

Clerk of the court,                                    November 14th, 2022

Hello my name is Manuel Alejandro Camacho. I am writing in regards to a civil case (# 1:20-cv-03691-RBJ-SKC) that I am acting Pro Se as the plaintiff. On October 25th, 2022 I was granted my motion requesting Pro-Bono assistance of counsel. As of today it has been 20 days since the ruling and I have not heard from an attorney. Is there something I can do to expedite or to indicate this process. I am in desperate need of assistance of counsel to help me obtain documents related to my civil action. I am also having issues obtaining the United States District Court local rules of practice - the codes and procedures and the Prisoners Pro Se Civil litigation handbook. I have very limited access to the law library - as our only day recently (Friday - November 11th) was cancelled due to Veterans day. I need a Pro Bono attorney as soon as possible, as well as hard copies of the materials I requested. Is that possible? If not please respond and instruct me how I can expedite this process. Please

1

respond at your earliest convenience.

Thank You!

*[signature]*

Manuel A Camacho
D.O.C. # 69393
P.O. Box 300
Cañon City, Co.
81215

P.S. Any other literature or materials would also be appreciated as the Defense in my case is attempting to have my case dismissed again.

Case 1:20-cv-03691-RBJ-SKC   Document 119   Filed 11/17/22   USDC Colorado   Page 3 of 3

DENVER CO 802
15 NOV 2022 PM 5 L

United States District Court of Colorado
Attn: Clerk of the Court
901-19th St. Room A-105
Denver, Co
80294-3589

80294-250151



FACILITY WD20NW
STAFF LAST NAME Camacho
ID# 69393
OFFENDER LAST NAME Camacho
DATE REC'D 11.14.22

**Colorado Department Of Corrections**
Name Manuel A. Camacho
Register Number 69393
Unit C2L-2
Box Number 300
City, State, Zip Cañon City, Co. 81215