# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.    1:20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,
Plaintiff.

V.

JACOB CORDOVA,
ANDREW BUEN,
NICK DIBIASI,
JEFF SMITH,
CLEAR CREEK COUNTY SHERRIF'S OFFICE,
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 25 2022**

JEFFREY P. COLWELL
CLERK

## MOTION REQUESTING EXTENSION OF TIME OR STAY TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

I Am **Manuel Alejandro Camacho.** I come Pro Se as Plaintiff. I am filing this **MOTION REQUESTING EXTENSION OF TIME OR STAY TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT.** For good cause I am requesting this motion for the following reasons:

1. The Defendants' Motion was filed on November 7th, 2022. Since the Law Library was closed on Friday November the 11th, 2022 for Veteran's Day. It will also be closed next week (Friday November 25th, 2022), which is the day after Thanksgiving. It is unfortunate that two of the only days that the law library is accessible is landing on holidays. Therefore, I will need more time to respond to the Defendants' motion.

2. I am also in the process of receiving critical documentation relating to the Defendants' discovery requests still. Being:

    a. I have written the CLEAR CREEK COUNTY SHERRIFF'S OFFICE ( medical department & Lt. Gremillion) requesting medical documentation as well as the recorded interview with law enforcement.
    b. I have also written the United States District Court of Colorado requesting the status of the court order regarding being granted pro-bono assistance of counsel.
    c. I have requested a meeting with the HSA here at Arrowhead to obtain documents of my entire medical and mental health history. I am also filing grievances as to why my requests for my medical and mental health hasn't been responded to yet. I am also requesting a medical release of information to send to the Defense counsel.
    d. I also have not received the flash drive from the Defendants' Motion for summary Judgement. I was lost in the mail I assume. Attached is EXIBIT A which is a copy of the Incident Report written by a D.O.C. Officer.
    e. I could not have received the flash drive any way per D.O.C. policy. Maybe I could review it if a pro bono attorney accepts my case.
    f. ~~I am also~~

I request the court to grant my **MOTION REQUESTING EXTENSION OF TIME OR STAY TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT.** I am requesting an extension

of time of 21 days or a STAY until I can review the Defendants'' EXIBIT (camera footage). From the date of November 28th, 2022. Please respond at your earliest convenience.

Respectfully,

Manuel Alejandro Camacho

## CERTIFICATE OF SERVICE

I **AFFIRM UNDER PENALTY OF LAW THAT** I Manuel Alejandro Camacho certify as Pro Se Plaintiff that this motion is true and correct, and that I prepared this **MOTION REQUESTING EXTENSION OF TIME OR STAY TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT on November ~~18th~~, 2022** and sent it via United States Postal Service to: 23rd.

UNITED STATES DISTRICT COURT OF COLORADO
Attn: Clerk of the Court
901-19th ST>, Room A105
Denver, Colorado
80294-3589

&

SGR LLC
Attn: E Ziporin/J. Twardowsky
3900 Mexico Ave. Suite 700
Denver, Colorado
80210

Respectfully Submitted,

Manuel Alejandro Camacho
DOC # 69393
P.O. Box 300
Canon City, Colorado
81215

Mr. Ziporin / Mr. Twardowski        November 23rd, 2022

Hello, I was waiting to hear back from you regarding that settlement offer. As you are aware, I signed it. I'm not exactly sure how to proceed until I hear back from you guys - so I will assume that I will prepare to respond to your summary judgment. Again, the flash drive did not make it. Somehow it was pinched out of the manila envelope and must have shot out of the bottom of the manila somewhere in the post-office - JUST MY LUCK - so we need to figure this out. If this settlement offer is legit then I assume that I will not need to respond to the summary judgement - or do I need to prepare a motion to dismiss myself - and since it's a "confidential settlement"... what kind of motion would I file?? In the meantime this is my motion. I could not send you guys a copy of the EXIBIT (it's a D.O.C. Incident Report that was written by officer Rivera about the flash drive not arriving with the summary judgment motion. I couldn't have received it anyway - <u>frustrating</u>.

I am willing to sign a release of information to anyone/any medical/mental health provider to include D.O.C. any Denver Metro area hospitals, clinics or any medical/mental health providers of your Defendants choice — to include their own medical records that will reflect being treated from 2006. My injury was not pre-existing.

I am also preparing a new discovery subpoena as well.

I would appreciate to hear back from you at your earliest convenience. I assume preparing all of these motions will be for nothing other than experience (lol).

Happy Holidays,

*[signature]*

Pg II

**Colorado Department Of Corrections**

Name: Manuel Camacho
Register Number: 69393
Unit: L-2L-2
Box Number: 300
City, State, Zip: Cañon City, CO. 81215

DENVER CO 802
23 NOV 2022 PM 7 L

United States District Court of Colorado
Attn: Clerk of the court
901-19th St. Room A105
Denver, CO.
80294-3589

ACC
FACILITY
Hebert
STAFF LAST NAME
6139 Camac
DOC#  OFFENDER LAST NAME
1-22-22
DATE REC'D
1359
ID#
INT
INT

80294-250151

