**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03691-RBJ-SKC

MANUEL ALEJANDRO CAMACHO,

      Plaintiff,

v.

CORDOVA, Deputy;
BUEN, Deputy;
DIBIASI, Deputy;
SMITH, Captain; and
CLEAR CREEK COUNTY SHERIFF'S OFFICE,

      Defendants.

---

**NOTICE OF SETTLEMENT**

---

      Defendants, **JACOB CORDOVA**, **ANDREW BUEN, NICK DIBIASE**, and **JEFF SMITH** ("Defendants"),[1] by and through their attorneys, **SGR, LLC**, hereby submit the following Notice of Settlement:

      1.      The parties have reached a resolution regarding the claims in this matter.

      2.      The parties have executed a Settlement Agreement and Release, and upon payment of the settlement proceeds to the Plaintiff, the parties will promptly file a Stipulated Motion for

---

[1] Defendants respectfully note that the Court previously dismissed Plaintiff's claim against the Clear Creek County Sheriff's Office, as well as Plaintiff's claims against the Defendant Deputies in their official capacities. [Dkt. 62].

Dismissal with Prejudice. The parties anticipate that this filing will be completed no later than January 20, 2023.[2]

      3.      Currently pending before the Court is Defendants' Motion for Summary Judgment. [Dkt. 117]. Plaintiff's Response is currently due on December 19, 2022. [*See* Dkt. 122].

      4.      Upon filing of this Notice of Settlement, no further action need be taken by the parties or the Court with respect to the pending Motion for Summary Judgment.

Respectfully submitted,

/s/ Eric M. Ziporin
**Eric M. Ziporin**

*/s/* Justin A. Twardowski
**Justin A. Twardowski**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
Facsimile: (303) 320-0210

*Attorneys for Defendants Cordova, Buen, Dibiasi, and Clear Creek County Sheriff's Office*

---

[2] Defendants note that Plaintiff's mandatory release date is estimated as being December 28, 2022. Defendants anticipate some delay as Plaintiff transitions away from incarceration and gets situated.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of December, 2022, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system.  I further certify that I emailed and mailed said document to the following non-CM/ECF participant by U.S. Mail, first class postage prepaid:

Manuel A. Camacho
5904 Oneida Street
Commerce City, CO  80022
Email:  Mannylove303@gmail.com

s/ Barbara A. Ortell
Barbara A. Ortell
Legal Secretary

02142569.DOCX